**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **LARRY KLAYMAN,** § § *Plaintiff*, § § v. § § **CABLE NEWS NETWORK aka CNN, OLIVER DARCY, and JEFFREY ZUCKER,** § § § § § *Defendants*. § | Case No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Cable News Network ("CNN"), Oliver Darcy ("Darcy"), and Jeffrey Zucker ("Zucker") (collectively, "Defendants") hereby file this Notice of Removal for the purpose of removing this action from the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division, on the ground that the federal district court has jurisdiction pursuant to 28 U.S.C. § 1332. In support of removal, Defendants state as follows:

1.  On Tuesday, August 11, 2020, Plaintiff Larry Klayman ("Plaintiff") filed his Complaint against Defendants in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Klayman v. Cable News Network, et al.*, Case No. 50-2020-CA-008738-XXXX-MB (the "State Court Action"). Copies of the State Court Docket Sheet, Complaint, Civil Cover Sheet, Summonses issued to CNN, Darcy, and Zucker, and proof of service of the Complaint on CNN are attached hereto as Exhibits A, B, C, D, E, F, and G, respectively.

2.  Public filings clearly show that CNN is a Delaware corporation with a principal place of business in Georgia. CNN is registered as a foreign corporation in Florida, and its principal

place of business is One CNN Center, Atlanta, GA 30303. *See* CNN's 2020 Foreign Profit Corporation Annual Report (May 28, 2020), attached hereto as Exhibit H.

3. Defendant Darcy is a citizen of the state of New York who resides in New York City, New York. *See* Declaration of Kayvon Oliver Darcy, attached hereto as Exhibit I, at ¶ 3. New York is his permanent, fixed place of residence, and whenever he leaves New York, he always does so with the intent to return. *Id.* Darcy is not a citizen of, or domiciled in, Florida, *id.* at ¶ 4, and he has never lived or maintained a residence in Florida, *id.* ¶ 5. Darcy has no property or assets in Florida. *Id.* ¶¶ 6-7. He does not maintain any bank or other accounts in Florida. *Id.* He does not have a motor vehicle registered in Florida, and he does not vote or file taxes in Florida. *Id.* ¶ 7.

4. Defendant Zucker is a citizen of the state of New York who resides in New York City, New York. *See* Declaration of Jeffrey Zucker, attached hereto as Exhibit J, at ¶ 3. New York is his permanent, fixed place of residence, and whenever he leaves New York, he always does so with the intent to return. *Id.* at ¶ 3. Although Zucker was born and raised in Florida, he has not lived there in many years, and has not lived in Florida at any time relevant to this action. *Id.* at ¶ 4. He has no property or assets in Florida. *Id.* ¶¶ 5-6. He does not maintain any bank or other accounts in Florida. *Id.* at ¶ 6. He does not have a motor vehicle registered in Florida, and he does not vote or file taxes in Florida. *Id.*

5. Plaintiff is an individual citizen of Florida and resident of Palm Beach County, Florida. *See* Compl. ¶ 4.

6. On or about October 7, 2020, Plaintiff served CNN with a Summons and copy of the Complaint. *See* Ex. G (proof of service). On October 22, 2020, counsel for CNN accepted service of summonses on behalf of Defendants Zucker and Darcy, and the parties jointly stipulated to a response date of November 11, 2020 for all Defendants. Accordingly, Defendants have not

filed an Answer in the State Court Action, and Exhibits A-G constitute the only "process, pleadings and orders" in the State Court Action of which Defendants are aware. *See* 28 U.S.C. § 1446(a).

7. The Complaint alleges that Defendants defamed Plaintiff, alleging defamation, defamation *per se*, and defamation by implication against each Defendant, respectively. Plaintiff's Complaint has not provided an estimate of his damages beyond the allegation that his damages exceed the jurisdictional threshold of $15,000,[1] Compl. ¶ 1; however, Plaintiff asserts extensive damage associated with Defendants' alleged defamation and estimates the amount of his claim at $50,000,000 in the Civil Cover Sheet accompanying the Complaint. *See* Ex. C at 1.

8. This Court has original jurisdiction over the State Court Action under federal diversity jurisdiction, 28 U.S.C. § 1332, which provides in relevant part, that:

> [t]he district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States.

28 U.S.C. § 1332(a)(1).

9. Defendant CNN is a citizen of Delaware and Georgia. "A corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business." 28 U.S.C. § 1332(c). CNN is not incorporated in Florida, and its principal place of business is its corporate headquarters at One CNN Center, Atlanta, Georgia 30303. *See* Ex. H.

10. Defendants Darcy and Zucker are both citizens of New York. With respect to individuals, citizenship is equivalent to "domicile" for purposes of diversity jurisdiction.

---

[1] Defendants note that the jurisdictional limits of Florida courts have recently been amended. Because this lawsuit was filed on or after January 1, 2020, the jurisdictional minimum for cases before Florida circuit courts has been increased to $30,000. *See* FLA. STAT. § 34.01.

3

*McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002). "A person's domicile is the place of 'his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom.'" *Id.* (internal quotations omitted). As stated in the accompanying declarations, both Darcy and Zucker[2] are employed in New York, and they are both domiciled in, and citizens of, New York. *See* Ex I at ¶ 3; Ex. J at ¶ 3. Darcy and Zucker both view New York as their fixed and permanent home, and whenever they leave New York, they always do so with the intention of returning. *Id.*

11. Plaintiff is a citizen of Florida and resides in Palm Beach County. Compl. ¶ 4. Accordingly, because CNN is a citizen of Georgia and Delaware, and Zucker and Darcy are citizens of New York, Plaintiff is diverse from all Defendants in this case. Diversity of citizenship is therefore satisfied. *See* 28 U.S.C. § 1332.

12. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. When, as here, damages are not specified in the state-court complaint, the defendant seeking removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014) (citing 28 U.S.C. § 1446(a)). In his Civil Cover Sheet, Plaintiff, himself, estimates his damages at $50,000,000.00, a number far in excess of this Court's jurisdictional minimum for diversity jurisdiction. *See* Ex. C at 1; 28 U.S.C. § 1332.

13. Defendants' Notice of Removal is timely. A defendant seeking removal of an action initiated in a state court must file a notice of removal with the district court within 30 days after

---

[2] In a prior lawsuit against Mr. Zucker and CNN, Plaintiff Joe Arpaio, represented by Plaintiff Klayman, correctly alleged that Zucker is a citizen of New York. *See* Complaint ¶ 4, *Arpaio v. Zucker, et al.*, No. 1:18-cv-02894-RCL (D.D.C. Dec. 10, 2018) (ECF No. 1) ("Zucker . . . is an individual, natural person who is, on information and belief, a citizen of New York.").

the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. *See* 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 352-53, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999) (mere receipt of the complaint unattended by any formal service is insufficient to trigger a defendant's time to remove). As noted above in Paragraph 6, Plaintiff served CNN on October 7, 2020, making their deadline to remove Friday, November 6, 2020. This Notice of Removal is being filed within thirty days from the date that CNN was served, making removal timely. *See* 28 U.S.C. § 1446(b).

14. The State Court Action is properly removed to this Court because it is pending within this district and division. 28 U.S.C. §§ 1441(a); 1446(a).

15. A copy of this Notice of Removal is being filed with the Clerk of the District Court of the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida and is being served on Plaintiff. *See* 28 U.S.C. §§ 1446(a) & (d). The Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is located within this District.

16. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

**WHEREFORE**, Defendants hereby remove this action from the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, West Palm Beach Division and respectfully request that this Court assume full jurisdiction of this Action, and henceforth place this action upon the docket of the Court for further proceedings.

Date: November 6, 2020

                Respectfully submitted,

By:     */s/ Dana McElroy*
Dana J. McElroy
Florida Bar No.: 845906
dmcelroy@tlolawfirm.com
**THOMAS & LOCICERO, PL**
915 Middle River Drive, Suite 309
Fort Lauderdale, Florida 33304
Telephone:    954-703-3416
Telecopier:    954-400-5415

Laura Lee Prather[*]
Texas Bar No.: 16234200
laura.prather@haynesboone.com
Wesley D. Lewis[*]
Texas Bar No.: 24106204
wesley.lewis@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:    (512) 867-8400
Telecopier:    (512) 867-8470

[*] Admission *pro hac vice* forthcoming

*Counsel for Defendants CNN, Darcy, and Zucker*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **6th** day of **November, 2020,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing, and has been served this same day via electronic mail and U.S. Mail upon:

Larry Klayman
7050 W. Palmetto Park Road
Boca Raton, Florida 33433-3426
310.595.0800
klaymanlaw@gmail.com

By: */s/ Dana J. McElroy*
    Dana J. McElroy