# EXHIBIT A

**Jump to Schedule:** Form 990PF

| efile Public Visual Render | ObjectId: 201922869349100702 - Submission: 2019-10-13 | TIN: 52-1948015 |

Form **990-PF**

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
### or Section 4947(a)(1) Trust Treated as Private Foundation

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to **www.irs.gov/Form990PF** for instructions and the latest information.

OMB No. 1545-0052

**2018**

Open to Public
Inspection

**For calendar year 2018, or tax year beginning 01-01-2018 , and ending 12-31-2018**

Name of foundation
FREEDOM WATCH
CENTER FOR ECONOMIC JUSTICE

Number and street (or P.O. box number if mail is not delivered to street address) | Room/suite
2020 PENNSYLVANIA AVE NW STE 345

City or town, state or province, country, and ZIP or foreign postal code
WASHINGTON, DC  20006

**A** Employer identification number
52-1948015

**B** Telephone number (see instructions)
(352) 274-9359

**C** If exemption application is pending, check here ▶ ☐

**D 1.** Foreign organizations, check here............ ▶ ☐

**2.** Foreign organizations meeting the 85%
test, check here and attach computation ... ▶ ☐

**E** If private foundation status was terminated
under section 507(b)(1)(A), check here ....... ▶ ☐

**F** If the foundation is in a 60-month termination
under section 507(b)(1)(B), check here ....... ▶ ☐

**G** Check all that apply:  ☐ Initial return   ☐ Initial return of a former public charity
☐ Final return   ☐ Amended return
☐ Address change   ☐ Name change

**H** Check type of organization:  ☑ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust   ☐ Other taxable private foundation

**I** Fair market value of all assets at end
of year (from Part II, col. (c),
line 16) ▶$ 1,537,708

**J** Accounting method:  ☐ Cash   ☑ Accrual
☐ Other (specify)
*(Part I, column (d) must be on cash basis.)*

### Part I — Analysis of Revenue and Expenses
*(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see instructions).)*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc., received (attach schedule) | 1,034,796 | | | |
| 2 | Check ▶ ☑ | | | | |
| 3 | Interest on savings and temporary cash investments | 25,330 | 25,330 | 25,330 | |
| 4 | Dividends and interest from securities | | | | |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | | | | |
| b | Gross sales price for all assets on line 6a | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less: Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) | | | | |
| 12 | **Total.** Add lines 1 through 11 | 1,060,126 | 25,330 | 25,330 | |
| 13 | Compensation of officers, directors, trustees, etc. | 56,694 | | | |
| 14 | Other employee salaries and wages | 270,322 | | | |
| 15 | Pension plans, employee benefits | 19,537 | | | |
| 16a | Legal fees (attach schedule) | 137,013 | | | |
| b | Accounting fees (attach schedule) | | | | |
| c | Other professional fees (attach schedule) | 84,357 | | | |
| 17 | Interest | 1,491 | | | |
| 18 | Taxes (attach schedule) (see instructions) | 4,214 | | | |
| 19 | Depreciation (attach schedule) and depletion | 13,963 | | | |
| 20 | Occupancy | 120,533 | | | |
| 21 | Travel, conferences, and meetings | 45,077 | | | |
| 22 | Printing and publications | 90,186 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Operating** | 23 | Other expenses (attach schedule) . . . . . | 455,145 | | |
| | 24 | **Total operating and administrative expenses.** Add lines 13 through 23 . . . . . . . | 1,298,532 | 0 | 0 |
| | 25 | Contributions, gifts, grants paid . . . . . . | 0 | | 0 |
| | 26 | **Total expenses and disbursements.** Add lines 24 and 25 | 1,298,532 | 0 | 0 |
| | 27 | Subtract line 26 from line 12: | | | |
| | a | **Excess of revenue over expenses and disbursements** | -238,406 | | |
| | b | **Net investment income** (if negative, enter -0-) | | 25,330 | |
| | c | **Adjusted net income** (if negative, enter -0-) . . . | | | 25,330 |

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 11289X     Form **990-PF** (2018)

Page 2

Form 990-PF (2018)      Page **2**

| Part II | | **Balance Sheets** Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.) | Beginning of year | End of year | |
|---|---|---|---|---|---|
| | | | **(a)** Book Value | **(b)** Book Value | **(c)** Fair Market Value |
| **Assets** | 1 | Cash—non-interest-bearing . . . . . . . . . | 1,660,908 | 1,457,138 | 1,457,13 |
| | 2 | Savings and temporary cash investments . . . . | | | |
| | 3 | Accounts receivable ▶ _____ | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | | | |
| | 4 | Pledges receivable ▶ _____ | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | | | |
| | 5 | Grants receivable | | | |
| | 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see instructions) . . . . | | | |
| | 7 | Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | | Less: allowance for doubtful accounts ▶ _____ | | | |
| | 8 | Inventories for sale or use. . . . . . . . . | | | |
| | 9 | Prepaid expenses and deferred charges. . . . . | | | |
| | 10a | Investments—U.S. and state government obligations (attach schedule) | | | |
| | b | Investments—corporate stock (attach schedule) . . | | | |
| | c | Investments—corporate bonds (attach schedule). . . . . . | | | |
| | 11 | Investments—land, buildings, and equipment: basis ▶ _____ | | | |
| | | Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| | 12 | Investments—mortgage loans | | | |
| | 13 | Investments—other (attach schedule) . . . . . . . | | | |
| | 14 | Land, buildings, and equipment: basis ▶ _____ 100,372 | | | |
| | | Less: accumulated depreciation (attach schedule) ▶ 26,938 | 32,370 | 73,434 | 73,43 |
| | 15 | Other assets (describe ▶ _____ ) | 7,136 | 7,136 | 7,13 |
| | 16 | **Total assets** (to be completed by all filers—see the instructions. Also, see page 1, item I) | 1,700,414 | 1,537,708 | 1,537,70 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | 42,980 | 118,680 | |
| | 18 | Grants payable . . . . . . . . . . . | | | |
| | 19 | Deferred revenue | | | |
| | 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| | 21 | Mortgages and other notes payable (attach schedule) | | | |
| | 22 | Other liabilities (describe ▶ _____ ) | | | |
| | 23 | **Total liabilities** (add lines 17 through 22) . . . . . . . . . | 42,980 | 118,680 | |
| **und Balances** | | Foundations that follow SFAS 117, check here ▶ ☑ **and complete lines 24 through 26 and lines 30 and 31.** | | | |
| | 24 | Unrestricted . . . . . . . . . . | 1,657,434 | 1,419,028 | |
| | 25 | Temporarily restricted . . . . . . . . . | | | |
| | 26 | Permanently restricted . . . . . . . . . | | | |
| | | Foundations that do not follow SFAS 117, check here ▶ ☐ | | | |

| | | | | |
|---|---|---|---|---|
| | Foundations that do not follow SFAS 117, check here ► ☐ and complete lines 27 through 31. | | | |
| 27 | Capital stock, trust principal, or current funds . . . . . . . | | | |
| 28 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| 29 | Retained earnings, accumulated income, endowment, or other funds | | | |
| 30 | **Total net assets or fund balances** (see instructions) . . . | | 1,657,434 | 1,419,028 |
| 31 | **Total liabilities and net assets/fund balances** (see instructions) | | 1,700,414 | 1,537,708 |

### Part III   Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year—Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) . . . . . . . . . . | 1 | 1,657,434 |
| 2 | Enter amount from Part I, line 27a . . . . . . . . . . . | 2 | -238,406 |
| 3 | Other increases not included in line 2 (itemize) ► _____ | 3 | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . . . . . . . | 4 | 1,419,028 |
| 5 | Decreases not included in line 2 (itemize) ► _____ | 5 | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5)—Part II, column (b), line 30  . | 6 | 1,419,028 |

Form **990-PF** (2018)

Form 990-PF (2018)                                                                                          Page **3**

### Part IV   Capital Gains and Losses for Tax on Investment Income

| | **(a)** List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | **(b)** How acquired P—Purchase D—Donation | **(c)** Date acquired (mo., day, yr.) | **(d)** Date sold (mo., day, yr.) |
|---|---|---|---|---|
| 1a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | **(e)** Gross sales price | **(f)** Depreciation allowed (or allowable) | **(g)** Cost or other basis plus expense of sale | **(h)** Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | **(i)** F.M.V. as of 12/31/69 | **(j)** Adjusted basis as of 12/31/69 | **(k)** Excess of col. (i) over col. (j), if any | **(l)** Gains (Col. (h) gain minus col. (k), but not less than -0-) **or** Losses (from col.(h)) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Capital gain net income or (net capital loss) | { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | 2 | |
| 3 | Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c) (see instructions). If (loss), enter -0- in Part I, line 8    . . . . . . . . . . . . . . . . . | { } | 3 | |

### Part V   Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the foundation liable for the section 4942 tax on the distributable amount of any year in the base period?       ☐ Yes   ☑ No
If "Yes," the foundation does not qualify under section 4940(e). Do not complete this part.

1   Enter the appropriate amount in each column for each year; see instructions before making any entries.

| **(a)** Base period years Calendar year (or tax year beginning in) | **(b)** Adjusted qualifying distributions | **(c)** Net value of noncharitable-use assets | **(d)** Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 2017 | | 5,650,480 | |
| 2016 | | 2,070,962 | |
| 2015 | | 5,809,261 | |
| 2014 | | 1,745,912 | |
| 2013 | | 134,11 | |

| | | | |
|---|---|---|---|
| **2 Total** of line 1, column (d) | | **2** | |
| **3** Average distribution ratio for the 5-year base period—divide the total on line 2 by 5.0, or by the number of years the foundation has been in existence if less than 5 years | | **3** | |
| **4** Enter the net value of noncharitable-use assets for 2018 from Part X, line 5 . . . . . . . | | **4** | 1,808,118 |
| **5** Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . . . | | **5** | |
| **6** Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . | | **6** | 253 |
| **7** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . | | **7** | 253 |
| **8** Enter qualifying distributions from Part XII, line 4 . . . . . . . . . . . . | | **8** | 0 |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions.

Form **990-PF** (2018)

---

*Page 4*

---

Form 990-PF (2018)　Page **4**

| Part VI | Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948—see instructions) |
|---|---|

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1.

Date of ruling or determination letter: _____ **(attach copy of letter if necessary−see instructions)**

**b** Domestic foundations that meet the section 4940(e) requirements in Part V, check

here ▶ ☐ and enter 1% of Part I, line 27b

**1** | 507

**c** All other domestic foundations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col. (b)

**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-)　**2** |

**3** Add lines 1 and 2.　**3** | 507

**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-)　**4** |

**5** **Tax based on investment income.** Subtract line 4 from line 3. If zero or less, enter -0- . . . . .　**5** | 507

**6** Credits/Payments:

**a** 2018 estimated tax payments and 2017 overpayment credited to 2018　**6a** |

**b** Exempt foreign organizations—tax withheld at source . . . . . .　**6b** |

**c** Tax paid with application for extension of time to file (Form 8868) . . .　**6c** |

**d** Backup withholding erroneously withheld　**6d** |
. . . . . . . . . . . . . .

**7** Total credits and payments. Add lines 6a through 6d . . . . . . . . . . . . .　**7** |

**8** Enter any **penalty** for underpayment of estimated tax. Check here ☑ if Form 2220 is attached. 🐾　**8** | 21

**9** **Tax due.** If the total of lines 5 and 8 is more than line 7, enter **amount owed** ▶ . . . . . .　**9** | 528

**10** **Overpayment.** If line 7 is more than the total of lines 5 and 8, enter the **amount overpaid.** . . ▶　**10** |

**11** Enter the amount of line 10 to be: Credited to 2019 estimated tax ▶ **Refunded** ▶　**11** |

| Part VII-A | Statements Regarding Activities | | Yes | No |
|---|---|---|---|---|
| **1a** During the tax year, did the foundation attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? . . . . . . . . . . . . . . | **1a** | | No |
| **b** Did it spend more than $100 during the year (either directly or indirectly) for political purposes? (see Instructions for definition)**.** . . . . . . . . . . . . . . . . . . . . | **1b** | | No |
| *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the foundation in connection with the activities.* | | | |
| **c** Did the foundation file **Form 1120-POL** for this year?. . . . . . . . . . . . . . | **1c** | | No |
| **d** Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| **(1)** On the foundation. ▶ $ _____ **(2)** On foundation managers. ▶ $ _____ | | | |
| **e** Enter the reimbursement (if any) paid by the foundation during the year for political expenditure tax imposed on foundation managers. ▶ $ _____ | | | |
| **2** Has the foundation engaged in any activities that have not previously been reported to the IRS? . . . . . . . . | **2** | | No |
| *If "Yes," attach a detailed description of the activities.* | | | |
| **3** Has the foundation made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* . . . . | **3** | | No |
| **4a** Did the foundation have unrelated business gross income of $1,000 or more during the year?. . . . . . | **4a** | | No |
| **b** If "Yes," has it filed a tax return on **Form 990-T** for this year?. . . . . . . . . . . . | **4b** | | |
| **5** Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . . . | **5** | | No |
| *If "Yes," attach the statement required by General Instruction T.* | | | |
| **6** Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? . . . . . . . . . . | **6** | Yes | |

| | | | | Yes | |
|---|---|---|---|---|---|
| **7** | Did the foundation have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col. (c), and Part XV.* . . . . . . . . . . . . . . . . . . . | | **7** | Yes | |
| **8a** | Enter the states to which the foundation reports or with which it is registered (see instructions) ▶ _____ | | | | |
| **b** | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation.* | | **8b** | Yes | |
| **9** | Is the foundation claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2018 or the taxable year beginning in 2018? See the instructions for Part XIV. If "Yes," complete Part XIV . . . . . . . . . . . . . . . . . | | **9** | Yes | |
| **10** | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses.* | | **10** | | No |

Form **990-PF** (2018)

---

Page 5

Form 990-PF (2018)                                                                                     Page **5**

| **Part VII-A** | **Statements Regarding Activities** (continued) | | | | |
|---|---|---|---|---|---|
| **11** | At any time during the year, did the foundation, directly or indirectly, own a controlled entity within the meaning of section 512(b)(13)? If "Yes," attach schedule. See instructions . . . . . . . . . | | **11** | | No |
| **12** | Did the foundation make a distribution to a donor advised fund over which the foundation or a disqualified person had advisory privileges? If "Yes," attach statement. See instructions | | **12** | | No |
| **13** | Did the foundation comply with the public inspection requirements for its annual returns and exemption application? | | **13** | | |
| | Website address ▶WWW.FREEDOMWATCHUSA.ORG | | | | |
| **14** | The books are in care of ▶LARRY KLAYMAN _____ Telephone no. ▶(352) 274-9359 _____ | | | | |
| | Located at ▶2020 PENNSYLVANIA AVE NW 345  WASHINGTON  DC _____ ZIP+4 ▶20006 _____ | | | | |
| **15** | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of **Form 1041** —check here . . . . . . ▶ ☐ | | | | |
| | and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . ▶ | **15** | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **16** | At any time during calendar year 2018, did the foundation have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . | **16** | | No |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country ▶ | | | |

| **Part VII-B** | **Statements Regarding Activities for Which Form 4720 May Be Required** | | | | |
|---|---|---|---|---|---|
| | **File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.** | | | Yes | No |
| **1a** | During the year did the foundation (either directly or indirectly): | | | | |
| | **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? | ☐ Yes ☑ No | | | |
| | **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from) a disqualified person? . . . . . . . . . . . . . . . . . . . | ☐ Yes ☑ No | | | |
| | **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? | ☐ Yes ☑ No | | | |
| | **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? | ☐ Yes ☑ No | | | |
| | **(5)** Transfer any income or assets to a disqualified person (or make any of either available for the benefit or use of a disqualified person)? . . . . . . . . . . . | ☐ Yes ☑ No | | | |
| | **(6)** Agree to pay money or property to a government official? (**Exception.** Check "No" if the foundation agreed to make a grant to or to employ the official for a period after termination of government service, if terminating within 90 days.) . . . . . . . | ☐ Yes ☑ No | | | |
| **b** | If any answer is "Yes" to 1a(1)–(6), did **any** of the acts fail to qualify under the exceptions described in Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance? See instructions . . . . . . . . | | **1b** | | |
| | Organizations relying on a current notice regarding disaster assistance check here . . . . ▶ ☐ | | | | |
| **c** | Did the foundation engage in a prior year in any of the acts described in 1a, other than excepted acts, that were not corrected before the first day of the tax year beginning in 2018? . . . . . . . . . . | | **1c** | | |
| **2** | Taxes on failure to distribute income (section 4942) (does not apply for years the foundation was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)): | | | | |
| **a** | At the end of tax year 2018, did the foundation have any undistributed income (lines 6d and 6e, Part XIII) for tax year(s) beginning before 2018? . . . . . . . . . | ☐ Yes ☑ No | | | |
| | If "Yes," list the years ▶ 20____ , 20____ , 20____ , 20____ | | | | |
| **b** | Are there any years listed in 2a for which the foundation is **not** applying the provisions of section 4942(a)(2) (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) to **all** years listed, answer "No" and attach statement—see instructions.) . . . . . . . . | | **2b** | | |
| **c** | If the provisions of section 4942(a)(2) are being applied to **any** of the years listed in 2a, list the years here. ▶ 20____ , 20____ , 20____ , 20____ | | | | |
| **3a** | Did the foundation hold more than a 2% direct or indirect interest in any business enterprise at any time during the year? . . . . . . . . . . . . . . . . . | ☐ Yes ☑ No | | | |
| **b** | If "Yes," did it have excess business holdings in 2018 as a result of **(1)** any purchase by the foundation or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved | | | | |

| | | |
|---|---|---|
| or disqualified persons after May 26, 1969; **(2)** the lapse of the 5-year period (or longer period approved by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or **(3)** the lapse of the 10-, 15-, or 20-year first phase holding period?*(Use Schedule C, Form 4720, to determine if the foundation had excess business holdings in 2018.).* . . . . . . . . . . . . . . | **3b** | |
| **4a** Did the foundation invest during the year any amount in a manner that would jeopardize its charitable purposes? | **4a** | No |
| **b** Did the foundation make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2018? | **4b** | No |

Form **990-PF** (2018)

---

Page 6

---

Form 990-PF (2018) | Page **6**

**Part VII-B**  **Statements Regarding Activities for Which Form 4720 May Be Required** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| **5a** During the year did the foundation pay or incur any amount to: | | | | |
| **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? | ☐ Yes ☑ No | | | |
| **(2)** Influence the outcome of any specific public election (see section 4955); or to carry on, directly or indirectly, any voter registration drive?. | ☐ Yes ☑ No | | | |
| **(3)** Provide a grant to an individual for travel, study, or other similar purposes? | ☐ Yes ☑ No | | | |
| **(4)** Provide a grant to an organization other than a charitable, etc., organization described in section 4945(d)(4)(A)? See instructions. . . . . . . . . . | ☐ Yes ☑ No | | | |
| **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals?. . . . . | ☐ Yes ☑ No | | | |
| **b** If any answer is "Yes" to 5a(1)–(5), did **any** of the transactions fail to qualify under the exceptions described in Regulations section 53.4945 or in a current notice regarding disaster assistance? See instructions . . . . . | | | **5b** | |
| Organizations relying on a current notice regarding disaster assistance check here. . . . . . . . . . ▶ ☐ | | | | |
| **c** If the answer is "Yes" to question 5a(4), does the foundation claim exemption from the tax because it maintained expenditure responsibility for the grant?. . . . . . . . . | ☐ Yes ☐ No | | | |
| *If "Yes," attach the statement required by Regulations section 53.4945–5(d).* | | | | |
| **6a** Did the foundation, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract?. . . . . . . . . . . . . . . . . | ☐ Yes ☑ No | | | |
| **b** Did the foundation, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . | ☐ Yes ☑ No | | **6b** | No |
| *If "Yes" to 6b, file Form 8870.* | | | | |
| **7a** At any time during the tax year, was the foundation a party to a prohibited tax shelter transaction? | ☐ Yes ☑ No | | | |
| **b** If yes, did the foundation receive any proceeds or have any net income attributable to the transaction? . . . . . | ☐ Yes ☑ No | | **7b** | |
| **8** Is the foundation subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment during the year? . . . . . . . . . . . . . . . . | ☐ Yes ☑ No | | | |

**Part VIII**  **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors**

**1**  List all officers, directors, trustees, foundation managers and their compensation. See instructions

| **(a)** Name and address | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation (If not paid, enter -0-) | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| LARRY KLAYMAN C/O 2020 PENNSYLVANIA AVE NW 345 WASHINGTON, DC  20006 | PRESIDENT/DI 000.00 | 56,694 | 0 | 0 |
| LOUISE BENSON C/O 2020 PENNSYLVANIA AVE NW 345 WASHINGTON, DC  20006 | DIRECTOR 000.00 | 0 | 0 | 0 |
| TED BAEHR C/O 2020 PENNSYLVANIA AVE NW 345 WASHINGTON, DC  20006 | DIRECTOR 000.00 | 0 | 0 | 0 |

**2**  Compensation of five highest-paid employees (other than those included on line 1—see instructions). If none, enter "NONE."

| **(a)** Name and address of each employee paid more than $50,000 | **(b)** Title, and average hours per week devoted to position | **(c)** Compensation | **(d)** Contributions to employee benefit plans and deferred compensation | **(e)** Expense account, other allowances |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total** number of other employees paid over $50,000. . . . . . . . . . . ▶ | | | | |

Form **990-PF** (2018)

Form 990-PF (2018)           Page **7**

**Part VIII**    **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** *(continued)*

**3**    Five highest-paid independent contractors for professional services (see instructions). If none, enter "NONE".

| **(a)** Name and address of each person paid more than $50,000 | **(b)** Type of service | **(c)** Compensation |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Total** number of others receiving over $50,000 for professional services.  . . . . . . . . . . . ▶ | |

**Part IX-A**    **Summary of Direct Charitable Activities**

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| **1** CONDUCT PUBLIC POLICY RESEARCH AND EDUCATION. | 1,178,701 |
| **2** | |
| | |
| **3** | |
| | |
| **4** | |
| | |

**Part IX-B**    **Summary of Program-Related Investments** (see instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2. | Amount |
|---|---|
| **1** N/A | |
| **2** | |
| | |
| All other program-related investments. See instructions. | |
| **3** | |
| | |
| **Total.** Add lines 1 through 3  . . . . . . . . . . . . . ▶ | |

Form **990-PF** (2018)

Form 990-PF (2018)           Page **8**

**Part X**    **Minimum Investment Return** (All domestic foundations must complete this part. Foreign foundations,see instructions.)

| | | | |
|---|---|---|---|
| **1** | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| **a** | Average monthly fair market value of securities . . . . . . . . . . . . . | **1a** | 1,804,649 |
| **b** | Average of monthly cash balances . . . . . . . . . . . . . . | **1b** | 0 |
| **c** | Fair market value of all other assets (see instructions) . . . . . . . . . | **1c** | 31,004 |
| **d** | **Total** (add lines 1a, b, and c) . . . . . . . . . . . . . . | **1d** | 1,835,653 |
| **e** | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) . . . . . . . | **1e** | |
| **2** | Acquisition indebtedness applicable to line 1 assets . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1d . . . . . . . . . . . . . . . | **3** | 1,835,653 |
| **4** | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see instructions) . . . . . . . . . . . . . . . | **4** | 27,535 |
| **5** | **Net value of noncharitable-use assets.** Subtract line 4 from line 3. Enter here and on Part V, line 4 | **5** | 1,808,118 |

| | | | | |
|---|---|---|---|---|
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | **5** | | 1,666,116 |
| **6** | **Minimum investment return.** Enter 5% of line 5 | **6** | | 90,406 |

| **Part XI** | **Distributable Amount** (see instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☑ and do not complete this part.) | | | |
|---|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | **1** | | |
| 2a | Tax on investment income for 2018 from Part VI, line 5. . . . . . | **2a** | | |
| b | Income tax for 2018. (This does not include the tax from Part VI.). . . | **2b** | | |
| c | Add lines 2a and 2b. . . . . . . . . . . . . . . . | **2c** | | |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1. | **3** | | |
| 4 | Recoveries of amounts treated as qualifying distributions. . . . . . | **4** | | |
| 5 | Add lines 3 and 4. . . . . . . . . . . . . . . . . | **5** | | |
| 6 | Deduction from distributable amount (see instructions). . . . . . | **6** | | |
| **7** | **Distributable amount** as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1. . . | **7** | | |

| **Part XII** | **Qualifying Distributions** (see instructions) | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc.—total from Part I, column (d), line 26. . . . | **1a** | 0 |
| b | Program-related investments—total from Part IX-B. . . . . . . . . | **1b** | |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes. | **2** | |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required). . . . . . . . . . | **3a** | |
| b | Cash distribution test (attach the required schedule). . . . . . . . | **3b** | |
| 4 | **Qualifying distributions.** Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | **4** | 0 |
| 5 | Foundations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b. See instructions. . . . . . . | **5** | |
| 6 | **Adjusted qualifying distributions.** Subtract line 5 from line 4. . . . . . . | **6** | |
| | **Note:** The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years. | | |

Form **990-PF** (2018)

Form 990-PF (2018)              Page **9**

| **Part XIII** | **Undistributed Income** (see instructions) | | | | |
|---|---|---|---|---|---|
| | | **(a)** Corpus | **(b)** Years prior to 2017 | **(c)** 2017 | **(d)** 2018 |
| 1 | Distributable amount for 2018 from Part XI, line 7 | | | | |
| 2 | Undistributed income, if any, as of the end of 2018: | | | | |
| a | Enter amount for 2017 only. . . . . . . | | | | |
| b | Total for prior years: 20___ , 20___ , 20___ | | | | |
| 3 | Excess distributions carryover, if any, to 2018: | | | | |
| a | From 2013. . . . . . | | | | |
| b | From 2014. . . . . . | | | | |
| c | From 2015. . . . . . | | | | |
| d | From 2016. . . . . . | | | | |
| e | From 2017. . . . . . | | | | |
| f | **Total** of lines 3a through e. . . . . . . | | | | |
| 4 | Qualifying distributions for 2018 from Part XII, line 4: ▶ $ _____ | | | | |
| a | Applied to 2017, but not more than line 2a | | | | |
| b | Applied to undistributed income of prior years (Election required—see instructions). . . . | | | | |
| c | Treated as distributions out of corpus (Election required—see instructions). . . . . . | | | | |
| d | Applied to 2018 distributable amount. . . . . | | | | |
| e | Remaining amount distributed out of corpus | | | | |
| 5 | Excess distributions carryover applied to 2018. *(If an amount appears in column (d), the same amount must be shown in column (a).)* | | | | |
| 6 | **Enter the net total of each column as indicated below:** | | | | |
| a | Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | | | | |
| b | Prior years' undistributed income. Subtract line 4b from line 2b. . . . . . . . . . | | | | |
| c | Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed. . . . | | | | |
| d | Subtract line 6c from line 6b. Taxable amount | | | | |

| | | | | |
|---|---|---|---|---|
| **e** Undistributed income for 2017. Subtract line 4a from line 2a. Taxable amount—see instructions . . . . . . | | | | |
| **f** Undistributed income for 2018. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2019 . . . . . . | | | | |
| **7** Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(F) or 4942(g)(3) (Election may be required - see instructions) . . . . . . | | | | |
| **8** Excess distributions carryover from 2013 not applied on line 5 or line 7 (see instructions) . . . | | | | |
| **9 Excess distributions carryover to 2019.** Subtract lines 7 and 8 from line 6a . . . . . . | | | | |
| **10** Analysis of line 9: | | | | |
| **a** Excess from 2014. . . . | | | | |
| **b** Excess from 2015. . . . | | | | |
| **c** Excess from 2016. . . . | | | | |
| **d** Excess from 2017. . . . | | | | |
| **e** Excess from 2018. . . . | | | | |

Form **990-PF** (2018)

---

---

Form 990-PF (2018)                                                                                                    Page **10**

| Part XIV | **Private Operating Foundations** (see instructions and Part VII-A, question 9) |
|---|---|

**1a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 2018, enter the date of the ruling. . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☑ 4942(j)(3) or ☐ 4942(j)(5)

| | | Tax year | | Prior 3 years | | (e) Total |
|---|---|---|---|---|---|---|
| | | **(a)** 2018 | **(b)** 2017 | **(c)** 2016 | **(d)** 2015 | |
| **2a** | Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . . . . . . . | 25,330 | | | 2,236 | 27,566 |
| **b** | 85% of line 2a . . . . . . . . . | 21,531 | | | 1,901 | 23,432 |
| **c** | Qualifying distributions from Part XII, line 4 for each year listed . . . . . | | | | | 0 |
| **d** | Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . . . . . . | | | | | |
| **e** | Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . | | | | | |
| **3** | Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** | "Assets" alternative test—enter: | | | | | |
| | **(1)** Value of all assets . . . . . . . | | | | | |
| | **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** | "Endowment" alternative test— enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed. . . | 60,271 | 188,349 | 69,032 | 193,642 | 511,294 |
| **c** | "Support" alternative test—enter: | | | | | |
| | **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . | | | | | |
| | **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii). . . . | | | | | |
| | **(3)** Largest amount of support from an exempt organization | | | | | |
| | **(4)** Gross investment income | | | | | |

| Part XV | **Supplementary Information** (Complete this part only if the foundation had $5,000 or more in assets at any time during the year—see instructions.) |
|---|---|

**1** **Information Regarding Foundation Managers:**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

**2** **Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:**

Check here ▶ ☑ if the foundation only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the foundation makes gifts, grants, etc. to individuals or organizations under other conditions, complete items 2a, b, c, and d. See instructions

**a** The name, address, and telephone number or e-mail address of the person to whom applications should be addressed:
LARRY KLAYMAN

LARRY KLAYMAN
2020 PENNSYLVANIA AVE NW 345
2020 PENNSYLVANIA AVE NW 345
WASHINGTON, DC  20006
(352) 274-9359
LEKLAYMAN@YAHOO.COM

**b** The form in which applications should be submitted and information and materials they should include:

**c** Any submission deadlines:

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

Form **990-PF** (2018)

Page 11

---

Form 990-PF (2018)      Page **11**

| Part XV | **Supplementary Information** (continued) |
|---|---|

**3**    **Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | |
| **b** *Approved for future payment* | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | |

Form **990-PF** (2018)

Page 12

---

Form 990-PF (2018)      Page **12**

| Part XVI-A | **Analysis of Income-Producing Activities** |
|---|---|

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | **(e)**<br>Related or exempt function income<br>(See instructions.) |
|---|---|---|---|---|---|
| | **(a)**<br>Business code | **(b)**<br>Amount | **(c)**<br>Exclusion code | **(d)**<br>Amount | |
| **1** Program service revenue: | | | | | |
|   **a** _____ | | | | | |
|   **b** _____ | | | | | |
|   **c** _____ | | | | | |
|   **d** _____ | | | | | |
|   **e** _____ | | | | | |
|   **f** _____ | | | | | |
|   **g** Fees and contracts from government agencies | | | | | |
| **2** Membership dues and assessments. . . . | | | | | |
| **3** Interest on savings and temporary cash investments . . . . . . . . . . | | | | | 25,330 |
| **4** Dividends and interest from securities. . . . | | | | | |
| **5** Net rental income or (loss) from real estate: | | | | | |
|   **a** Debt-financed property. . . . . . | | | | | |
|   **b** Not debt-financed property. . . . . | | | | | |
| **6** Net rental income or (loss) from personal property | | | | | |
| **7** Other investment income. . . . . | | | | | |
| **8** Gain or (loss) from sales of assets other than inventory . . . . . . . . . | | | | | |
| **9** Net income or (loss) from special events: | | | | | |
| **10** Gross profit or (loss) from sales of inventory | | | | | |
| **11** Other revenue: **a** _____ | | | | | |
|   **b** _____ | | | | | |
|   **c** _____ | | | | | |
|   **d** _____ | | | | | |
|   **e** _____ | | | | | |
| **12** Subtotal. Add columns (b), (d), and (e). . | | | | | 25,330 |
| **13** **Total.** Add line 12, columns (b), (d), and (e). . . . . . . . **13** | | | | | 25,330 |

(See worksheet in line 13 instructions to verify calculations.)

| Part XVI-B | **Relationship of Activities to the Accomplishment of Exempt Purposes** |
|---|---|

**Line No.**<br>▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the foundation's exempt purposes (other than by providing funds for such purposes). (See instructions.)

Form **990-PF** (2018)

Page 13

---

Form 990-PF (2018)                                            Page **13**

| Part XVII | Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations |
|---|---|

**1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

|  |  | Yes | No |
|---|---|---|---|
| **a** Transfers from the reporting foundation to a noncharitable exempt organization of: |  |  |  |
| **(1)** Cash. | **1a(1)** |  | No |
| **(2)** Other assets. | **1a(2)** |  | No |
| **b** Other transactions: |  |  |  |
| **(1)** Sales of assets to a noncharitable exempt organization. | **1b(1)** |  | No |
| **(2)** Purchases of assets from a noncharitable exempt organization. | **1b(2)** |  | No |
| **(3)** Rental of facilities, equipment, or other assets. | **1b(3)** |  | No |
| **(4)** Reimbursement arrangements. | **1b(4)** |  | No |
| **(5)** Loans or loan guarantees. | **1b(5)** |  | No |
| **(6)** Performance of services or membership or fundraising solicitations. | **1b(6)** |  | No |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees. | **1c** |  | No |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column **(b)** should always show the fair market value of the goods, other assets, or services given by the reporting foundation. If the foundation received less than fair market value in any transaction or sharing arrangement, show in column **(d)** the value of the goods, other assets, or services received.

| **(a)** Line No. | **(b)** Amount involved | **(c)** Name of noncharitable exempt organization | **(d)** Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**2a** Is the foundation directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) (other than section 501(c)(3)) or in section 527? . . . . . . . . . .    ☐ Yes   ☑ No

**b** If "Yes," complete the following schedule.

| **(a)** Name of organization | **(b)** Type of organization | **(c)** Description of relationship |
|---|---|---|

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer or trustee | Date 2019-10-12 | Title |
|---|---|---|

May the IRS discuss this return with the preparer shown below (see instr.)? ☑ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's Signature | Date | Check if self-employed ▶ ☐ | PTIN |
|---|---|---|---|---|
| MORDECHAI TAYLOR CPA | | 2019-10-12 | | P00436700 |

Firm's name ▶ PREMIER ACCOUNTING & TAX SERVICES INC

Firm's EIN ▶ 37-1590914

Firm's address ▶ 9040 TOPANGA CANYON BLVD STE 210
CANOGA PARK, CA  913041435

Phone no. (818) 366-1844

Form **990-PF** (2018)

---

## Additional Data

[ **Return to Form** ]

Software ID:

Software Version:

**Form 990PF - Special Condition Description:**

Special Condition Description

↑ Back to Top

efile Public Visual Render | ObjectId: 201922869349100702 - Submission: 2019-10-13

Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH
CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Description of Property | Date Acquired | Cost or Other Basis | Prior Years' Depreciation | Computation Method | Rate / Life (# of years) | Current Year's Depreciation Expense | Net Inve Inco |
|---|---|---|---|---|---|---|---|
| TENANT IMPROVEMENTS | 2016-10-15 | 17,401 | 2,175 | S/L | 10.0000 | 1,740 | |
| TENANT IMPROVEMENTS | 2017-06-22 | 2,450 | 245 | S/L | 5.0000 | 490 | |
| FURNITURE & EQUIPMENT | 2017-07-24 | 6,250 | 6,250 | 200DB | 7.0000 | | |
| VEHICLE | 2018-04-07 | 49,620 | | S/L | 5.0000 | 7,443 | |
| TENANT IMPROVEMENTS | 2016-12-05 | 17,401 | 4,060 | S/L | 5.0000 | 3,480 | |
| TENANT IMPROVEMENTS | 2017-06-22 | 2,450 | 245 | S/L | 5.0000 | 490 | |
| SHUTTER | 2018-09-01 | 4,800 | | S/L | 5.0000 | 320 | |

↑ Back to Top

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Category / Item | Cost / Other Basis | Accumulated Depreciation | Book Value | End of Year Fair Market Value |
|---|---|---|---|---|
| | 100,372 | 26,938 | 73,434 | 73,434 |

↑ Back to Top

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| | 137,013 | | | |

↑ Back to Top

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Description | Beginning of Year - Book Value | End of Year - Book Value | End of Year - Fair Market Value |
|---|---|---|---|
| SECURITY DEPOSIT | 7,136 | 7,136 | 7,136 |

↑ Back to Top

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Description | Revenue and Expenses per Books | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| EXPENSES | | | | |
| ADVERTISING & PROMOTION | 15,935 | | | |
| BANK & MERCHANT FEES | 15,206 | | | |
| COMPUTER EXPENSE | 4,581 | | | |
| DUES AND SUBSCRIPTIONS | 2,634 | | | |
| EDUCATION | 1,215 | | | |
| EMPLOYEE BENEFITS | 33,571 | | | |
| INSURANCE | 17,461 | | | |
| INTERNET | 387 | | | |
| MARKETING | 205,085 | | | |
| MEALS & ENTERTAINMENT | 15,495 | | | |
| MISC EXPENSES | 1,179 | | | |
| OFFICE EXPENSES | 9,581 | | | |
| PARKING | 3,039 | | | |
| PAYROLL PROCESSING | 3,125 | | | |
| POSTAGE & FREIGHT | 31,139 | | | |
| PUBLIC RELATIONS | 25,194 | | | |
| TELEPHONE | 13,712 | | | |
| UTILITIES | 4,491 | | | |
| VEHICLE & TRANSPORTATION | 23,626 | | | |
| WEBSITE | 26,315 | | | |
| SUPPLIES | 2,174 | | | |

↑ Back to Top

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| CONSULTANTS | 24,921 | | | |
| ACCOUNTING | 59,436 | | | |

| efile Public Visual Render | ObjectId: 201922869349100702 - Submission: 2019-10-13 | TIN: 52-1948015 |

## TY 2018 IRS 990 e-File Render

**Name:** FREEDOM WATCH

CENTER FOR ECONOMIC JUSTICE

**EIN:** 52-1948015

| Category | Amount | Net Investment Income | Adjusted Net Income | Disbursements for Charitable Purposes |
|---|---|---|---|---|
| LICENSES & REGISTRATION | 4,204 | | | |
| STATE TAXES | 10 | | | |

| Form **990** | **Return of Organization Exempt From Income Tax** | | OMB No 1545-0047 |
|---|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public

► Go to www.irs.gov/Form990 for instructions and the latest information.

**2018**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A   For the 2019 calendar year, or tax year beginning 01-01-2018 , and ending 12-31-2018**

| B Check if applicable | C Name of organization | D Employer identification number |
|---|---|---|
| ☐ Address change | JUDICIAL WATCH INC | 52-1885088 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P O box if mail is not delivered to street address)   Room/suite | E Telephone number |
| ☐ Amended return | 425 3RD STREET SW NO 800 | (202) 646-5172 |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code | |
| | WASHINGTON, DC  20024 | G Gross receipts $ 127,933,321 |

| F  Name and address of principal officer | H(a) | Is this a group return for subordinates? | ☐ Yes ☒ No |
|---|---|---|---|
| THOMAS J FITTON | H(b) | Are all subordinates included? | ☐ Yes ☐ No |
| 425 3RD STREET SW NO 800 | | If "No," attach a list  (see instructions) | |
| WASHINGTON, DC  20024 | H(c) | Group exemption number ► | |

| I  Tax-exempt status | ☒ 501(c)(3)   ☐ 501(c) (  ) ◄ (insert no )   ☐ 4947(a)(1) or   ☐ 527 |
|---|---|

J  Website: ► WWW JUDICIALWATCH ORG

| K  Form of organization | ☒ Corporation  ☐ Trust  ☐ Association  ☐ Other ► | L Year of formation  1994 | M State of legal domicile  DC |
|---|---|---|---|

## Part I   Summary

**1**  Briefly describe the organization's mission or most significant activities
TO PROMOTE INTEGRITY, TRANSPARENCY AND ACCOUNTABILITY IN GOVERNMENT AND FIDELITY TO THE RULE OF LAW THROUGH PUBLIC ADVOCACY, LITIGATION, AND MONITORING AND INVESTIGATING FEDERAL, STATE AND LOCAL GOVERNMENT ENTITIES AND OFFICIALS, AMONG OTHER ACTIVITIES

**2**  Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . | **3** | 3 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | **4** | 0 |
| **5** Total number of individuals employed in calendar year 2018 (Part V, line 2a) . . . | **5** | 53 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . | **6** | 0 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 34 . . . . . . . . | **7b** | 45,460 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) . . . . . . . | 49,671,349 | 67,573,218 |
| | **9** Program service revenue (Part VIII, line 2g) . . . . . . . | 7,500 | 210,349 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . | 3,098,184 | 3,703,939 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 284,692 | 252,862 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 53,061,725 | 71,740,368 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | 65,000 | 59,000 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | 0 | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 6,232,072 | 6,980,646 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | 0 | 0 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ►15,376,543 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 25,831,062 | 33,391,416 |
| | **18** Total expenses  Add lines 13–17 (must equal Part IX, column (A), line 25) | 32,128,134 | 40,431,062 |
| | **19** Revenue less expenses  Subtract line 18 from line 12 . . . . . . . | 20,933,591 | 31,309,306 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| Net Assets or Fund Balances | **20** Total assets (Part X, line 16) . . . . . . . . . . | 92,365,593 | 113,273,603 |
| | **21** Total liabilities (Part X, line 26) . . . . . . . . . | 2,858,138 | 3,231,970 |
| | **22** Net assets or fund balances  Subtract line 21 from line 20 . . . . . | 89,507,455 | 110,041,633 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | Signature of officer | 2019-05-23 Date |
|---|---|---|
| | THOMAS J FITTON  PRESIDENT | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01324904 |
|---|---|---|---|---|---|
| | Firm's name ► CALIBRE CPA GROUP PLLC | | | Firm's EIN ► 47-0900880 | |
| | Firm's address ►7501 WISCONSIN AVENUE SUITE 1200 WEST BETHESDA, MD  20814 | | | Phone no  (202) 331-9880 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☒ Yes ☐ No

Form 990 (2018) Page **2**

**Part III** **Statement of Program Service Accomplishments**

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission

TO PROMOTE INTEGRITY, TRANSPARENCY AND ACCOUNTABILITY IN GOVERNMENT AND FIDELITY TO THE RULE OF LAW THROUGH PUBLIC ADVOCACY, LITIGATION AND MONITORING AND INVESTIGATING FEDERAL, STATE AND LOCAL GOVERNMENT ENTITIES AND OFFICIALS, AMONG OTHER ACTIVITIES

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these new services on Schedule O

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☑ **No**

If "Yes," describe these changes on Schedule O

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

| **4a** | (Code ) (Expenses $ | 16,859,190 | including grants of $ | 59,000 ) (Revenue $ | ) |
|---|---|---|---|---|---|
| | See Additional Data | | | | |

| **4b** | (Code ) (Expenses $ | 3,017,055 | including grants of $ | 0 ) (Revenue $ | 210,349 ) |
|---|---|---|---|---|---|
| | See Additional Data | | | | |

| **4c** | (Code ) (Expenses $ | 1,379,247 | including grants of $ | ) (Revenue $ | ) |
|---|---|---|---|---|---|
| | See Additional Data | | | | |

**4d** Other program services (Describe in Schedule O )

(Expenses $    including grants of $    ) (Revenue $    )

**4e** **Total program service expenses ▶**    21,255,492

Form **990** (2018)

Case 9:18-cv-82009-AMC Document 5-1   Entered on FLSD Docket 11/13/2020   Page 19 of 63

**Part IV** **Checklist of Required Schedules**

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . | **1** | Yes | |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . . . . | **4** | | No |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . . . . . . . . | **5** | | No |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* . . . | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* . . | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . . | **11f** | Yes | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . | **12a** | Yes | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* . . | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . . . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . . | **21** | Yes | |
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . | **22** | | No |

Form 990 (2018) **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K  If "No," go to line 25a* | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| **a** | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| **b** | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . | **28b** | | No |
| **c** | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | Yes | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* . | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | No |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . | **36** | | No |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . | **38** | Yes | |

| Part V | **Statements Regarding Other IRS Filings and Tax Compliance** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . □ | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . . | **1a** | 35 | | |
| **b** | Enter the number of Forms W-2G included in line 1a *Enter -0-* if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . | | **1c** | | Yes | |

Form **990** (2018)

| | | | | |
|---|---|---|---|---|
| | Tax Statements, filed for the calendar year ending with or within the year covered by this return | **2a** | 53 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.**If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | **3a** | Yes | |
| **b** | If "Yes," has it filed a Form 990-T for this year?If "No" to line 3b, provide an explanation in Schedule O . . . | **3b** | Yes | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . \| **7d** \| | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . . . . . . . . | **8** | | |
| **9a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . \| **10a** \| | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities \| **10b** \| | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . \| **11a** \| | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . . . \| **11b** \| | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year \| **12b** \| | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . \| **13b** \| | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . \| **13c** \| | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?If "No," provide an explanation in Schedule O . . | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? If "Yes," see instructions and file Form 4720, Schedule N . . . . . | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O . . . . . . . . . . . . . . . | **16** | | No |

9:30am 82020 AM C, Document 5-1 Entered on FLSD Docket 11/13/2020 Page 22 of 63

Part VI **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O See instructions*

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . ☑

## Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | 1a | 3 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | 1b | 0 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . | | 2 | | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | 3 | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . | | 4 | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | 5 | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . | | 6 | | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . | | 7a | | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . | | 7b | | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . | | 8a | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . | | 8b | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | | 9 | | | No |

## Section B. Policies (*This Section B requests information about policies not required by the Internal Revenue Code.*)

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . | 10a | | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | 10b | | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . | 11a | | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990 . . . . . | | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . . | 12a | | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . | 12b | | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . . . | 12c | | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . | 13 | | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . . | 14 | | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . . | 15a | | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . | 15b | | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . | 16a | | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | 16b | | | |

## Section C. Disclosure

**17** List the States with which a copy of this Form 990 is required to be filed▶ AL , AK , AZ , AR , CA , CT , FL , GA , IL , KS , KY , LA , ME , MD , MA , MI , MN , MS , NH , NJ , NM , NY , NC , ND , OH , OK , OR , PA , RI , SC , TN , UT , VA , WA , WV , WI

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection Indicate how you made these available Check all that apply

☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governance documents, conflict of interest policy, and financial statements available to the public during the tax year

**20** State the name, address, and telephone number of the person who possesses the organization's books and records ▶PAUL J ORFANEDES 425 3RD STREET SW SUITE 800 WASHINGTON, DC 20024 (202) 646-5172

9 Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, 23 of 63

**Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W- 2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W- 2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) THOMAS J FITTON<br>.................<br>PRESIDENT, DIRECTOR | 40 00 | X | | X | | | | 334,357 | 0 | 25,295 |
| (2) PAUL J ORFANEDES<br>.................<br>TREASURER, SECRETARY, DIRE | 50 00 | X | | X | | | | 360,243 | 0 | 24,546 |
| (3) CHRISTOPHER FARRELL<br>.................<br>DIRECTOR | 40 00 | X | | | | | | 299,467 | 0 | 24,416 |
| (4) STEVEN ANDERSEN<br>.................<br>DIRECTOR OF DEVELOPMENT | 40 00 | | | | X | | | 221,346 | 0 | 23,598 |
| (5) SUSAN E PRYTHERCH<br>.................<br>CHIEF OF STAFF | 40 00 | | | | | X | | 250,859 | 0 | 23,983 |
| (6) ROBERT PATRICK STICHT<br>.................<br>SENIOR ATTORNEY | 40 00 | | | | | X | | 239,005 | 0 | 9,930 |
| (7) ROBERT POPPER<br>.................<br>SENIOR ATTORNEY | 40 00 | | | | | X | | 205,149 | 0 | 22,877 |
| (8) JOHN ALBERTELLA<br>.................<br>DIRECTOR OF DIRECT MARKETI | 40 00 | | | | | X | | 182,081 | 0 | 20,683 |
| (9) JAMES PETERSON<br>.................<br>ATTORNEY | 40 00 | | | | | X | | 163,921 | 0 | 18,828 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form 990 (2018)

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . ▶ | | | | | | | | 2,256,428 | 0 | 194,156 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 22

| | | | | Yes | No |
|---|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . | | **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?If "Yes," complete Schedule J for such person . . . . . . . . . | | **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization Report compensation for the calendar year ending with or within the organization's tax year

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| PRODUCTION MANAGEMENT GROUP<br><br>7160 COLUMBIA GATEWAY DRIVE 300<br>COLUMBIA, MD 21046 | PRODUCTION OF FUNDRAISING PACKAGES | 5,575,201 |
| PLANET DIRECT<br><br>7251 COPPERMINE DRIVE<br>MANASSAS, VA 20109 | PRODUCTION OF FUNDRAISING PACKAGES | 3,987,819 |
| CONRAD DIRECT<br><br>300 KNICKERBOCKER RD<br>CRESSKILL, NJ 07626 | ADMINISTRATION OF FUNDRAISING LISTS | 2,055,476 |
| DIRECT MAIL PROCESSORS<br><br>1150 CONRAD COURT<br>HAGERSTOWN, MD 21740 | MAIL RECEIPTS AND DATA PROCESSING | 833,109 |
| DRISCOLL & SELTZER PLLC<br><br>300 N WASHINGTON ST 610<br>ALEXANDRIA, VA 22314 | LEGAL SERVICES | 151,349 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 7

Part VIII 0:30am 8009 AM0e  Document 5-1  Entered on FLSD Docket 11/13/2020  Page 25 of 63

Check if Schedule O contains a response or note to any line in this Part VIII  .  .  .  .  .  .  .  .  ☐

| | | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns  .  . | **1a** | | | | |
| | **b** Membership dues  .  . | **1b** | | | | |
| | **c** Fundraising events  .  . | **1c** | | | | |
| | **d** Related organizations  . | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 67,573,218 | | | |
| | **g** Noncash contributions included in lines 1a - 1f $ | 958,019 | | | | |
| | **h Total.** Add lines 1a-1f  .  .  .  .  .  .  ▶ | | 67,573,218 | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** ATTORNEY SETTLEMENT FEES | 900099 | 210,349 | 210,349 | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g Total.** Add lines 2a–2f  .  .  .  .  ▶ | | 210,349 | | | |

| **3** Investment income (including dividends, interest, and other similar amounts)  .  .  .  .  .  ▶ | | | 1,794,745 | | | 1,794,745 |
|---|---|---|---|---|---|---|
| **4** Income from investment of tax-exempt bond proceeds  ▶ | | | | | | |
| **5** Royalties  .  .  .  .  .  .  .  .  .  ▶ | | | 247,598 | | | 247,598 |

| | | (i) Real | (ii) Personal | | | |
|---|---|---|---|---|---|---|
| **6a** Gross rents | | | | | | |
| **b** Less  rental expenses | | | | | | |
| **c** Rental income or (loss) | | | | | | |
| **d** Net rental income or (loss)  .  .  .  .  .  ▶ | | | | | | |

| | | (i) Securities | (ii) Other | | | |
|---|---|---|---|---|---|---|
| **7a** Gross amount from sales of assets other than inventory | | 58,019,287 | | | | |
| **b** Less  cost or other basis and sales expenses | | 56,110,093 | | | | |
| **c** Gain or (loss) | | 1,909,194 | | | | |
| **d** Net gain or (loss)  .  .  .  .  .  ▶ | | | 1,909,194 | | | 1,909,194 |

| **Other Revenue** | **8a** Gross income from fundraising events (not including $ ____ of contributions reported on line 1c) See Part IV, line 18  .  .  .  .  **a** | | | | | |
|---|---|---|---|---|---|---|
| | **b** Less  direct expenses  .  .  .  **b** | | | | | |
| | **c** Net income or (loss) from fundraising events  .  ▶ | | | | | |
| | **9a** Gross income from gaming activities See Part IV, line 19  .  .  .  .  **a** | | | | | |
| | **b** Less  direct expenses  .  .  .  **b** | | | | | |
| | **c** Net income or (loss) from gaming activities  .  .  ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances  .  .  **a** | 80,785 | | | | |
| | **b** Less  cost of goods sold  .  .  **b** | 82,860 | | | | |
| | **c** Net income or (loss) from sales of inventory  .  .  ▶ | | -2,075 | | | -2,075 |

| | Miscellaneous Revenue | Business Code | | | | |
|---|---|---|---|---|---|---|
| | **11a** OTHER REVENUE | 900099 | 7,339 | | | 7,339 |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue  .  .  .  .  . | | | | | |
| | **e Total.** Add lines 11a–11d  .  .  .  .  .  .  ▶ | | 7,339 | | | |
| **12 Total revenue.** See Instructions  .  .  .  .  .  ▶ | | | 71,740,368 | 210,349 | 0 | 3,956,801 |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns  All other organizations must complete column (A)

Check if Schedule O contains a response or note to any line in this Part IX  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21 | 59,000 | 59,000 | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, line 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees  .   .   .   .   . | 1,313,268 | 715,478 | 250,337 | 347,453 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B)  .   .   .   .   . | | | | |
| **7** Other salaries and wages | 4,634,184 | 2,938,911 | 616,708 | 1,078,565 |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions)  .   .   .   .   . | 203,108 | 130,187 | 27,760 | 45,161 |
| **9** Other employee benefits  .   .   .   .   .   .   . | 464,372 | 291,544 | 66,346 | 106,482 |
| **10** Payroll taxes  .   .   .   .   .   .   .   .   . | 365,714 | 225,353 | 53,138 | 87,223 |
| **11** Fees for services (non-employees) | | | | |
| **a** Management  .   .   .   .   .   . | | | | |
| **b** Legal  .   .   .   .   .   .   .   . | 398,705 | 251,333 | 138,606 | 8,766 |
| **c** Accounting  .   .   .   .   .   .   .   .   . | 38,250 | | 38,250 | |
| **d** Lobbying  .   .   .   .   .   .   . | | | | |
| **e** Professional fundraising services  See Part IV, line 17 | | | | |
| **f** Investment management fees  .   .   .   .   .   . | 353,214 | | 326,332 | 26,882 |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 4,534,417 | 1,300,603 | 158,747 | 3,075,067 |
| **12** Advertising and promotion  .   .   .   .   . | 5,495,849 | 5,495,849 | | |
| **13** Office expenses  .   .   .   .   .   .   .   . | 177,323 | 74,291 | 77,461 | 25,571 |
| **14** Information technology  .   .   .   .   .   . | 641,716 | 625,822 | 9,200 | 6,694 |
| **15** Royalties  .   . | | | | |
| **16** Occupancy  .   .   .   .   .   .   .   .   . | 713,988 | 439,960 | 103,742 | 170,286 |
| **17** Travel  .   .   .   .   .   .   .   .   .   . | 210,165 | 132,155 | 4,931 | 73,079 |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials  . | | | | |
| **19** Conferences, conventions, and meetings  .   .   .   . | 28,367 | 28,843 | | -476 |
| **20** Interest  .   .   .   .   .   .   .   .   .   . | | | | |
| **21** Payments to affiliates  .   .   .   .   .   .   . | | | | |
| **22** Depreciation, depletion, and amortization  .   . | 228,827 | 141,003 | 33,249 | 54,575 |
| **23** Insurance  .   .   . | 175,382 | 72,314 | 103,068 | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** PRINTING AND COPYING | 9,986,516 | 4,151,130 | 820,954 | 5,014,432 |
| **b** POSTAGE AND DELIVERY | 9,558,488 | 4,072,732 | 817,898 | 4,667,858 |
| **c** BANK AND CREDIT CARD FE | 714,034 | | 133,466 | 580,568 |
| **d** RESEARCH | 92,441 | 92,441 | | |
| **e** All other expenses | 43,734 | 16,543 | 18,834 | 8,357 |
| **25** Total functional expenses. Add lines 1 through 24e | 40,431,062 | 21,255,492 | 3,799,027 | 15,376,543 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation Check here ▶ ☑ if following SOP 98-2 (ASC 958-720) | 20,202,504 | 13,091,842 | 5,091,269 | 2,019,393 |

**Part X** **Balance Sheet**

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . □

|  | | | | (A)<br>Beginning of year | | (B)<br>End of year |
|---|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . . | | 1,166 | **1** | 1,531 |
| | 2 | Savings and temporary cash investments . . . . . . . | | 13,242,045 | **2** | 20,374,030 |
| | 3 | Pledges and grants receivable, net . . . . . . | | 4,438,593 | **3** | 3,246,935 |
| | 4 | Accounts receivable, net . . . . . . . . . | | 89,783 | **4** | 5,470 |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees Complete Part II of Schedule L . . . . . . . . . | | | **5** | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions) Complete Part II of Schedule L . . . . . . . . . | | | **6** | |
| | 7 | Notes and loans receivable, net . . . . . | | | **7** | |
| | 8 | Inventories for sale or use . . . . . . . . | | 72,362 | **8** | 75,826 |
| | 9 | Prepaid expenses and deferred charges . . . . . . | | 561,401 | **9** | 511,925 |
| | 10a | Land, buildings, and equipment cost or other basis Complete Part VI of Schedule D | **10a** 2,416,050 | | | |
| | b | Less accumulated depreciation | **10b** 1,747,238 | 728,384 | **10c** | 668,812 |
| | 11 | Investments—publicly traded securities . | | 73,189,903 | **11** | 88,347,118 |
| | 12 | Investments—other securities See Part IV, line 11 . . . . | | | **12** | |
| | 13 | Investments—program-related See Part IV, line 11 . . | | | **13** | |
| | 14 | Intangible assets . . . . . . . . | | | **14** | |
| | 15 | Other assets See Part IV, line 11 . . . . . . . . | | 41,956 | **15** | 41,956 |
| | 16 | **Total assets.**Add lines 1 through 15 (must equal line 34) . . . | | 92,365,593 | **16** | 113,273,603 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . . | | 1,067,948 | **17** | 1,474,859 |
| | 18 | Grants payable . . . | | | **18** | |
| | 19 | Deferred revenue . . . . . . . . . . | | | **19** | |
| | 20 | Tax-exempt bond liabilities . . . . . . . . | | | **20** | |
| | 21 | Escrow or custodial account liability Complete Part IV of Schedule D | | | **21** | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons Complete Part II of Schedule L . . . . . . | | | **22** | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | | **23** | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | | **24** | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24) Complete Part X of Schedule D | | 1,790,190 | **25** | 1,757,111 |
| | 26 | **Total liabilities.**Add lines 17 through 25 . . . . | | 2,858,138 | **26** | 3,231,970 |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here ▶ ☑ and complete lines 27 through 29, and lines 33 and 34.** | | | | |
| | 27 | Unrestricted net assets | | 88,100,925 | **27** | 108,656,496 |
| | 28 | Temporarily restricted net assets . . . . . . . . . | | 1,406,530 | **28** | 1,385,137 |
| | 29 | Permanently restricted net assets . . . . . | | | **29** | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ □ and complete lines 30 through 34.** | | | | |
| | 30 | Capital stock or trust principal, or current funds . . . . . | | | **30** | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund . . . | | | **31** | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | | **32** | |
| | 33 | Total net assets or fund balances . . . . . . . . . | | 89,507,455 | **33** | 110,041,633 |
| | 34 | Total liabilities and net assets/fund balances . . . . . . | | 92,365,593 | **34** | 113,273,603 |

Rie 9:20cnviB2020 ANAC 5cument 5-1   Entered on FLSD Docket 11/13/2020   Page 28 of 63

**Part XI** **Reconciliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . ☑

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . | **1** | 71,740,368 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . | **2** | 40,431,062 |
| 3 | Revenue less expenses Subtract line 2 from line 1 . . . . . . . . . . . . . | **3** | 31,309,306 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . | **4** | 89,507,455 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . | **5** | -10,784,035 |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | **9** | 8,907 |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | **10** | 110,041,633 |

**Part XII** **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . ☑

| | | | **Yes** | **No** |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990   ☐ Cash  ☑ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both | | | |
| | ☐ Separate basis      ☐ Consolidated basis      ☐ Both consolidated and separate basis | | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both | | | |
| | ☑ Separate basis      ☐ Consolidated basis      ☐ Both consolidated and separate basis | | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | **3b** | | |

**Additional Data**

**Software ID:**

**Software Version:**

**EIN:** 52-1885088

**Name:** JUDICIAL WATCH INC

Form 990 (2018)

---

**Form 990, Part III, Line 4a:**

PUBLIC EDUCATION - JUDICIAL WATCH FULFILLS ITS EDUCATIONAL MISSION BY DISSEMINATING INFORMATION ABOUT ITS PUBLIC ADVOCACY, LITIGATION, MONITORING AND INVESTIGATIONS, AND OTHER ACTIVITIES, TO THE PUBLIC THROUGH ITS WEBSITE, MONTHLY NEWSLETTER, AND EMAIL UPDATES AND BLOGS, AS WELL AS REGULAR MAILINGS, PERIODIC SPECIAL REPORTS AND OTHER PUBLIC OUTREACH EFFORTS

## Form 990, Part III, Line 4b:

LEGAL. JUDICIAL WATCH PROSECUTES NUMEROUS LAWSUITS, TYPICALLY ON ITS OWN BEHALF BUT ALSO ON BEHALF OF LIKE-MINDED INDIVIDUALS OR ENTITIES TO PROMOTE INTEGRITY, TRANSPARENCY AND ACCOUNTABILITY IN GOVERNMENT AND FIDELITY TO THE RULE OF LAW. SINCE ITS INCEPTION IN 1994, JUDICIAL WATCH HAS PROSECUTED OR DEFENDED HUNDREDS OF LAWSUITS IN FURTHERANCE OF ITS PUBLIC INTEREST MISSION AND OBTAINED MANY NOTEWORTHY SUCCESSES

Case 9:20-cv-82039-AMC   Document 5-1   Entered on FLSD Docket 11/13/2020   Page 30 of 63

**Form 990, Part III, Line 4c:**

INVESTIGATIONS/RESEARCH. JUDICIAL WATCH MONITORS AND INVESTIGATES THE ACTIONS OF FEDERAL, STATE AND LOCAL GOVERNMENT ENTITIES AND PUBLIC OFFICIALS, TYPICALLY USING OPEN RECORDS LAWS SUCH AS THE FREEDOM OF INFORMATION ACT. SINCE ITS INCEPTION IN 1994, JUDICIAL WATCH HAS SERVED THOUSANDS OF OPEN RECORDS REQUESTS AND SECURED THE RELEASE OF HUNDREDS OF THOUSANDS OF PREVIOUSLY UNDISCLOSED GOVERNMENT RECORDS INTO THE PUBLIC DOMAIN. JUDICIAL WATCH ALSO MAINTAINS DATABASES OF THE RECORDS IT OBTAINS AND MAKES THESE RECORDS AVAILABLE TO THE PUBLIC.

**SCHEDULE A**
**(Form 990 or 990EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No 1545-0047

# 2018

**Open to Public Inspection**

| Name of the organization JUDICIAL WATCH INC | Employer identification number 52-1885088 |

## Part I — Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is (For lines 1 through 12, check only one box )

1  ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3  ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state _____

5  ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II )

6  ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☑ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8  ☐ A community trust described in **section 170(b)(1)(A)(vi)** (Complete Part II )

9  ☐ An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture See instructions Enter the name, city, and state of the college or university _____

10 ☐ An organization that normally receives (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975 See **section 509(a)(2).** (Complete Part III )

11 ☐ An organization organized and operated exclusively to test for public safety See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a  ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization **You must complete Part IV, Sections A and B.**

b  ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s) **You must complete Part IV, Sections A and C.**

c  ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions) **You must complete Part IV, Sections A, D, and E.**

d  ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions) **You must complete Part IV, Sections A and D, and Part V.**

e  ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f  Enter the number of supported organizations _____

g  Provide the following information about the supported organization(s)

| **(i)** Name of supported organization | **(ii)** EIN | **(iii)** Type of organization (described on lines 1- 10 above (see instructions)) | **(iv)** Is the organization listed in your governing document? | | **(v)** Amount of monetary support (see instructions) | **(vi)** Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| | | | | | | |
| | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.        Cat No 11285F        Schedule A (Form 990 or 990-EZ) 2018

**Part II** Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(ix)
(Complete only if you checked the box on line 5, 7, 8, or 9 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grant ") | 29,086,393 | 35,395,354 | 44,339,004 | 49,671,349 | 67,573,218 | 226,065,318 |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **4** **Total.** Add lines 1 through 3 | 29,086,393 | 35,395,354 | 44,339,004 | 49,671,349 | 67,573,218 | 226,065,318 |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| **6** **Public support.** Subtract line 5 from line 4 | | | | | | 226,065,318 |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a)2014 | (b)2015 | (c)2016 | (d)2017 | (e)2018 | (f)Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 | 29,086,393 | 35,395,354 | 44,339,004 | 49,671,349 | 67,573,218 | 226,065,318 |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | 992,983 | 1,282,557 | 1,283,600 | 1,432,887 | 2,042,343 | 7,034,370 |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| **10** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | 371 | 1,381 | 42,601 | 5,554 | 7,339 | 57,246 |
| **11** **Total support.** Add lines 7 through 10 | | | | | | 233,156,934 |
| **12** Gross receipts from related activities, etc (see instructions) | | | | | **12** | 340,951 |

**13** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **14** Public support percentage for 2018 (line 6, column (f) divided by line 11, column (f)) | **14** | 96 960 % |
| **15** Public support percentage for 2017 Schedule A, Part II, line 14 | **15** | 96 760 % |

**16a 33 1/3% support test—2018.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ▶ ☑

**b** **33 1/3% support test—2017.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . ▶ ☐

**17a 10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b** **10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**18** **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part III** Support Schedule for Organizations Described in Section 509(a)(2) Docket 11/13/2020 Page 34 of 63

**Part III** Support Schedule for Organizations Described in Section 509(a)(2)
(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2014 | **(b)** 2015 | **(c)** 2016 | **(d)** 2017 | **(e)** 2018 | **(f)** Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received (Do not include any "unusual grants ") | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6 ) | | | | | | |

## Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | **(a)** 2014 | **(b)** 2015 | **(c)** 2016 | **(d)** 2017 | **(e)** 2018 | **(f)** Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12 ) | | | | | | |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ▶ ☐

## Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **15** | Public support percentage for 2018 (line 8, column (f) divided by line 13, column (f)) | **15** | |
| **16** | Public support percentage from 2017 Schedule A, Part III, line 15 | **16** | |

## Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| **17** | Investment income percentage for **2018** (line 10c, column (f) divided by line 13, column (f)) | **17** | |
| **18** | Investment income percentage from **2017** Schedule A, Part III, line 17 | **18** | |

**19a** **331/3% support tests—2018.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

 **b** **33 1/3% support tests—2017.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ▶ ☐

**Part IV** Supporting Organizations
(Complete only if you checked a box on line 12 of Part I If you checked 12a of Part I, complete Sections A and B If you checked 12b of Part I, complete Sections A and C If you checked 12c of Part I, complete Sections A, D, and E If you checked 12d of Part I, complete Sections A and D, and complete Part V )

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in Part VI how the supported organizations are designated If designated by class or purpose, describe the designation If historic and continuing relationship, explain* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2)* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer (b) and (c) below* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in Part VI when and how the organization made the determination* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in Part VI what controls the organization put in place to ensure such use* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked 12a or 12b in Part I, answer (b) and (c) below* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer (b) and (c) below (if applicable) Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document)* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in Part VI.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in Part VI.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in Part VI.* **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in Part VI.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings)* **10b** | | |

**Part IV** 9:20-cv-82029-AMC Document 5-1 Entered on FLSD Docket 11/13/2020 Page 36 of 63

|  |  | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? |  |  |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** |  |  |
| **b** | A family member of a person described in (a) above? **11b** |  |  |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI* **11c** |  |  |

### Section B. Type I Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities  If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* | | |
| | | **1** | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization* | | |
| | | **2** | |

### Section C. Type II Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* | | |
| | | **1** | |

### Section D. All Type III Supporting Organizations

|  |  | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | | |
| | | **1** | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)* | | |
| | | **2** | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard* | | |
| | | **3** | |

### Section E. Type III Functionally-Integrated Supporting Organizations

**1** Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)**

- **a** ☐ The organization satisfied the Activities Test  Complete **line 2** below
- **b** ☐ The organization is the parent of each of its supported organizations  Complete **line 3** below
- **c** ☐ The organization supported a governmental entity  Describe in **Part VI** how you supported a government entity (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **2** | Activities Test  **Answer (a) and (b) below.** | | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* | **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* | **2b** | | |
| **3** | Parent of Supported Organizations  **Answer (a) and (b) below.** | | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* | **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard* | **3b** | | |

9:12e-cv-82039-AMC Document 591-1 Ritered on FLSD Docket 11/13/2020 Page 37 of 63

**Part V** Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

| 1 | ☐ | Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI) **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E | | | |
|---|---|---|---|---|---|

| | **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | **1** | | |
| 2 | Recoveries of prior-year distributions | **2** | | |
| 3 | Other gross income (see instructions) | **3** | | |
| 4 | Add lines 1 through 3 | **4** | | |
| 5 | Depreciation and depletion | **5** | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | **6** | | |
| 7 | Other expenses (see instructions) | **7** | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | **8** | | |

| | **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | **1** | | |
| a | Average monthly value of securities | **1a** | | |
| b | Average monthly cash balances | **1b** | | |
| c | Fair market value of other non-exempt-use assets | **1c** | | |
| d | **Total** (add lines 1a, 1b, and 1c) | **1d** | | |
| e | **Discount** claimed for blockage or other factors (explain in detail in Part VI) | | | |
| 2 | Acquisition indebtedness applicable to non-exempt use assets | **2** | | |
| 3 | Subtract line 2 from line 1d | **3** | | |
| 4 | Cash deemed held for exempt use Enter 1-1/2% of line 3 (for greater amount, see instructions) | **4** | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | **5** | | |
| 6 | Multiply line 5 by 035 | **6** | | |
| 7 | Recoveries of prior-year distributions | **7** | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | **8** | | |

| | **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | **1** | | |
| 2 | Enter 85% of line 1 | **2** | | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | **3** | | |
| 4 | Enter greater of line 2 or line 3 | **4** | | |
| 5 | Income tax imposed in prior year | **5** | | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | **6** | | |

| 7 | ☐ | Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions) |
|---|---|---|

**Part V** 970-CV-18038-AMC Document 50-4 Entered on FLSD Docket 11/13/2020

| **Section D - Distributions** | **Current Year** |
|---|---|
| **1** Amounts paid to supported organizations to accomplish exempt purposes | |
| **2** Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| **3** Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| **4** Amounts paid to acquire exempt-use assets | |
| **5** Qualified set-aside amounts (prior IRS approval required) | |
| **6** Other distributions (describe in **Part VI**) See instructions | |
| **7** **Total annual distributions.** Add lines 1 through 6 | |
| **8** Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**) See instructions | |
| **9** Distributable amount for 2018 from Section C, line 6 | |
| **10** Line 8 amount divided by Line 9 amount | |

| **Section E - Distribution Allocations (see instructions)** | **(i)** **Excess Distributions** | **(ii)** **Underdistributions Pre-2018** | **(iii)** **Distributable Amount for 2018** |
|---|---|---|---|
| **1** Distributable amount for 2018 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2018 (reasonable cause required-- explain in Part VI) See instructions | | | |
| **3** Excess distributions carryover, if any, to 2018 | | | |
| **a** From 2013. . . . . . . . | | | |
| **b** From 2014. . . . . . . . | | | |
| **c** From 2015. . . . . . . . | | | |
| **d** From 2016. . . . . . . . | | | |
| **e** From 2017. . . . . . . . | | | |
| **f** **Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2018 distributable amount | | | |
| **i** Carryover from 2013 not applied (see instructions) | | | |
| **j** Remainder Subtract lines 3g, 3h, and 3i from 3f | | | |
| **4** Distributions for 2018 from Section D, line 7 $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2018 distributable amount | | | |
| **c** Remainder Subtract lines 4a and 4b from 4 | | | |
| **5** Remaining underdistributions for years prior to 2018, if any Subtract lines 3g and 4a from line 2 If the amount is greater than zero, explain in Part VI See instructions | | | |
| **6** Remaining underdistributions for 2018 Subtract lines 3h and 4b from line 1 If the amount is greater than zero, explain in Part VI See instructions | | | |
| **7** **Excess distributions carryover to 2019.** Add lines 3j and 4c | | | |
| **8** Breakdown of line 7 | | | |
| **a** Excess from 2014. . . . . . . | | | |
| **b** Excess from 2015. . . . . | | | |
| **c** Excess from 2016. . . . . | | | |
| **d** Excess from 2017. . . . . | | | |
| **e** Excess from 2018. . . . . | | | |

**Software ID:**

**Software Version:**

**EIN:**  52-1885088

**Name:**  JUDICIAL WATCH INC

---

Schedule A (Form 990 or 990-EZ) 2018          Page **8**

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10, Part II, line 17a or 17b, Part III, line 12, Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c, Part IV, Section B, lines 1 and 2, Part IV, Section C, line 1, Part IV, Section D, lines 2 and 3, Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b, Part V, line 1, Part V, Section B, line 1e, Part V Section D, lines 5, 6, and 8, and Part V, Section E, lines 2, 5, and 6  Also complete this part for any additional information  (See instructions) |
|---|---|

---

**Facts And Circumstances Test**

Case 9:20-cv-82039-AMC   Document 5-1   Entered on FLSD Docket 11/13/2020   Page 40 of 63

**SCHEDULE D**
(Form 990)

**Supplemental Financial Statements**

► Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
► Attach to Form 990.
► Go to www.irs.gov/Form990 for the latest information.

OMB No 1545-0047

**2018**

Open to Public
Inspection

Department of the Treasury
Internal Revenue Service

| Name of the organization<br>JUDICIAL WATCH INC | Employer identification number<br>52-1885088 |
|---|---|

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ **Yes** ☐ **No**

**Part II** **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or education)   ☐ Preservation of an historically important land area

☐ Protection of natural habitat   ☐ Preservation of a certified historic structure

☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

**Held at the End of the Year**

| | | | |
|---|---|---|---|
| **a** | Total number of conservation easements | **2a** | |
| **b** | Total acreage restricted by conservation easements | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | **2d** | |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ► _____

**4** Number of states where property subject to conservation easement is located ► _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

**b** If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

(i) Revenue included on Form 990, Part VIII, line 1   ► $ _____

(ii) Assets included in Form 990, Part X   ► $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

**a** Revenue included on Form 990, Part VIII, line 1   ► $ _____

**b** Assets included in Form 990, Part X   ► $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.   Cat No 52283D   **Schedule D (Form 990) 2018**

| **Part III** | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ☐ Yes ☐ No

| **Part IV** | Escrow and Custodial Arrangements. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table

| | | **Amount** |
|---|---|---|
| **c** Beginning balance | **1c** | |
| **d** Additions during the year | **1d** | |
| **e** Distributions during the year | **1e** | |
| **f** Ending balance | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII Check here if the explanation has been provided in Part XIII . . . . ☐

| **Part V** | Endowment Funds. Complete if the organization answered "Yes" on Form 990, Part IV, line 10. |

| | (a)Current year | (b)Prior year | (c)Two years back | (d)Three years back | (e)Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . | | | | | |
| **g** End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a** Board designated or quasi-endowment ▶

**b** Permanent endowment ▶

**c** Temporarily restricted endowment ▶

The percentages on lines 2a, 2b, and 2c should equal 100%

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by

| | | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations . . . . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** related organizations . . . . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds

| **Part VI** | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | | | |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | 1,400,392 | 878,986 | 521,406 |
| **d** Equipment . . . . . | | 1,015,658 | 868,252 | 147,406 |
| **e** Other . . . . . . | | | | |
| **Total.** Add lines 1a through 1e *(Column (d) must equal Form 990, Part X, column (B), line 10(c) )* . . ▶ | | | | 668,812 |

**Part VII** **Investments—Other Securities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.
See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives       .   .   .   .   .   .   .   . | | |
| **(2)** Closely-held equity interests    .   .   .   .   .   .   . | | |
| **(3)** Other _____ | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 12 )* ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** | | |
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 13 )* ▶ | | |

**Part IX** **Other Assets.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d  See Form 990, Part X, line 15

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 15 )*   .   .   .   .   .   .   .   .   .   .   ▶ | |

**Part X** **Other Liabilities.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.
See Form 990, Part X, line 25.

| **1.** (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| DEFERRED LEASE INCENTIVES | 395,398 |
| LIABILITY UNDER CHARITABLE GIFT ANNUITIES | 1,361,713 |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 25 )* ▶ | 1,757,111 |

**2.** Liability for uncertain tax positions  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740)  Check here if the text of the footnote has been provided in Part XIII    ☑

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return** |||||
|---|---|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |||||
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | | | **1** | 60,612,026 |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | | | |
| **a** | Net unrealized gains (losses) on investments . . . . . | **2a** | -10,784,035 | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . | **2b** | | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . . | **2d** | 8,907 | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . | | | **2e** | -10,775,128 |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . | | | **3** | 71,387,154 |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | 353,214 | | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | | **4c** | 353,214 |
| **5** | Total revenue Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12 ) . . . . . . . . | | | **5** | 71,740,368 |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |||||
|---|---|---|---|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |||||
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . . | | | **1** | 40,077,848 |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . . | **2a** | | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . | **2b** | | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Other (Describe in Part XIII ) . . . . . . . . . . . . | **2d** | | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . | | | **2e** | 0 |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . | | | **3** | 40,077,848 |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | 353,214 | | |
| **b** | Other (Describe in Part XIII ) . . . . . . . . . . . . . | **4b** | | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . | | | **4c** | 353,214 |
| **5** | Total expenses Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18 ) . . . . . . . . | | | **5** | 40,431,062 |

| **Part XIII** | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b  Also complete this part to provide any additional information

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | |
| | |
| | |

**Part XIII** **Supplemental Information** *(continued)*

| Return Reference | Explanation |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# Additional Data

**Software ID:**
**Software Version:**
**EIN:** 52-1885088
**Name:** JUDICIAL WATCH INC

## Supplemental Information

| Return Reference | Explanation |
|---|---|
| PART X, LINE 2 | THE ORGANIZATION ACCOUNTS FOR INCOME TAXES IN ACCORDANCE WITH THE ACCOUNTING STANDARDS COD IFICATION (ASC) TOPIC INCOME TAXES  THESE PROVISIONS PROVIDE CONSISTENT GUIDANCE FOR THE A CCOUNTING FOR UNCERTAINTY IN INCOME TAXES RECOGNIZED IN AN ENTITY'S FINANCIAL STATEMENTS A ND PRESCRIBE A THRESHOLD OF "MORE LIKELY THAN NOT" FOR RECOGNITION AND DERECOGNITION OF TA X POSITIONS TAKEN OR EXPECTED TO BE TAKEN IN A TAX RETURN  THE ORGANIZATION PERFORMED AN E VALUATION OF UNCERTAIN TAX POSITIONS FOR THE YEARS ENDED DECEMBER 31, 2018 AND 2017, AND D ETERMINED THAT THERE WERE NO MATTERS THAT WOULD REQUIRE RECOGNITION IN THE FINANCIAL STATE MENTS OR THAT MAY HAVE AN EFFECT ON ITS TAX-EXEMPT STATUS  AS OF DECEMBER 31, 2018, THE ST ATUTE OF LIMITATIONS FOR TAX YEARS 2015 THROUGH 2017 REMAINS OPEN WITH THE U S  FEDERAL JU RISDICTION AND THE DISTRICT OF COLUMBIA  IT IS THE ORGANIZATION'S POLICY TO RECOGNIZE INTE REST AND/OR PENALTIES RELATED TO UNCERTAIN TAX POSITIONS, IF ANY, IN UNRELATED BUSINESS IN COME TAX EXPENSE |

**Supplemental Information**

| Return Reference | Explanation |
|---|---|
| PART XI, LINE 2D - OTHER ADJUSTMENTS | CHANGE IN VALUE OF SPLIT-INTEREST AGREEMENTS 8,907 |

**Schedule I (Form 990)**

OMB No 1545-0047

# Grants and Other Assistance to Organizations, Governments and Individuals in the United States

Complete if the organization answered "Yes," on Form 990, Part IV, line 21 or 22.
▶ Attach to Form 990.
▶ Go to www.irs.gov/Form990 for the latest information.

**2018**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

Name of the organization
JUDICIAL WATCH INC

Employer identification number
52-1885088

## Part I — General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . ☑ Yes ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States

## Part II — Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000 Part II can be duplicated if additional space is needed

| (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) See Additional Data | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . ▶ 1

3 Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . ▶ 2

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat No 50055P     Schedule I (Form 990) 2018

| **Part III** | Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" on Form 990, Part IV, line 22 |

Part III can be duplicated if additional space is needed

| **(a)** Type of grant or assistance | **(b)** Number of recipients | **(c)** Amount of cash grant | **(d)** Amount of noncash assistance | **(e)** Method of valuation (book, FMV, appraisal, other) | **(f)** Description of noncash assistance |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |

| **Part IV** | Supplemental Information. Provide the information required in Part I, line 2; Part III, column (b); and any other additional information. |

| Return Reference | Explanation |
|---|---|
| PART I, LINE 2 | ALTHOUGH JUDICIAL WATCH OCCASIONALLY SUPPORTS OTHER NOT-FOR-PROFIT ORGANIZATIONS THROUGH CONTRIBUTIONS AND SPONSORSHIPS, IT IS NOT A GRANT-MAKING ORGANIZATION |

**Additional Data**

Software ID:
Software Version:
EIN: 52-1885088
Name: JUDICIAL WATCH INC

**Form 990,Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| AMERICAN CONSERVATIVE UNION 202 N UNION STREET ALEXANDRIA, VA 22314 | 52-0810813 | 501(C)(4) | 33,000 | | | | EVENT SPONSORSHIP |
| COUNCIL FOR NATIONAL POLICY 444 N CAPITOL STREET WASHINGTON, DC 20001 | 72-0921017 | 501(C)(3) | 20,500 | | | | SPONSORSHIP/MEMBERSHIP |

**Form 990, Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

Case 0:20-cv-82080-AMC Document 5-1 Entered on FLSD Docket 11/13/2020 Page 50 of 63

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| COALITIONS FOR AMERICA 815 KING STREET ALEXANDRIA, VA  22314 | 52-1096056 | 501(C)(4) | 5,000 | | | | EVENT SPONSORSHIP |

| **Schedule J**<br>(Form 990) | **Compensation Information**<br>**For certain Officers, Directors, Trustees, Key Employees, and Highest**<br>**Compensated Employees**<br>▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.<br>▶ Attach to Form 990.<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No 1545-0047<br>**2018**<br>**Open to Public**<br>**Inspection** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Name of the organization<br>JUDICIAL WATCH INC | **Employer identification number**<br><br>52-1885088 |
|---|---|

| **Part I** | **Questions Regarding Compensation** |
|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a  Complete Part III to provide any relevant information regarding these items |  |  |  |
|  | ☐ First-class or charter travel       ☐ Housing allowance or residence for personal use |  |  |  |
|  | ☐ Travel for companions       ☐ Payments for business use of personal residence |  |  |  |
|  | ☑ Tax idemnification and gross-up payments       ☐ Health or social club dues or initiation fees |  |  |  |
|  | ☐ Discretionary spending account       ☐ Personal services (e g , maid, chauffeur, chef) |  |  |  |
| **b** | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | Yes |  |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked in line 1a? | **2** | Yes |  |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director  Check all that apply  Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III |  |  |  |
|  | ☐ Compensation committee       ☐ Written employment contract |  |  |  |
|  | ☐ Independent compensation consultant       ☑ Compensation survey or study |  |  |  |
|  | ☑ Form 990 of other organizations       ☑ Approval by the board or compensation committee |  |  |  |
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization |  |  |  |
| **a** | Receive a severance payment or change-of-control payment? | **4a** |  | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** |  | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** |  | No |
|  | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III |  |  |  |
|  | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** |  |  |  |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of |  |  |  |
| **a** | The organization? | **5a** |  | No |
| **b** | Any related organization? | **5b** |  | No |
|  | If "Yes," on line 5a or 5b, describe in Part III |  |  |  |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of |  |  |  |
| **a** | The organization? | **6a** |  | No |
| **b** | Any related organization? | **6b** |  | No |
|  | If "Yes," on line 6a or 6b, describe in Part III |  |  |  |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** | Yes |  |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53 4958-4(a)(3)? If "Yes," describe in Part III | **8** |  | No |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53 4958-6(c)? | **9** |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat No 50053T      **Schedule J (Form 990) 2018**

**Part II**   **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii) Do not list any individuals that are not listed on Form 990, Part VII

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **1** THOMAS J FITTON PRESIDENT, DIRECTOR | (i) | 327,212 | 6,041 | 1,104 | 13,750 | 11,545 | 359,652 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2** PAUL J ORFANEDES TREASURER, SECRETARY, DIRE | (i) | 352,961 | 6,178 | 1,104 | 13,750 | 10,796 | 384,789 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3** CHRISTOPHER FARRELL DIRECTOR | (i) | 293,205 | 5,158 | 1,104 | 13,750 | 10,666 | 323,883 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **4** STEVEN ANDERSEN DIRECTOR OF DEVELOPMENT | (i) | 216,116 | 4,126 | 1,104 | 11,991 | 11,607 | 244,944 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** SUSAN E PRYTHERCH CHIEF OF STAFF | (i) | 245,409 | 4,346 | 1,104 | 12,630 | 11,353 | 274,842 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **6** ROBERT PATRICK STICHT SENIOR ATTORNEY | (i) | 233,928 | 4,249 | 828 | 0 | 9,930 | 248,935 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7** ROBERT POPPER SENIOR ATTORNEY | (i) | 200,305 | 3,740 | 1,104 | 10,868 | 12,009 | 228,026 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **8** JOHN ALBERTELLA DIRECTOR OF DIRECT MARKETI | (i) | 177,718 | 3,316 | 1,047 | 9,637 | 11,046 | 202,764 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **9** JAMES PETERSON ATTORNEY | (i) | 160,125 | 2,851 | 945 | 8,286 | 10,542 | 182,749 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Part III    Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II  Also complete this part for any additional information

| Return Reference | Explanation |
|---|---|
| PART I, LINE 1B | JUDICIAL WATCH DOES NOT HAVE A WRITTEN POLICY REGARDING THIS BENEFIT, RATHER, IT IS A PRACTICE THAT IS APPLIED UNIFORMLY TO ALL EMPLOYEES |
| PART I, LINE 7 | JUDICIAL WATCH PROVIDED A DISCRETIONARY BONUS TO ALL EMPLOYEES DURING 2018 IN AN AMOUNT EQUAL TO 2 0% OF BASE COMPENSATION, AS APPROVED BY THE ORGANIZATION'S BOARD OF DIRECTORS |

**Additional Data**

**Software ID:**

**Software Version:**

**EIN:** 52-1885088

**Name:** JUDICIAL WATCH INC

## Form 990, Schedule J, Part II - Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base Compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **1** THOMAS J FITTON PRESIDENT, DIRECTOR | (I) | 327,212 | 6,041 | 1,104 | 13,750 | 11,545 | 359,652 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **1** PAUL J ORFANEDES TREASURER, SECRETARY, DIRE | (I) | 352,961 | 6,178 | 1,104 | 13,750 | 10,796 | 384,789 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2** CHRISTOPHER FARRELL DIRECTOR | (I) | 293,205 | 5,158 | 1,104 | 13,750 | 10,666 | 323,883 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3** STEVEN ANDERSEN DIRECTOR OF DEVELOPMENT | (I) | 216,116 | 4,126 | 1,104 | 11,991 | 11,607 | 244,944 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **4** SUSAN E PRYTHERCH CHIEF OF STAFF | (I) | 245,409 | 4,346 | 1,104 | 12,630 | 11,353 | 274,842 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** ROBERT PATRICK STICHT SENIOR ATTORNEY | (I) | 233,928 | 4,249 | 828 | 0 | 9,930 | 248,935 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **6** ROBERT POPPER SENIOR ATTORNEY | (I) | 200,305 | 3,740 | 1,104 | 10,868 | 12,009 | 228,026 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7** JOHN ALBERTELLA DIRECTOR OF DIRECT MARKETI | (I) | 177,718 | 3,316 | 1,047 | 9,637 | 11,046 | 202,764 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **8** JAMES PETERSON ATTORNEY | (I) | 160,125 | 2,851 | 945 | 8,286 | 10,542 | 182,749 | 0 |
| | (II) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| SCHEDULE M | | | | | OMB No 1545-0047 |
|---|---|---|---|---|---|

**SCHEDULE M**
**(Form 990)**

# Noncash Contributions

▶Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.

▶ Attach to Form 990.

▶Go to *www.irs.gov/Form990* for the latest information.

Department of the Treasury
Internal Revenue Service

# 2018

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| JUDICIAL WATCH INC | 52-1885088 |

## Part I    Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art—Works of art . . . . | | | | |
| 2 | Art—Historical treasures . | | | | |
| 3 | Art—Fractional interests . | | | | |
| 4 | Books and publications . . | | | | |
| 5 | Clothing and household goods . . . . . . | | | | |
| 6 | Cars and other vehicles . . | | | | |
| 7 | Boats and planes . . . . | | | | |
| 8 | Intellectual property . . . | | | | |
| 9 | Securities—Publicly traded . | X | 62 | 958,019 | QUOTED MARKET PRICES |
| 10 | Securities—Closely held stock . | | | | |
| 11 | Securities—Partnership, LLC, or trust interests . . . . | | | | |
| 12 | Securities—Miscellaneous . . | | | | |
| 13 | Qualified conservation contribution—Historic structures . . . . . | | | | |
| 14 | Qualified conservation contribution—Other . . . | | | | |
| 15 | Real estate—Residential . | | | | |
| 16 | Real estate—Commercial . . | | | | |
| 17 | Real estate—Other . . . | | | | |
| 18 | Collectibles . . . . . | | | | |
| 19 | Food inventory . . . | | | | |
| 20 | Drugs and medical supplies . | | | | |
| 21 | Taxidermy . . . . . . | | | | |
| 22 | Historical artifacts . . . . | | | | |
| 23 | Scientific specimens . . | | | | |
| 24 | Archeological artifacts . . . | | | | |
| 25 | Other ▶ ( _____ ) | | | | |
| 26 | Other ▶ ( _____ ) | | | | |
| 27 | Other ▶ ( _____ ) | | | | |
| 28 | Other ▶ ( _____ ) | | | | |

| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part IV, Donee Acknowledgement | 29 | |
|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which is not required to be used for exempt purposes for the entire holding period? . . . . . . . . . . . . . . . . . . . . . . . . | 30a | | No |
| b | If "Yes," describe the arrangement in Part II | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | 31 | | No |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? . . . . . . . . . . . . . . . . . . . . . . . . . . | 32a | | No |
| b | If "Yes," describe in Part II | | | |
| 33 | If the organization did not report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II | | | |

| For Paperwork Reduction Act Notice, see the Instructions for Form 990. | Cat No 51227J | Schedule M (Form 990) (2018) |
|---|---|---|

**Part II** Supplemental Information.

Case 9:25-cv-80009-AMC Document 5-1   Entered on FLSD Docket 11/13/2020   Page 56 of 63

Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| | |

Case 9:20-cv-82039-AMC Document 5-1 Entered on FLSD Docket 11/13/2020 Page 57 of 63

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury

# Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

**2018**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| JUDICIAL WATCH INC | 52-1885088 |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 11B | THE 990 IS PROVIDED TO THE BOARD OF DIRECTORS FOR REVIEW OR COMMENT BEFORE SUBMITTING TO THE PRESIDENT FOR SIGNATURE PRIOR TO FILING |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 12C | WHEN THE POLICY WAS REVISED, ALL EMPLOYEES RECEIVED THE POLICY AND WERE REQUIRED TO COMPLETELY READ IT AND COMPLETE THE CONFLICT FORM  EACH NEW EMPLOYEE RECEIVES A COPY OF THE POLICY AND IS REQUIRED TO COMPLETE AND SIGN A FORM  AS THE NEED ARISES, EMPLOYEES UPDATE THEIR CONFLICT FORM  THE BOARD REVIEWS THE CONFLICT FORMS AND DETERMINES THE APPROPRIATE ACTION SUCH AS SEGREGATING CERTAIN JOB FUNCTIONS AND DECISION MAKING THAT MAY GIVE RISE TO THE CONFLICT  ALL EMPLOYEES ARE REQUIRED ANNUALLY TO UPDATE AND SIGN A CONFLICT OF INTEREST FORM  THOSE FORMS ARE REVIEWED BY THE OPERATIONS MANAGER AND THE OFFICERS |

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION B, LINE 15 | COMPENSATION IS SET BY THE MANAGEMENT TEAM AND REVIEWED AND APPROVED BY THE BOARD  INDIVIDUALS DO NOT SET THEIR OWN COMPENSATION OR PARTICIPATE IN DECISIONS REGARDING THEIR OWN COMPENSATION  ANNUALLY, TO REVIEW THE COMPENSATION OF OFFICERS, KEY EMPLOYEES AND TOP MANAGEMENT, THE ORGANIZATION PREPARES A SALARY SURVEY USING THE FORM 990S OF COMPARABLY ORGANIZED AND SITUATED 501(C)(3) ORGANIZATIONS  THIS REPORT IS DISTRIBUTED TO THE MANAGEMENT TEAM, THE BOARD AND THE CONTROLLER  THE CHIEF OF STAFF COLLECTS RELEVANT STATISTICS SUCH AS COLA, BUDGET INFORMATION AND CURRENT COMPENSATION FOR THE STAFF  THE MANAGEMENT TEAM THEN SETS AVERAGE RAISE AMOUNTS AND GUIDELINES  THESE AVERAGES/GUIDELINES ARE USED FOR ALL EMPLOYEES INCLUDING OFFICERS, TOP MANAGEMENT POSITIONS AND KEY EMPLOYEES  NO SPECIAL COMPENSATION PACKAGES/ARRANGEMENTS ARE MADE FOR TOP MANAGEMENT, KEY EMPLOYEES OR OFFICERS |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, SECTION C, LINE 19 | JUDICIAL WATCH IS REGISTERED IN ALL STATES AND DISTRICTS AS REQUIRED FOR FUND RAISING  DEPENDING ON THE VARIOUS REQUIREMENTS, DIFFERENT DOCUMENTS MAY BE MADE AVAILABLE TO THE PUBLIC THROUGH THOSE VARIOUS GOVERNING BODIES  THE ORGANIZATION DOES NOT DIRECTLY PROVIDE ACCESS TO ITS GOVERNING DOCUMENTS, POLICIES OR FINANCIAL STATEMENTS |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART IX, LINE 11G | PROFESSIONAL FEES  PROGRAM SERVICE EXPENSES 641,296  MANAGEMENT AND GENERAL EXPENSES 41,072  FUNDRAISING EXPENSES 346,897  TOTAL EXPENSES 1,029,265  CONTRACT SERVICES  PROGRAM SERVICE EXPENSES 659,307  MANAGEMENT AND GENERAL EXPENSES 117,675  FUNDRAISING EXPENSES 2,728,170  TOTAL EXPENSES 3,505,152 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART XI, LINE 9 | CHANGE IN VALUE OF SPLIT-INTEREST AGREEMENTS 8,907 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990, PART XII, LINE 2C | THE PROCESS FOR AUDIT OVERSIGHT HAS NOT CHANGED FROM THE PRIOR YEAR |