# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LARRY KLAYMAN, §
§
§
Plaintiff, §
§
v. §
§
CABLE NEWS NETWORK, aka CNN; §
OLIVER DARCY; and §
JEFFREY ZUCKER, §
§
§
Defendants. §

## DECLARATION OF KAYVON OLIVER DARCY

I, Kayvon Oliver Darcy, make this declaration under penalty of perjury under the laws of the United States:

1. My name is Kayvon Oliver Darcy. I am over the age of eighteen, of sound mind, and am otherwise fully competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am currently employed as a Senior Media Reporter for Cable News Network, Inc. ("CNN"). My job is based in New York City, New York.

3. I am a resident of New York. New York is my fixed, permanent home and my principal place of residence. Whenever I leave New York, I always do so with the intent to return.

4. I am not a citizen of, or domiciled in, Florida.

5. I have never lived or maintained a residence in Florida.

6. I do not own, lease, possess, or maintain any real or personal property in Florida.

7. I have no assets in Florida. I do not maintain any bank or other accounts in Florida. I do not have a motor vehicle registered in Florida. I do not vote or file taxes in Florida.

8. I do not regularly transact business in Florida. In my personal capacity, I do not maintain an office in Florida or have any employees or agents residing in Florida. I do not hold any professional licenses in Florida. I do not have a telephone listing in Florida.

9. I do not regularly travel to Florida for business. In 2017, I traveled to Florida on business to report on how local news outlets were covering Hurricane Irma.

10. I did not visit Florida in connection with the July 24, 2020 article published by CNN entitled *Local TV stations across the country set to air discredited 'Plandemic' researcher's conspiracy theory about Fauci* (the "Article"); nor did I, to the best of my knowledge, call anyone in Florida, or conduct any interviews or research in Florida in connection with the Article about which Plaintiff complains.

11. I have only communicated with Plaintiff Larry Klayman ("Plaintiff") by email. During the time that I was researching and writing the Article, I did not know that Plaintiff was a resident of Florida. In fact, I believed Plaintiff was based in Washington, D.C., because I obtained his email address from his website (www.larryklayman.com), which lists Washington, D.C. as the location of his law firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York, on October 30, 2020.

_____
Kayvon Oliver Darcy