# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| **LARRY KLAYMAN,** | § |
| | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § |
| **CABLE NEWS NETWORK, aka CNN;** | § |
| **OLIVER DARCY; and** | § |
| **JEFFREY ZUCKER,** | § |
| | § |
| | § |
| **Defendants.** | § |

## **DECLARATION OF JEFFREY ZUCKER**

I, Jeffrey Zucker, make this declaration under penalty of perjury under the laws of the United States:

1. My name is Jeffrey Zucker. I am over the age of eighteen, of sound mind, and am otherwise fully competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am currently the Chairman of WarnerMedia News and Sports and President of Cable News Network, Inc. ("CNN"). My job is based in New York City, New York.

3. I am a resident of New York. New York is my fixed, permanent home and my principal place of residence. Whenever I leave New York, I always do so with the intent to return.

4. I am not a citizen of, or domiciled in, Florida. Although I was born and raised in Florida, I have not lived in Florida for many years. I did not live in Florida on July 24, 2020 when CNN published the article entitled *Local TV stations across the country set to air*

discredited 'Plandemic' researcher's conspiracy theory about Fauci (the "Article") about which Plaintiff complains.

5. I do not own, lease, possess, or maintain any real or personal property in Florida.

6. I have no assets in Florida. I do not maintain any bank or other accounts in Florida. I do not have a motor vehicle registered in Florida. I do not vote or file taxes in Florida.

7. I do not regularly transact business in Florida. In my personal capacity, I do not maintain an office in Florida or have any employees or agents residing in Florida. I do not hold any professional licenses in Florida, and I do not regularly travel to Florida for business. I do not have a telephone listing in Florida.

8. I was not involved in the research or writing of the Article.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York, on ~~October~~ November 6, 2020.

_____
Jeffrey Zucker