# EXHIBIT E

**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** July 24, 2020 at 5:09:22 PM EDT
**To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject: ** CNN Request for comment**

Hey Larry,

I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."

In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.

I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.

There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?

Thank you,
Oliver

--
Oliver Darcy
senior media reporter | CNN
559.451.6306 | @oliverdarcy

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Sent:** Saturday, July 25, 2020 5:51 PM
**To:** Larry Klayman
**Cc:** Zucker, Jeff; Oliver Peer
**Subject:** Re: Demand for Retraction, Apology and Payment Damages

P.S. A MORE FORMAL LETTER WILL FOLLOW WITH TYPOS CORRECTED. I WANTED TO GET THIS TO YOU AND CNN IMMEDIATELY, AS THE DAMAGE IS OCCURRING MINUTE BY MINUTE.

LARRY KLAYMAN

On Sat, Jul 25, 2020 at 2:43 PM Larry Klayman <klaymanlaw@gmail.com> wrote:

Mr. Zucker:

Your network has published a series of articles which defame me and my client Judy Mikovits and I demand an on air immediate retraction, on air apology, and payment of damages.

The so called reporter, one of your stable of leftist hacks, published a story, which was modified over time, titled "Local TV Stations Across the Country Set To Air "Plandemic" Researcher Conspiracy Theory About Fauci," the latest incarnation of which was about a half hour ago today. The reporter is Oliver Darcy. In addition to false statements that Darcy sought my comment but that I did not respond, on behalf of CNN he published "Bolling Also Spoke with Mikovits' attorney, Larry Klayman, a right-wing lawyer who also has a history of pushing misinformation and representing conspiracy theorists."

This published and other related false statement are false and/or were published with reckless disregard for the truth and thus defamatory.

Notwithstanding that neither you nor your so called network, which is simply an extension of the progressive wing of the Democrat Party, and other leftist radicals, can cite any misinformation that I have pushed misinformation, Darcy and CNN also defame my client Dr. Judy Mikovits. In fact, your leftist hack reporter even misspells her family name. So much for "misinformation" by this poor excuse for a journalist.

IN SHORT, HAVE YOUR LAWYERS CONTACT ME IMMEDIATELY, AS THE DAMAGE WHICH YOU HAVE CAUSED IS BEING COMPOUNDED MINUTE BY MINUTE, AND IF THIS MATTER IS NOT AMICABLY SETTLED, YOU, DARCY AND CNN CAN EXPECT TO BE SUED BY COB TUESDAY, JULY 28, 2020.

Please govern yourselves accordingly.

Sincerely,

Larry Klayman, Esq.

**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** Saturday, July 25, 2020 at 9:04 PM
**To:** "klaymanlaw@gmail.com" <klaymanlaw@gmail.com>
**Cc:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject:** Re: ** CNN Request for comment**

Hey Larry,

I wanted to check in with you and see if you have any comment now that Sinclair has pulled the segment from air this weekend.

Following up on what I asked yesterday, do you and your client still stand by what you told Bolling for his show?

Please let me know if you have any comment.

Thank you,
Oliver

---

**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** Friday, July 24, 2020 at 5:09 PM
**To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject:** ** CNN Request for comment**

Hey Larry,

I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."

In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.

I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.

There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?

Thank you,
Oliver

--
**Oliver Darcy**

senior media reporter | CNN
559.451.6306 | @oliverdarcy

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** Saturday, July 25, 2020 at 9:21 PM
**To:** Larry Klayman <klaymanlaw@gmail.com>
**Cc:** "Darcy, Oliver" <Oliver.Darcy@turner.com>, "Zucker, Jeff" <Jeff.Zucker@turner.com>, "leklayman@yahoo.com" <leklayman@yahoo.com>, David Smith Executive Chairman <DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, William Anderson <wjanderson@sbgtv.com>, Gregory Massoni <ghmassoni@sbgtv.com>, Vicky Evans <VEvans@sbgtv.com>, Judy Mikovits <jamikovits@gmail.com>
**Subject:** Re: ** CNN Request for comment**

Remove word which in first sentence

On Sat, Jul 25, 2020 at 6:20 PM Larry Klayman <klaymanlaw@gmail.com> wrote:

Mr. Darcy:

Here is my comment

" CNN, which waged a smear campaign against my client Dr. Judy Mikovits and has no information to refute what my client revealed as a public service on Sinclair's show. What you published is provably false and defamatory. And you defamed me as well, publishing that I push misinformation. You have no proof of this. If your CEO Jeff Zucker, you and CNN do not retract your defamatory statements and issue an on air apology, with full reservation of all rights to seek large damages, you, Zucker and CNN will be sued by close of business this Tuesday."

THAT IS MY COMMENT.

On Sat, Jul 25, 2020 at 6:04 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,


I wanted to check in with you and see if you have any comment now that Sinclair has pulled the segment from air this weekend.


Following up on what I asked yesterday, do you and your client still stand by what you told Bolling for his show?

1

Please let me know if you have any comment.


Thank you,
Oliver

---

**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** Friday, July 24, 2020 at 5:09 PM
**To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject:** ** CNN Request for comment**


Hey Larry,


I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."


In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.


I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.


There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?


Thank you,
Oliver


--

**Oliver Darcy**

**senior media reporter** | **CNN**

**559.451.6306** | **@oliverdarcy**

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** July 26, 2020 at 10:09:04 AM EDT
**To:** Larry Klayman <klaymanlaw@gmail.com>
**Cc:** "Darcy, Oliver" <Oliver.Darcy@turner.com>, "Zucker, Jeff" <Jeff.Zucker@turner.com>, "leklayman@yahoo.com" <leklayman@yahoo.com>, David Smith Executive Chairman <DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, William Anderson <wjanderson@sbgtv.com>, Gregory Massoni <ghmassoni@sbgtv.com>, Vicky Evans <VEvans@sbgtv.com>, Judy Mikovits <jamikovits@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>
**Subject: Re:  ** CNN Request for comment**

Mr. Darcy:

Your article of last night, which is now running on the internet among other media, has compounded the damage caused by your defamation. But digging in your heels and publishing that you, Zucker and CNN stand by your prior and current reporting, and failing to publish my comment in its entirety, you have again committed defamation.

More specifically, by repeatedly publishing that I "push misinformation," in particular, you have damaged my reputation in my trade and profession, that is a public interest attorney, radio talk show host, author and columnist. Under Florida law and the law of other jurisdictions this is defamation per se, where damages are presumed.

With full reservation of all rights to also sue for large damages, unless you, Zucker and CNN publicly retract and issue an on air and on internet apology by 5:00 PM. Eastern today, you, Zucker, and CNN will be sued by cob Tuesday, July 28, 2020, as promised.  Y'all would otherwise be sued tomorrow, but I have pre-existing commitments on Monday and I intend to draft and file the complaint personally, so your attorneys can accept service of process on Tuesday when the complaint is filed. That is unless you, Zucker and CNN intend to run from process servers.

Please have your attorneys contact me so I can arrange for them to accept service of the complaint on Tuesday.

Govern yourselves according.

Larry Klayman, Esq.

On Sat, Jul 25, 2020 at 6:20 PM Larry Klayman <klaymanlaw@gmail.com> wrote:
  Mr. Darcy:

  Here is my comment

" CNN, which waged a smear campaign against my client Dr. Judy Mikovits and has no information to refute what my client revealed as a public service on Sinclair's show. What you published is provably false and defamatory. And you defamed me as well, publishing that I push misinformation. You have no proof of this. If your CEO Jeff Zucker, you and CNN do not retract your defamatory statements and issue an on air apology, with full reservation of all rights to seek large damages, you, Zucker and CNN will be sued by close of business this Tuesday."

THAT IS MY COMMENT.

On Sat, Jul 25, 2020 at 6:04 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,


I wanted to check in with you and see if you have any comment now that Sinclair has pulled the segment from air this weekend.


Following up on what I asked yesterday, do you and your client still stand by what you told Bolling for his show?


Please let me know if you have any comment.



Thank you,
Oliver


---

**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** Friday, July 24, 2020 at 5:09 PM
**To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject:** ** CNN Request for comment**


Hey Larry,


I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."


In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.

I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.

There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?

Thank you,
Oliver

--

**Oliver Darcy**

**senior media reporter | CNN**

**559.451.6306 | @oliverdarcy**

**From:** Mikhail, Merriam <Merriam.Mikhail@turner.com>
**Sent:** Monday, July 27, 2020 9:08 AM
**To:** klaymanlaw@gmail.com; leklayman@yahoo.com
**Subject:** CNN Response Letter
**Attachments:** CNN Response to 07.25.20 and 07.26.20 Emails from L. Klayman.pdf

Mr. Klayman,

Please see the attached correspondence.

Sincerely,

**Merriam Mikhail**
**Counsel, CNN**
One CNN Center, Atlanta, GA 30303
merriam.mikhail@turner.com
404-834-6166 (Mobile)

ONE CNN CENTER Atlanta, GA 30303-2762

**MERRIAM MIKHAIL**
Counsel
T (404) 834-6166
Merriam.Mikhail@turner.com



July 27, 2020

**VIA EMAIL**

Larry E. Klayman
2020 Pennsylvania Ave NW # 345
Washington, DC 20006-1811
klaymanlaw@gmail.com
leklayman@yahoo.com

Dear Mr. Klayman,

We write in response to your July 25 and July 26, 2020 correspondence in which you claim that CNN defamed you in an article about a segment from Sinclair Broadcasting Group's program "America This Week" featuring you and your client regarding the Covid-19 pandemic and Dr. Anthony Fauci. Following CNN's publication of the article, the episode was pulled from air by Sinclair, with Scott Livingston, Sinclair's senior vice president of news, explaining in a memo sent to its local television stations that "we will need to rework the segment to ensure viewers get the best information available."

As an initial matter, you complained that we did not reach out to you for comment prior to publication of our article, but this claim is demonstrably false. Over six hours before we published the article, our reporter reached out to you by email at a Yahoo email account listed on your law practice's website, https://www.larryklayman.com/. He did not receive a response. The next evening, immediately after learning that you also use a separate Gmail address that is not listed on your website, he reached out for a follow-up comment at both your Gmail and Yahoo email addresses, and we promptly updated our story. A copy of this correspondence, along with a pdf from your professional website, is attached here as **Exhibit 1** and **Exhibit 2**.

You also claim that we defamed you in the article by opining that you have "a history of pushing misinformation" and charge that we have "no basis" to support this statement. Yet you ignore that the phrase "pushing misinformation" in the CNN article was conspicuously hyperlinked to a October 2014 *Washington Post* article titled "Larry Klayman is suing the federal government because of Ebola. Yes, really." In the article, attached here as **Exhibit 3**, the *Post* debunked a series of conspiracy theories you pushed in an unsuccessful lawsuit you filed against then-President Barack Obama and Dr. Fauci, among others. *Klayman v. Obama*, 14-cv-1704 (D.C.C. Oct. 13, 2014).

First, as the hyperlinked *Post* article highlighted, your lawsuit pushed the conspiracy theory that the President, Dr. Fauci, and other senior officials had conspired to promote an Ebola outbreak as a biological weapon as part of a terror plot against the "Caucasian race and Jewish-Christian religion." Next, despite publicly-available information that Ebola is only transmitted through direct contact with bodily fluids, and the consensus of international health officials—both highlighted by the *Post*—your lawsuit claimed that "the CDC knows that airborne transmission of Ebola is likely, but has lied to the American people, at the direction of Defendant Obama."



Further, your lawsuit falsely stated that Obama is a "secret Muslim" and even sought his deportation because "he is not even a naturalized citizen and thus is in the United States illegally," two other conspiracy theories flagged by the *Post*.

We remind you that, only days after the defendants moved for dismissal on the basis that "[s]uch 'bizarre conspiracy theories' are the sort of 'essentially fictitious' claims warranting dismissal," you voluntarily dismissed the case instead of standing by your baseless claims.  A copy of the defendants' motion to dismiss as frivolous and your stipulation of dismissal are attached here as **Exhibit 4** and **Exhibit 5**.[1]

Our well-supported opinion that you have a history of pushing misinformation—the only statement you have challenged as defamatory in your correspondence—is protected speech on a matter of public interest based on disclosed public facts that may not form the basis of a defamation claim.  Your correspondence does not even attempt to identify any facts that could rebut our opinion.  In any event, promptly after you responded to our follow-up request for comment, we added to our story your denial that you have pushed misinformation.

We stand by our decision to publish the article, and we decline to retract it.  Nor do we see any need to issue a correction now.

CNN, of course, reserves all of its rights and remedies.

Sincerely,

Merriam Mikhail

Attachments

---

[1] We note you that you are currently suspended from the practice of law for professional misconduct by the District of Columbia Court of Appeals, *see In re Larry Klayman*, No. 18-BG-0100 (D.C. June 11, 2020), *reh'g denied* (D.C. July 6, 2020), which no doubt extends to your status with the Florida bar. *See* Supreme Court of Florida Rules Regulating The Florida Bar, Rule 3-7.2(l).



Further, your lawsuit falsely stated that Obama is a "secret Muslim" and even sought his deportation because "he is not even a naturalized citizen and thus is in the United States illegally," two other conspiracy theories flagged by the *Post*.

We remind you that, only days after the defendants moved for dismissal on the basis that "[s]uch 'bizarre conspiracy theories' are the sort of 'essentially fictitious' claims warranting dismissal," you voluntarily dismissed the case instead of standing by your baseless claims.  A copy of the defendants' motion to dismiss as frivolous and your stipulation of dismissal are attached here as **Exhibit 4** and **Exhibit 5**.[1]

Our well-supported opinion that you have a history of pushing misinformation—the only statement you have challenged as defamatory in your correspondence—is protected speech on a matter of public interest based on disclosed public facts that may not form the basis of a defamation claim.  Your correspondence does not even attempt to identify any facts that could rebut our opinion.  In any event, promptly after you responded to our follow-up request for comment, we added to our story your denial that you have pushed misinformation.

We stand by our decision to publish the article, and we decline to retract it.  Nor do we see any need to issue a correction now.

CNN, of course, reserves all of its rights and remedies.

Sincerely,

Merriam Mikhail

Attachments

---

[1] We note you that you are currently suspended from the practice of law for professional misconduct by the District of Columbia Court of Appeals, *see In re Larry Klayman*, No. 18-BG-0100 (D.C. June 11, 2020), *reh'g denied* (D.C. July 6, 2020), which no doubt extends to your status with the Florida bar. *See* Supreme Court of Florida Rules Regulating The Florida Bar, Rule 3-7.2(l).

# EXHIBIT  1

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** July 26, 2020 at 10:09:04 AM EDT
**To:** Larry Klayman <klaymanlaw@gmail.com>
**Cc:** "Darcy, Oliver" <Oliver.Darcy@turner.com>, "Zucker, Jeff" <Jeff.Zucker@turner.com>,
"leklayman@yahoo.com" <leklayman@yahoo.com>, David Smith Executive Chairman
<DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, William Anderson
<wjanderson@sbgtv.com>, Gregory Massoni <ghmassoni@sbgtv.com>, Vicky Evans
<VEvans@sbgtv.com>, Judy Mikovits <jamikovits@gmail.com>, Oliver Peer
<oliver.peerfw@gmail.com>
**Subject: Re:  ** CNN Request for comment****

Mr. Darcy:

Your article of last night, which is now running on the internet among other media, has
compounded the damage caused by your defamation. But digging in your heels and
publishing that you, Zucker and CNN stand by your prior and current reporting, and failing
to publish my comment in its entirety, you have again committed defamation.

More specifically, by repeatedly publishing that I "push misinformation," in particular, you
have damaged my reputation in my trade and profession, that is a public interest attorney,
radio talk show host, author and columnist. Under Florida law and the law of other
jurisdictions this is defamation per se, where damages are presumed.

With full reservation of all rights to also sue for large damages, unless you, Zucker and CNN
publicly retract and issue an on air and on internet apology by 5:00 PM. Eastern today, you,
Zucker, and CNN will be sued by cob Tuesday, July 28, 2020, as promised.  Y'all would
otherwise be sued tomorrow, but I have pre-existing commitments on Monday and I intend
to draft and file the complaint personally, so your attorneys can accept service of process on
Tuesday when the complaint is filed. That is unless you, Zucker and CNN intend to run from
process servers.

Please have your attorneys contact me so I can arrange for them to accept service of the
complaint on Tuesday.

Govern yourselves according.

Larry Klayman, Esq.

On Sat, Jul 25, 2020 at 6:20 PM Larry Klayman <klaymanlaw@gmail.com> wrote:
Mr. Darcy:

Here is my comment

" CNN, which waged a smear campaign against my client Dr. Judy Mikovits and has no information to refute what my client revealed as a public service on Sinclair's show. What you published is provably false and defamatory. And you defamed me as well, publishing that I push misinformation. You have no proof of this. If your CEO Jeff Zucker, you and CNN do not retract your defamatory statements and issue an on air apology, with full reservation of all rights to seek large damages, you, Zucker and CNN will be sued by close of business this Tuesday."

THAT IS MY COMMENT.

On Sat, Jul 25, 2020 at 6:04 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,


I wanted to check in with you and see if you have any comment now that Sinclair has pulled the segment from air this weekend.


Following up on what I asked yesterday, do you and your client still stand by what you told Bolling for his show?


Please let me know if you have any comment.


Thank you,
Oliver


**From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Date:** Friday, July 24, 2020 at 5:09 PM
**To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
**Subject:** ** CNN Request for comment**


Hey Larry,

I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."

In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.

I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.

There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?

Thank you,
Oliver

--

**Oliver Darcy**

**senior media reporter | CNN**

**559.451.6306 | @oliverdarcy**

# EXHIBIT  2



LARRY KLAYMAN
ATTORNEY AT LAW

K L A Y M A N   L A W   G R O U P ,   P. A.



Klayman: If You Want to Witness the Low Class Profane Roger Stone Even More Go to www.LarryKlayman.com and Watch the Video Deposition I Took of Him!

Judge Rejects Sacha Baron Cohen's Attempt to Dismiss Lawsuit

Surprise! Roy Moore's Defamation Lawsuit Against Sacha Baron Cohen Goes Forward - Liberty Headlines

Sasha Baron Cohen Loses to Judge Roy Moore!

Approve COVID-19 Vaccine NOW! Leftist Takeover! HRC Push!

President Trump Wake Up: Coronavirus Perceptions Are Now A Reality

More news...

Larry Klayman, founder of Judicial Watch and Freedom Watch, is known for his strong public interest advocacy in furtherance of ethics in government and individual freedoms and liberties.
Read Full Bio

2020 Pennsylvania Ave, NW
Suite 345
Washington, DC 20006

310.595.0800
leklayman@yahoo.com

  

**Cliven Bundy Defense Fund**
Legally fight government tyranny and support constitutional rights!

KLAYMAN LAW FIRM, P.A., PROVIDES LEGAL SERVICES WITH REGARD TO LITIGATION, DEFAMATION AND FIRST AMENDMENT LAW, GOVERNMENT REGULATION, EMPLOYMENT AND CIVIL RIGHTS LAWS, INTERNATIONAL TRADE AND CORPORATE LAW AND RELATED MATTERS. WE WILL ONLY REPRESENT CLIENTS WE BELIEVE IN WHO SEEK TO PROTECT AND OBEY THE CONSTITUTION AND THE RULE OF LAW GENERALLY. THIS IS THE BASIS FOR OUR MOTTO "BECAUSE JUSTICE MATTERS."

THE TERMS OF LEGAL REPRESENTATION ARE NEGOTIATED WITH CLIENTS ON A CASE BY CASE BASIS ON AN HOURLY BILLING/RETAINER AND/OR CONTINGENT FEE BASIS DEPENDING ON THE CASE AND ITS COMPLEXITY AND OTHER RELATED FACTORS.

# EXHIBIT  3

The Washington Post

**The Fix**

# Larry Klayman is suing the federal government because of Ebola. Yes, really.

+ **Add to list**

By Abby Ohlheiser

October 14, 2014

The Ebola virus is secretly a biological weapon allowed into the country by the Obama administration to further terrorist interests against Americans of the "Caucasian race and Jewish-Christian religion" according to a new lawsuit filed Tuesday against several members of the administration.

The complaint by Larry Klayman reads like a 27-page amplification of many of the fears swirling around the two cases of the Ebola virus diagnosed in the United States in recent weeks. In this instance, that fear is steeped in several long-stewing conspiracy theories about the current executive branch.

That's not surprising, given its author: Klayman is a well-known legal activist who believes that Obama was not born in the United States. He's filed "hundreds" of lawsuits against everything from the Obama administration to Judicial Watch, an organization he founded. Sometimes, those suits are at least moderately successful in court: His case challenging a portion of the NSA's surveillance practices is pending before the U.S. Court of Appeals for the D.C. Circuit after a federal judge issued a blistering decision in his favor.

In his latest suit, Klayman argues that the new Ebola screening procedures at five U.S. airports aren't rigorous enough to stop the transmission of Ebola into the U.S. A lot of Americans agree with him on that point, if a recent poll is any indication: two thirds of Americans would support flight restrictions from Ebola-stricken countries in the name of stopping further Ebola cases here, according to new Washington Post-ABC News numbers.

However, it seems unlikely that such a strong majority of Americans will follow Klayman's assertion as to *why* the administration isn't pursuing flight bans or other more drastic prevention actions.

The Obama administration's current screening strategy is actually "a reckless plan to open the door not just to Defendant Obama's infected fellow Africans, but also American Muslim ISIS suicide terrorists who would intentionally infect themselves with the deadly disease and thus spread it widely in the United States," the complaint reads. (Klayman believes Obama is a secret Muslim, which he points out elsewhere in the complaint).

Klayman also claims in the complaint, among other things, that the defendants "have actual knowledge of a substantial risk and actuality that Ebola will be transmitted through the air to infect others." Ebola is only

/

transmitted through direct contact with the bodily fluids of an infected person, the CDC and other international health officials have repeatedly said. There is no substantial evidence that the current outbreak, which has killed more than 4,000 in West Africa, is transmitting person-to-person through the air, or that the virus has a high likelihood of becoming airborne in the near future.

In a brief phone interview with The Post, Klayman addressed the discrepancy between his complaint's claims and the CDC's publicly-available information on Ebola transmission: "I firmly believe the CDC is not telling the truth, that [Ebola] can be transmitted through the air," he said.("The CDC knows that airborne transmission of Ebola is likely, but has lied to the American people, at the direction of Defendant Obama, to the contrary," Klayman wrote in the complaint.)

Klayman argues that he has standing to sue the government in this particular case because he was "exposed to the Ebola virus" while flying into Newark airport in New Jersey. Klayman says he was on a plane flying into the airport when the CDC held a news conference on the new airport screenings. He watched the news conference while in flight, he added.

During that news conference, Klayman said, a CDC spokesperson called Newark airport a "high risk" airport for Ebola contraction, due to the relatively large number of West African travelers who pass through the airport compared to others in the country.

When asked whether he believes he is currently at risk of becoming symptomatic with the Ebola virus in the next several days due to his travel through Newark, Klayman responded, "I don't know." He referred further questions on the degree and specifics of that perceived risk to the language in his complaint.

When asked how it is possible for Newark airport to contain the Ebola virus at all, when there are no confirmed cases of symptomatic patients in or traveling through the airport, Klayman responded, "I don't believe the government."

The suit also makes mention of the current enterovirus D68 outbreak among American children. Klayman's complaint alleges that the current spread of what appears to be a particularly severe strain of the common seasonal illness originates with "illegal immigrant children who crossed the Mexican border this summer," and "carried the disease when the Obama administration scattered them throughout the United States."

Klayman's claim that the Ebola outbreak is part of a potential terror plot against Americans is not new. However, several experts have pointed out in recent weeks that Ebola, as far as diseases go, is a pretty terrible choice for biological warfare in a country with an adequate health-care system, in part because of its relatively low transmission rate. In other words, it would take quite a lot of work to turn Ebola into even a moderately effective biological weapon, something that no one has done to date.

Of course, if one believes that the Ebola virus is secretly airborne and its transmission characteristics are the subject of a massive government cover-up in the name of aiding terrorism, then all that information is moot.

The complaint was filed to the U.S. District Court in D.C. For good measure, Klayman ends the complaint by requesting that Obama be referred to the Department of Homeland Security for deportation, because "he is not even a naturalized U.S. citizen and thus is in the United States illegally."

💬 **24 Comments**

**Abby Ohlheiser**
Abby Ohlheiser covered digital culture for The Washington Post. She left The Post in March 2020.  Follow 🐦

# EXHIBIT  4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | Case No. 1:14–cv–01704 (KBJ) |
| BARACK OBAMA, PRESIDENT OF THE UNITED STATES, ET AL., | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(1)

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants hereby move the Court to dismiss Plaintiff's complaint, for the reasons set forth in the accompanying Memorandum of Points and Authorities in support of this motion.

Dated: January 28, 2015

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

SHEILA M. LIEBER
Deputy Director,
Federal Programs Branch

*/s/ Deepthy Kishore*
DEEPTHY KISHORE
Trial Attorney (IL Bar No. 6306338)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616–4448 | Fax: (202) 616–8470
deepthy.c.kishore@usdoj.gov
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LARRY KLAYMAN,** | |
| Plaintiff, | |
| v. | Case No. 1:14–cv–01704 (KBJ) |
| **BARACK OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.,** | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(1)**

Plaintiff Larry Klayman, an attorney proceeding *pro se*, filed this suit requesting, *inter alia*, compensatory and punitive damages, a declaration or order that "Defendant [President] Obama be referred to the immigration authorities of the Department of Homeland Security for appropriate deportation proceedings as he is not even a naturalized U.S. citizen and thus is in the United States illegally," and injunctions "banning any more travel to the United States from infected African, Muslim and other nations." (ECF No. 1, Prayer for Relief). His suit names as Defendants[1] the President of the United States and the highest officials of the National Institute of Allergy and Infectious Diseases, U.S. Centers for Disease Control and Prevention, Department

---

[1] Although Defendants are nominally sued in both their official and individual capacities, the actions (or inactions) that Plaintiff seeks to challenge pertain only to the Defendants' official capacities. Further, because Plaintiff has not served this action on the individual Defendants personally, *see* Fed. R. Civ. P. 4(e)(2), the claims should be dismissed insofar as they are brought against Defendants in their individual capacities. *See Deutsch v. U.S. Dept. of Justice*, 881 F. Supp. 49, 52 (D.D.C. 1995) ("Proper service of process upon defendants is necessary to obtain jurisdiction over defendants in their individual capacities.") (citing *Pollack v. Meese,* 737 F. Supp. 663, 666 (D.D.C. 1990)).

of Health and Human Services, and Department of Homeland Security. Asserting fatuous claims

that run the legal gamut—including violations of the Anti-Terrorism Act, 18 U.S.C. § 2332 *et*

*seq.*, common law torts of assault and intentional infliction of emotional distress, violations of

constitutional rights, and civil rights violations under 42 U.S.C. §§ 1983 and 1985—Plaintiff

alleges that Defendants are engaged in a "scheme to encourage and facilitate acts of international

terrorism," (Compl. ¶ 1), and intentionally discriminate "against Plaintiff and other Jewish and

Christian Caucasian Americans" in favor of "Africans and Muslims." (Compl. ¶¶ 14, 123).

Plaintiff's claims are nonjusticiable, barred by sovereign immunity, frivolous, and absurd.

Accordingly, and for the reasons set forth below, Plaintiff's entire complaint should be dismissed

for lack of subject matter jurisdiction.

## STANDARD

Federal courts are courts of limited jurisdiction, and the law presumes that "a cause lies

outside this limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377

(1994). To defeat a motion to dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P.

12(b)(1), it is Plaintiff's burden to establish that the court has subject matter jurisdiction to hear

the case. *In re Swine Flu Immunization Prods. Liab. Litig.*, 880 F.2d 1439, 1442–43 (D.C. Cir.

1989); *Jones v. Exec. Ofc. of the Pres.*, 167 F. Supp. 2d 10, 13 (D.D.C. 2001). Moreover,

because Plaintiff bears the burden of proof, his "factual allegations in the complaint . . . will bear

closer scrutiny in resolving a 12(b)(1) motion than in resolving a 12(b)(6) motion for failure to

state a claim." *Grand Lodge of the Fraternal Order of Police v. Ashcroft*, 185 F. Supp. 2d 9, 13–

14 (D.D.C. 2001) (internal quotation marks omitted).

Where, as here, the plaintiff is an attorney proceeding *pro se*, the plaintiff "is not

automatically subject to the very liberal standards afforded to a non-attorney *pro se* plaintiff," as

"an attorney is presumed to have a knowledge of the legal system and need less protections from the court." *Richards v. Duke Univ.*, 480 F. Supp. 2d 222, 234 (D.D.C. 2007); *id.* at 235 (stating that "because plaintiff is an attorney, and a knowledgeable one at that, this Court will not give her all the benefits of the liberal standards that are afforded to *pro se* litigants").

## ARGUMENT

### I.    PLAINTIFF LACKS STANDING TO PURSUE HIS CLAIMS.

Plaintiff's complaint sets forth no consistent theory for liability, but asserts scattershot claims predicated upon his alleged belief that he was "exposed to Ebola" at the airport in Newark, New Jersey, on October 8, 2014, as a result of Defendants' alleged acts of international terrorism and discrimination.  (Compl. ¶¶ 14, 45).  Among other things, Plaintiff demands "declaratory and injunctive and other equitable relief" against Defendants "to cease their illegal acts in facilitating the opportunity and in fact furthering terrorism by infecting Plaintiff and other American citizens with the Ebola virus and ultimately creating a horrific Ebola epidemic in the United States."  (Compl. ¶ 109).  Setting aside Plaintiff's wholly incredible theories, a glaring deficiency in the complaint is the lack of any allegation that would provide Plaintiff with standing to pursue his seven causes of action.

Article III of the Constitution restricts the federal courts to the adjudication of "Cases" or "Controversies."  Const. art. III, § 2.  Standing is a core component of the case-or-controversy requirement, and it "serves to prevent the judicial process from being used to usurp the powers of the political branches."  *Clapper v. Amnesty Int'l USA*, __ U.S. __, 133 S. Ct. 1138, 1146 (2013).  To establish constitutional standing, a plaintiff must satisfy three elements: (1) he must have suffered an injury in fact—a judicially cognizable interest which is "'concrete and particularized" and "actual or imminent, not conjectural or hypothetical'"; (2) the injury must be

3

'"fairly traceable to the challenged action of the defendant'"; and (3) "it must be likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision." *NB ex rel. Peacock v. Dist. of Columbia*, 682 F.3d 77, 81 (D.C. Cir. 2012) (quoting *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992)); *Bennett v. Spear*, 520 U.S. 154, 167 (1997).

A plaintiff bears "the burden of establishing [the] existence" of standing because federal courts should presume they lack jurisdiction "unless the contrary appears affirmatively from the record." *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 104 (1998); *Renne v. Geary*, 501 U.S. 312, 316 (1991) (citation and internal quotation marks omitted).  The Supreme Court has "consistently stressed" that a plaintiff lacks standing unless he can "establish that he has a 'personal stake' in the alleged dispute, and that the alleged injury suffered is particularized as to him." *Raines v. Byrd*, 521 U.S. 811, 819 (1997).  A plaintiff "must demonstrate standing for each claim he seeks to press." *DaimlerChrysler Corp. v. Cuno*, 547 U.S. 332, 352 (2006).  "[W]hen the plaintiff is not himself the object of the government action or inaction he challenges, standing is not precluded, but it is ordinarily substantially more difficult to establish." *Lujan*, 504 U.S. at 562 (citation and internal quotation marks omitted).  Further, where a plaintiff is seeking declaratory or injunctive relief, he "must show he is suffering an ongoing injury or faces an immediate threat of injury." *Dearth v. Holder*, 641 F.3d 499, 501 (D.C. Cir. 2011).

Plaintiff appears to allege five types of injuries in his prolix complaint: (1) danger to his "person, property, or business," including the danger of death or illness, (Compl. ¶¶ 94, 97, 102) (First, Second, and Third Causes of Action); (2) violation of his constitutional "liberty interest" caused by alleged acts of "exposing and intentionally facilitating and inviting the spread of the deadly Ebola virus by terrorists and others entering the United States,"(Compl. ¶ 106) (Fourth Cause of Action); (3) apprehension of an imminent harmful or offensive contact that could result

in "a horrible and painful death," (Compl. ¶ 112) (Fifth Cause of Action); (4) "fear and apprehension and distress" of "Ebola terrorism," (Compl. ¶ 119) (Sixth Cause of Action); and (5) violation of his constitutional rights "to be treated by the U.S. Government in a color-blind fashion free from favoritism and discrimination on the basis of Plaintiff's race, ethnicity, nationality and religion," (Compl. ¶ 127) (Seventh Cause of Action).

The bases for Plaintiff's alleged injuries are, at best, nebulous, but it is clear that all are predicated on his alleged belief that he was "exposed to Ebola" at the Newark airport on October 8, 2014. Notably, however, he never alleges that he in fact contracted the Ebola virus; nor does he allege that he in fact came into contact with anyone who contracted the virus. Instead, he sets forth layers upon layers of conjecture and speculation about "potential Ebola traffic" in Newark, (Compl. ¶ 47), potential travel routes of passengers, (Compl. ¶¶ 50, 52), potential ways in which the virus might be transmitted to airport surfaces, (Compl. ¶¶ 55–58), and how, hypothetically, a person at an airport could "deposit the virus within the fluids of their body." (Compl. ¶ 58). Relying solely on this attenuated chain of hypotheticals and speculative inferences, Plaintiff asserts that he was "exposed to" the Ebola virus because it was "present in the terminals of Newark airport" when he apparently used the public restroom there. (Compl. ¶¶ 51, 58); (Compl. ¶ 45) ("On information and belief, Plaintiff Larry Klayman has been exposed to the Ebola virus and subjected to an unreasonable risk by Defendants' actions.").

Alleging a mere possibility of exposure to Ebola, with no showing of a substantial probability of harm from the disease, is insufficient to establish an actual or imminent harm. *See Clapper*, 133 S. Ct. at 1146 (2013) (holding that respondents lacked standing because a "speculative chain of possibilities does not establish that injury based on potential future surveillance is certainly impending"); *Carik v. U.S. Dep't of Health & Human Servs.*, 4 F. Supp.

3d 41, 53 (D.D.C. 2013) ("[T]here must be "'*both* (i) a *substantially* increased risk of harm and (ii) a substantial probability of harm with that risk taken into account."' (quoting *Public Citizen, Inc v. Nat'l Highway Traffic Safety Admin.*, 489 F.3d 1279, 1295 (D.C. Cir. 2007)); *Ctr. for Biological Diversity v. U.S. Dep't of Interior*, 563 F.3d 466, 478 (D.C. Cir. 2009) ("Petitioners can only aver that any significant adverse effects of climate change 'may' occur at some point in the future. This does not amount to the actual, imminent, or 'certainly impending' injury required to establish standing."); *Elec. Privacy Info. Ctr. v. U.S. Dep't of Educ.*, __ F. Supp. 2d __, 2014 WL 449031, at *6 (D.D.C. Feb. 5, 2014) ("[P]laintiffs do not satisfy either prong of the increased risk of harm test: they have not shown a substantially increased risk that they will suffer identity fraud, and they have not shown that the absolute likelihood of suffering identity fraud is substantial."); *see also Hughes v. Widup*, No. 2:07-cv-290, 2008 WL 56003, at *3 (N.D. Ind. Jan. 3, 2008) (holding that inmate lacked standing because, though he alleged that he was exposed to staph through unsanitary conditions, he "never alleges that he actually contracted staph because of the unsanitary conditions"); *Montue v. Schwartz*, No. CIV S-06-1276, 2006 WL 3114302, at *2 (E.D. Cal. Nov. 1, 2006) ("Plaintiff has no standing because he has not contracted West Nile Virus. Moreover, that plaintiff might someday contract West Nile Virus does not demonstrate that the harm is imminent. Rather, plaintiff's chances of contracting West Nile Virus are speculative."); *Tibbs v. Sebelius*, No. 2:09-cv-773, 2010 WL 1817258, at *4 (S.D. Ohio April 30, 2010) (concluding that plaintiff lacked standing where his alleged injury was merely a "future harm from the increased risk of contracting a potentially deadly infection disease"). Because Plaintiff has not alleged that he has contracted the virus or that there is a substantially increased risk that he will suffer from the disease in the future, he lacks standing to pursue any of his claims.

Further, Plaintiff's subjective emotional responses, including his fear of "a horrible and painful death," (Compl. ¶ 112), and his "fear and apprehension and distress" due to the possibility of "Ebola terrorism," (Compl. ¶ 119), do not constitute injury in fact. *See, e.g.*, *Clapper*, 133 S. Ct. at 1152–53 (holding that a "subjective fear of surveillance does not give rise to standing"); *City of L.A. v. Lyons*, 461 U.S. 95, 107 n.8 (1983) ("It is the *reality* of the threat of repeated injury that is relevant to the standing inquiry, not the plaintiff's subjective apprehensions"); *United Presbyterian Church v. Reagan*, 738 F.2d 1375, 1378 (D.C. Cir. 1984) (holding that plaintiffs lacked standing because "the 'chilling effect' which is produced by their fear of being subjected to illegal surveillance "is foreclosed as a basis for standing").

What is more, by Plaintiff's own admissions, his alleged injuries are not particularized to him, but are being experienced by the American public at large. *See, e.g.*, (Compl. ¶ 34) (alleging that "Defendants have actual knowledge of a substantial risk and actuality that Ebola will be transmitted through the air to infect others"); (Compl. ¶ 14) (stating that Defendants' actions are "intended to further interests that are contrary to the interests of U.S. citizens but in fact favor African and other foreign interests, at the expense and to the severe detriment of Plaintiff and the rest of the American people, who have been and are, by virtue of his actions, being exposed to and will die en masse"); (Compl. ¶ 14) ("Defendant Obama and the other Defendants, each and every one of them, jointly and severally, are acting to further, directly or indirectly, terrorist interests and terrorism generally against Plaintiff and the American people as a whole, as well as to discriminate against Plaintiff and other Jewish and Christian Caucasian Americans."). Plaintiff's failure to demonstrate that he has suffered particularized harm precludes standing. *See Lujan*, 504 U.S. at 560 n.1 (stating that a party must demonstrate that it has suffered an injury that affects it in a "personal and individual way"); *Carik*, 4 F. Supp. 3d at

51 (D.D.C. 2013) ("While the plaintiffs have submitted reports . . . indicating that lower doses . . . have been associated with 'a steady increase in the number of reported adverse events' in Fabry patients, the Complaint does not indicate that any of the plaintiffs *in this case* have actually suffered from such adverse events.").

Plaintiff alleges neither injury that is actual or imminent nor injury that is particularized as to him.  While his lack of injury in fact is fatal to standing, it is worth noting that Plaintiff's alleged injuries would in no event be redressable because Plaintiff requests injunctive or declaratory relief that would operate on the President himself.  *See, e.g.*, (Compl. Prayer for Relief) (requesting equitable relief, including that "Defendant [President] Obama be referred to the immigration authorities of the Department of Homeland Security for appropriate deportation proceedings as he is not even a naturalized U.S. citizen and thus is in the United States illegally").  The Court, therefore, has no power to grant the relief that Plaintiff requests.  *See, e.g.*, *Kendall v. United States*, 37 U.S. 524, 610 (1838) ("The executive power is vested in a President; and as far as his powers are derived from the constitution, he is beyond the reach of any other department, except in the mode prescribed by the constitution through the impeaching power."); *Newdow v. Bush*, 391 F. Supp. 2d 95, 105 (D.D.C. 2005) ("The issuance of an injunction or a declaratory judgment against the President draws the Court into serious separation-of-powers issues. In particular, there is long-standing legal authority that the courts cannot issue injunctions against the co-equal Executive and Legislative branches of our government.").

## II.   SOVEREIGN IMMUNITY BARS PLAINTIFF'S CLAIMS FOR DAMAGES

Not only does Plaintiff lack standing to pursue his claims, but each and every one of his seven causes of action must be dismissed for an additional, independent reason: his claims for

damages against Defendants in their official capacities[2] are barred by sovereign immunity.  *See*
*Fed. Deposit Ins. Corp. v. Meyer*, 510 U.S. 471, 475 (1994) (explaining that without a specific
waiver, the federal government and its agencies are protected from suit by the doctrine of
sovereign immunity); *Roum v. Bush*, 461 F. Supp. 2d 40, 45 (D.D.C. 2006) ("In plain English,
sovereign immunity means that citizens . . . cannot sue the federal government, agencies of the
federal government, or employees of the federal government for acts they perform in their
official capacities, unless the federal government has expressly agreed to be sued.").  A suit
against federal officials in their official capacities is treated as though the plaintiff brought his
claims against the United States directly.  *See Kentucky v. Graham*, 473 U.S. 159, 165–66
(1985).  "It is axiomatic that the United States may not be sued without its consent and that the
existence of consent is a prerequisite for jurisdiction."  *United States v. Mitchell*, 463 U.S. 206,
212 (1983).  Sovereign immunity is "jurisdictional in nature," *Meyer*, 510 U.S. at 475, and
extends to employees and agents of the United States when they are sued in their official
capacities.  *See Clark v. Library of Congress*, 750 F.2d 89, 103 (D.C. Cir. 1984).

Plaintiff's tort claims alleged in his Fifth and Sixth Causes of Action, (Compl. ¶¶ 110–15,
116–21), should be dismissed for lack of jurisdiction because, although these claims seek
damages against Defendants acting in their official capacities, Plaintiff fails to identify a
statutory grant of jurisdiction to overcome sovereign immunity.  *See Goddard v. D.C.*
*Redevelopment Land Agency*, 287 F.2d 343, 346 (D.C. Cir. 1961) (affirming dismissal of tort
claims because "[s]uits based on torts allegedly committed by [a federal agency] or by its
employees acting in an official capacity are maintainable, if at all, under the provisions of the
Tort Claims Act, [28 U.S.C. §§ 1346(b), 2671–80] *et seq.*], and must name the United States as
defendant").  Similarly, "[s]ince the federal government has not expressly waived its sovereign

---

[2] *See supra* note 1.

immunity for suits brought under *Bivens*," sovereign immunity bars Plaintiff's Fourth Cause of Action, which alleges Fifth Amendment *Bivens* violations against the individually named Defendants in their official capacities.  *See Kim v. United States*, 632 F.3d 713, 715 (D.C. Cir. 2011) (citation and internal quotation marks omitted); *Deutsch v. U.S. Dept. of Justice*, 881 F. Supp. 49, 52 (D.D.C. 1995) ("[B]ecause Plaintiff has failed to effect service of process on the Defendants, the Court is unable to exercise jurisdiction over them and the *Bivens* action against them must accordingly be dismissed.").  Plaintiff's Seventh Cause of Action, which asserts claims under 42 U.S.C. §§ 1983 and 1985, meets the same fate.  *See Settles v. U.S. Parole Comm'n*, 429 F.3d 1098 (D.C. Cir. 2005).

For largely the same reasons, sovereign immunity also bars Plaintiff's First, Second, and Third Causes of Action insofar as they allege damages against Defendants for harm to Plaintiff's "person, property, or business," *see* (Compl. ¶¶ 94, 99, 102).  Plaintiff's attempt to invoke jurisdiction under the Anti-Terrorism Act, 18 U.S.C. § 2332 *et seq.*, cannot save these claims. *See* (Compl. ¶ 4) (asserting subject matter jurisdiction under 18 U.S.C. §§ 2333, 2334).  The Anti-Terrorism Act "waive[s] foreign sovereign immunity for certain state-sponsored terrorist acts."  *Roeder v. Islamic Republic of Iran*, 195 F. Supp. 2d 140, 149 (D.D.C. 2002).  As the statute itself makes plain, however, this waiver of sovereign immunity does not apply to suits brought against "an officer or employee of the United States or any agency thereof acting within his or her official capacity or under color of legal authority."  18 U.S.C. § 2337(1).  Because Plaintiff's suit names federal officials as Defendants, sovereign immunity bars Plaintiff's claims alleging violations of the Anti-Terrorism Act.

III.   **PLAINTIFF'S ENTIRE COMPLAINT IS FRIVOLOUS AND MAY BE DISMISSED FOR THAT REASON ALONE.**

Setting aside the fact that Plaintiff's claims must be dismissed because they are nonjusticiable and barred by sovereign immunity, the Court may in its discretion dismiss Plaintiff's entire complaint as frivolous.  While Plaintiff may allege that the President and other senior officials of the United States government conspired to promote an Ebola outbreak in the United States to facilitate terrorist interests, federal courts have no obligation to entertain such baseless claims spun on delusion and fantasy.  *See Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (stating that "federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit'" (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904))).  A federal court's power to dismiss frivolous claims extends not only to "legally frivolous" claims but also to factually baseless claims: those based on allegations that rise to the level of "irrational or wholly incredible."  *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319 (1989); *Jordan v. Quander*, 882 F. Supp. 2d 88, 97 (D.D.C. 2012) (citing *Denton*, 504 U.S. at 33).  Indeed, Plaintiff's entire complaint should be dismissed because it is rife with baseless, facially absurd, and irrational theories of conspiracy, international terrorism, and intentional racial discrimination.  *See Bickford v. Gov't of the U.S.*, 808 F. Supp. 2d 175, 182 (D.D.C. 2011) (concluding that plaintiff's "laundry list of wrongful acts and conclusory allegations to support her theory of a conspiracy," were "insufficient to allow the case to go forward") (citation omitted); *Richards v. Duke Univ.*, 480 F. Supp. 2d 222, 233 (D.D.C. 2007) (dismissing claims brought by an attorney proceeding *pro se* after noting that "the clarity with which [the plaintiff] describes her bizarre conspiracy theory does not make it any less bizarre").

11

Plaintiff offers not a single fact to corroborate his preposterous allegations that Defendants "jointly and severally" are engaging in acts of terrorism "against Plaintiff and the American people as a whole," and that "Defendants [sic] actions in exposing Plaintiff to the Ebola virus as well as other Americans is the direct result of discrimination against Plaintiff on the basis of his Caucasian race and Jewish–Christian religion and in favor of people of the African–Black race and the Islamic religion."  (Compl. ¶ 14).  His entire complaint is predicated on the theory that Defendants have adopted a "reckless plan to open the door not just to Defendant Obama's infected fellow Africans, but also American Muslim ISIS suicide terrorists who would intentionally infect themselves with the deadly disease and thus spread it widely in the United States."  (Compl. ¶ 66).  Plaintiff marshals a series of wild and inconsistent allegations theorizing on Defendants' motives, including that "Defendant Obama feels, at a minimum, a kinship toward the Muslim world, as he was born to a Muslim father, studied in his youth at Muslim schools, and was likely born in the African nation of Kenya."  (Compl. ¶ 26); *see also* (Compl. ¶ 76) (alleging that, "by refusing to control travel from dangerous areas under risky conditions," Defendants seek "to pursue Defendant Obama's goal of adding millions of new Democrat voters to the country and to the voter rolls so that the Democrat Party will win elections"); (Compl. ¶ 77) (alleging that Defendants seek "to pursue the goals of the CDC and medical companies profiting from a vaccine and from treatments for Ebola").  Plaintiff's claims are unquestionably fantastic because he finds individualized meaning in general and benign actions by Defendants that are in no way related to him.  *See, e.g.*, (Compl. ¶ 14) (alleging that Plaintiff "and the rest of the American people . . . will die en masse" due to Defendants' actions); (Compl. ¶ 14) (alleging that Defendants have conspired to discriminate against Plaintiff and other Jewish–Americans); (Compl. ¶ 120) (alleging that Defendants have acted "willfully,

12

maliciously and deliberately, or with reckless indifference, to cause Plaintiff severe mental and emotional pain").

Such "bizarre conspiracy theories" are the sort of "essentially fictitious" claims warranting dismissal for lack of subject matter jurisdiction. *See Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994); *Jordan v. Quander*, 882 F.Supp.2d 88, 97 (D.D.C. 2012) ("Claims describing fantastic or delusional scenarios fall into the frivolous category."); *see also Deyerberg v. Holder*, 455 F. App'x 1 (D.C. Cir. Dec. 28, 2011) (affirming dismissal for lack of jurisdiction because the appellant's claims "were patently frivolous, suggested bizarre conspiracy theories, and were fantastic, delusional, and essentially fictitious"). District courts in this circuit routinely dismiss claims against government officials premised upon similarly irrational and unsubstantiated theories. *See, e.g.*, *Newby v. Obama*, 681 F. Supp. 2d 53, 56 (D.D.C. 2010) ("Having reviewed plaintiff's complaint, it appears that its claims relating to alleged government surveillance and harassment are of the sort of 'bizarre conspiracy theory' that warrant dismissal under Rule 12(b)(1)."); *see also Lessmann v. Tenet*, 362 F. Supp. 2d 33, 36 (D.D.C. 2005) (dismissing "inherently incredible" gender discrimination claim brought *pro se* against former Director of the Central Intelligence Agency in his official capacity); *Curran v. Holder*, 626 F. Supp. 2d 30, 34 (D.D.C. 2009) ("dismiss[ing] for lack of subject matter jurisdiction all of plaintiff's claims which are premised on a theory that defendants are conducting surveillance of her as part of a 'national security investigation' and harassing her and her family"); *see also O'Brien v. U.S. Dep't of Justice*, 927 F. Supp. 382, 385 (D. Ariz. 1995) ("On their face, Plaintiff's allegations are so bizarre and delusional that they are wholly insubstantial and cannot invoke this Court's jurisdiction.").

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant

**Defendants' Motion to Dismiss Under Rule 12(b)(1)**.

Dated: January 28, 2015                    Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

SHEILA M. LIEBER
Deputy Director,
Federal Programs Branch

*/s/ Deepthy Kishore*
DEEPTHY KISHORE
Trial Attorney (IL Bar No. 6306338)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616–4448 | Fax: (202) 616–8470
deepthy.c.kishore@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W.
Washington, D.C.  20001

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I electronically filed the foregoing **Defendants'**

**Motion to Dismiss Under Rule 12(b)(1)** with the Clerk of the Court using the CM/ECF system,

which will send notice of this filing to all parties.


*/s/ Deepthy Kishore*
DEEPTHY KISHORE

# EXHIBIT  5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN, et. al.,

       Plaintiffs,

v.

                                          Case Number: 1:14–cv–01704 (KBJ)

BARACK OBAMA , et. al.

       Defendants.

## STIPULATION OF DISMISSAL

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby files this

stipulation of dismissal, signed by all parties that have appeared, dismissing this action without

prejudice and with all parties bearing their own fees and costs.

Dated: February 13, 2015

Respectfully submitted,

                                       JOYCE R. BRANDA
                                       Acting Assistant Attorney General

 /s/ *Larry Klayman*                        SHEILA M. LIEBER
Larry Klayman, Esq.                    Deputy Director,
General Counsel                       Federal Programs Branch
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345      /s/ *Deepthy Kishore*
Washington, DC 20006               DEEPTHY KISHORE
Tel: (310) 595-0800                 Trial Attorney (IL Bar No. 6306338)
Email: leklayman@gmail.com        United States Department of Justice
                                        Civil Division, Federal Programs Branch
*Plaintiff, Pro Se*                   Tel: (202) 616–4448 | Fax: (202) 616–8470
                                        deepthy.c.kishore@usdoj.gov
                                        20 Massachusetts Ave., N.W.
                                        Washington, D.C. 20001

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2015 a true and correct copy of the foregoing Stipulation of Dismissal (Civil Action No. 1:14–cv–01704 -KBJ) was filed electronically using CM/ECF to the U.S. District Court for the District of Columbia and served upon the following:

Via CM/ECF:

DEEPTHY KISHORE
Trial Attorney (IL Bar No. 6306338)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616–4448 | Fax: (202) 616–8470
deepthy.c.kishore@usdoj.gov
20 Massachusetts Ave., N.W.
Washington, D.C. 20001

Attorney for Defendant


 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
Freedom Watch, Inc.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

**From:**         Larry Klayman <klaymanlaw@gmail.com>
**Sent:**         Monday, July 27, 2020 9:37 AM
**To:**           Mikhail, Merriam
**Subject:**      Re: CNN Response Letter

Mr. Merriam:

On behalf of Messrs. Darcy, Zucker and CNN, you have not identified any fact that shows that I pushed misinformation about Obama and Ebola or anything else. One article written by a leftist hack does not make your day, but in the end you will make my day, in court before a jury of our peers. To the contrary the majority of Americans now view CNN to be the leader in Fake News.

Further, I have not been suspended by The Florida Bar and in any event my complaint against Darcy, Zucker and CNN will be brought pro se. If and when the 90 day suspension order becomes final in the District of Columbia Court of Appeals -- a petition for rehearing en banc is pending -- The Florida Bar has a due process procedure to decide whether to impose reciprocal discipline. Given that the DC Disciplinary Counsel took over 12 years to prosecute this case, it is unlikely that Florida, which has a just disciplinary system, will impose reciprocal discipline. In any event, the suspension would only be for 90 days, even if eventually upheld in the District of Columbia Court of Appeals. In this event, I will also petition for certiorari before the Supreme Court, as there are constitutional issues and conflicting precedent at play here.  Do your homework, Mr. Merriam. Your letter is juvenile, amateurish and dishonest, much like the network and its CEO and so called reporters who you represent.

The rank dishonesty and arrogance of your letter of this morning speaks for itself. This is why people have come to see your  network not as "The Most Trusted Name in News," but instead the most "Distrusted Name in News."

I take it you will accept service of my complaint, which will be filed by cob tomorrow.

Govern yourselves accordingly.

Larry Klayman, Esq.
Counsel for Dr. Judy Mikovits and Pro Se

On Mon, Jul 27, 2020 at 7:08 AM Mikhail, Merriam <Merriam.Mikhail@turner.com> wrote:
> Mr. Klayman,
>
> Please see the attached correspondence.
>
> Sincerely,
>
> **Merriam Mikhail**
> **Counsel, CNN**
> One CNN Center, Atlanta, GA 30303
> merriam.mikhail@turner.com
> 404-834-6166 (Mobile)

**From:**          Larry Klayman <klaymanlaw@gmail.com>
**Sent:**          Monday, July 27, 2020 9:42 AM
**To:**            Mikhail, Merriam
**Cc:**            klaymanlaw@gmail.com; leklayman@yahoo.com
**Subject:**       Re: CNN Response Letter


P.S. Whether you are male or female, your family name suggests you are of Russian origin, most likely in the historic Marxist mold, which comports largely with the present day ideology and broadcasting of CNN. I may have misread the order of your first and last name.

Larry Klayman, Esq.

On Mon, Jul 27, 2020 at 7:08 AM Mikhail, Merriam <Merriam.Mikhail@turner.com> wrote:

Mr. Klayman,

Please see the attached correspondence.

Sincerely,

**Merriam Mikhail**
**Counsel, CNN**
One CNN Center, Atlanta, GA 30303
merriam.mikhail@turner.com
404-834-6166 (Mobile)

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** Monday, July 27, 2020 at 9:43 AM
**To:** "Zucker, Jeff" <Jeff.Zucker@turner.com>, "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Cc:** Oliver Peer <oliver.peerfw@gmail.com>, leklayman <leklayman@gmail.com>
**Subject:** Defamation by CNN, Zucker and Darcy vs. Dr. Judy Mikovits

Gentlemen:

Here is a sworn affidavit by my client Dr. Judy Mikovits.

You do not have any facts to refute what my client attests to, PERIOD!

AND YOU HAVE NO TRUTHFUL FACTS TO HAVE DEFAMED ME WITH THE PUBLISHED STATEMENT THAT I PUSH MISINFORMATION FOR CONSPIRACY THEORISTS.

Have your lawyers contact me today or tomorrow to arrange for acceptance of service of  complaints to be filed for defamation and other causes of action, as previously set forth in prior correspondence.

Govern yourselves accordingly,

Larry Klayman, Esq.
Counsel for Dr. Judy Mikovits

## AFFIDAVIT OF DR. JUDY A. MIKOVITS
## REGARDING SARS-COV-2

I, the undersigned, hereby declare under oath and penalty of perjury, after having been warned that I must tell the truth, and that should I not do so I will be liable to the penalties set out by law, hereby state in writing as follows:

1.      My name is Judy A. Mikovits, Ph.D.

2.      I am legally able to make this affidavit because I am over the age of 18 years old and legally competent in every way to swear to these facts.

3.      I make this affidavit from within the territory of the United States of America under the laws of the State of California.

### Summary of Conclusions

4.      I have carefully reviewed the scientific data and research on the SARS-CoV-2 coronavirus that has been presumed to cause the disease COVID-19.

5.      My conclusions and recommendations based on actual science that I have uncovered as are in the best interests of peoples' health including even my own husband's. Whereas the medical research community has billions of dollars of profits influencing its misinterpretation of evidence, my motivations are purely for the health of real people.

6.      My own husband is an 81-year-old man with Chronic Obstructive Pulmonary Disease (COPD) who would be at elevated risk of developing COVID-19 if exposed to SARS-CoV2.

7.      From my experience and expertise, I have determined that SARS-CoV-2 is an artificially manipulated virus bred in China, almost certainly in the Wuhan Institute of Virology, which is only about 20 miles from where the COVID-19 pandemic began.

8.      From my experience and expertise, I have determined that SARS-CoV-2 was

1

artificially manipulated with the cooperation and encouragement of U.S. medical officials including Dr. Anthony Fauci of the National Institute of Allergy and Infectious Disease at the National Institutes of Health. U.S. facilities provided China with Vero E6 cell lines, which were used by U.S. and Chinese researchers to manufacture SARS-CoV2 from Ft. Detrick in the United States.

9. It is admitted, official public record that Dr. Fauci and the NIAID at NIH provided a total of $7.4 million of funding to the Wuhan Institute of Virology for this purpose of researching then-existing coronaviruses,[1] including the most recent round of $3.7 million from NIH to the Wuhan Institute of Virology, as reported in the New York Post.[2]

10. SARS-CoV-2 is too advanced and too great an evolutionary leap as a later generation from past SARS viruses and other coronaviruses.

11. SARS-CoV-2 is clearly not a natural evolution of coronavirus.

12. SARS-CoV-2 exhibits increased functionality, including multiple pathways for the spread of the infection. Primarily the ability to infect T cells and monocytes because of HIV GP120 and gag sequences in the virus. Thus, expanding the disease to include micro-vascuature dysfunction and development of Acquired Immune Deficiencies/dysfunction (AIDS). This expanded cell host range allows the virus to persist in human cells.

13. These multiple "gain of function" alterations between SARS-CoV-1 and SARS-CoV-2 directly result in a far more virulent virus able to spread more easily from human to human and cause much more persistent dangerous disease than an upper respiratory Infection. That is, COVID19 is a contagious AIDS and spread by coughing aerosolized droplets during social interactions in public areas, and including probably via bodily proximity of sexual

---

[1] https://timesofindia.indiatimes.com/world/us/top-us-health-advisor-dr-fauci-backed-controversial-wuhan-lab-for-risky-coronavirus-research-report/articleshow/75449844.cms

[2] https://nypost.com/2020/04/29/dr-fauci-backed-controversial-wuhan-lab-studying-coronavirus/

relations, and quite probably through the sharing of drink and or sharing eating utensils, glasses, etc.

14.     A major issue with COVID-19 is the unfortunate and unusual ease with which SARS-CoV-2 can spread from human to human and persist to cause AIDS. The resulting "asymptomatic" carriers of COVID19 has never occurred with SARS (or any other Coronavirus as those are cleared from the body of healthy individuals).

15.     The tremendous rapidity and ease with which SARS-CoV-2 can spread from human to human stands in stark contrast to the government of China's and the World Health Organization's (W.H.O.) (as China's puppet) claims that there was no evidence of human to human transmission of the virus, as W.H.O. tweeted out on January 14, 2020.

16.     When discussing these actions by the government of China, we in the scientific, medical, and public health communities should remember and recognize the heroic efforts of individual doctors and researchers in China who were arrested or "disappeared" trying to share the truth within China and with the rest of the world.

17.     Many individual Chinese were threatened and seemingly tortured to force them to issue retractions – just as I document has happened here in the United States to medical researchers when the results of research do not serve the interests of the powerful.

18.     Because China was the source of SARS-CoV2 and information was being suppressed and experts in China arrested, silenced, and/or disappeared, those statements from the W.H.O. took on especially powerful weight in the absence of other sources of information aside from China.

19.     W.H.O.'s and China's claims were not retracted until around January 21, 2020, after the celebration of the Chinese New Year with massive public celebrations and events in

Wuhan City and throughout China.

20.     We should remember that China released only a paper description of SARS-CoV-2 on January 11, 2020, but not an actual sample of the virus.

21.     Furthermore, as discussed above, SARS-CoV-2 contains sections of the DNA sequences for several other dangerous diseases, so that it can function as a carrier or delivery vehicle for them, including components of HIV such that clinical symptoms of COVID-19 include AIDS and allow the contagious transmission of AIDS.

22.     The resulting COVID-19 disease characteristically is dramatically different with respect to effects and responses, from almost unnoticed infection or light symptoms in most persons to catastrophic "cytokine storms" in the susceptible population which includes at least 6% of the US population.

23.     A large part of my career has included investigating why viruses can produce significantly different responses in different patients, including the role of overall health and the strength of one's immune system and the interactions between viruses and the like, including how previously-administered vaccines (which are actual viruses at least partly deactivated) or the effect of them on cells may interact with a later infection of a different live virus.

24.     Here, we've got a Coronavirus that normally would only affect the epithelial cells in the airway and now can infect critical immune cells and persist for the life of the host. Normally a Coronavirus is cleared by the immune system. SARS-CoV2 is not cleared rather it must be silenced by these critical immune cells.

25.     Now there is a big problem for 6% (25 million Americans) of U.S. population. Many are immune compromised and can neither silence nor clear this virus. The next exposure or hyperimmune activation (cytokine storm) such as that elicited by any vaccine can kill those 25

million Americans.

26.     However, these very different effects could be a result of different sections of the gene composition of the virus being expressed in different victims.

27.     SARS we should recall stands for Severe Acute Respiratory Syndrome.

28.     COVID-19 first came to our attention outside of China as early reports of pneumonia cases with unexplained causes – among the worst symptoms of the disease.

29.     On January 5, 2020, the CDC issued a Health Alert Network advisory[3] asking U.S. physicians to watch for and report any unexplainable cases of pneumonia among U.S. citizens or residents who had recently returned from China.

30.     That is, COVID-19 first emerged on the scene as a respiratory disease, in the nature of SARS, and respiratory dysfunction remains its most severe acute effects.

31.     Whereas, Coronaviruses usually have only mild effects on humans, deaths associated with COVID-19 often occur from a so-called cytokine storm in which cascading cell death is triggered by an extreme auto-immune response. Sensitive membranes like the lining of the lungs can be damaged to the point of compromising respiration.

32.     This damage to the lung's oxygen-gathering tissues may not be pneumonia, although pneumonia can always develop as a common condition in severe illness.

33.     As a result, treatments like respirators I believe are not the correct treatment and may actually weaken rather than strengthen COVID-19 patients, compared with an oxygen rich local environment or hyperbaric chamber without intubating the lungs.

34.     Based on my 40 years of research, persons previously infected with the Xenotropic Murine Leukemia Related Virus (XMRV) and HIV retrovirused may end up getting

---

[3]        https://emergency.cdc.gov/han/han00424.asp

far more serious COVID-19 infections.

35.     The interaction with XMRV may explain why some persons suffer very serious COVID-19 infections and death, including cytokine storms, while large majorities of infected persons have only mild symptoms or even no noticed symptoms at all.

36.     Most of the reasons for the public health concerns about COVID-19 – although the ease and rapid spread of SARS-CoV-2 is disturbing – is the small percentages of COVID-19 patients who suffer the dramatic death spiral believed to involve cytokine storms.

37.      We are building an entire world-wide regimen of economic disruption around these very rare but severe responses rather than focusing directly on those responses specifically by preventing any kind of vaccination or immune suppression (wearing masks) in those infected with XMRV, HIV and asymptomatic carriers (antibody positive ) of SARS-CoV-2.

38.     I reach these conclusions fully aware of the energetic attempts to hide, conceal, and disguise these truths and the public relations efforts to hide these truths.

39.     Almost immediately after China finally and begrudgingly disclosed that a new variation of the SARS coronavirus was spreading in Wuhan City and surrounding Hubei Province, it immediately became received wisdom that SARS-CoV-2 undeniably came from bats, or maybe some other animal, being sold for food at the Wuhan Seafood Market.

40.     This rush to judgment is suspicious in part because such an instantaneous belief could not be based upon sound, careful scientific analysis and empirical laboratory research. We should question such immediate claims as sounding like propaganda because of the speed with which they are offered. This is another example of those like Dr. Anthony Fauci who dismiss sound science when it suits his agenda as being merely "anecdotal" but then engage in untested rumor and "anecdotal" supposition when it advances his big Pharma / profit-seeking medical

research community agenda.

41.     Careful reading of these stories rushing to excuse and defend China's experimentation with dangerous viruses shows that the footnotes, citations, and sources used to support these articles confidently asserting that COVID-19 is a natural phenomenon actually say that much more research is needed and that the researchers do not yet know the origins SARS-CoV-2, its transmissibility or causation of COVID-19. It is important to read through to the supporting citations in an article, not just the headline which is often agenda-driven.

42.     In fact, we have since learned that no actual bat specimen or other animal specimen was ever identified as a source, the type of bats likely to carry coronaviruses are found about 1,000 miles away from Wuhan, no such bats are natural to Hubei Province, it is disputed whether any bats were ever sold at the Wuhan Seafood Market, and the early victims of COVID-19 in Hubei Province have no discovered connection to that market.

43.     Growth and replication of viruses through animal populations actually would be likely to pass through monkeys who have tissues which are more suitable for development of viruses ultimately transmitted to humans.

44.     The supposition of an animal to human transmission of SARS-CoV-2, offered as speculation of eating those animals for food, is not supported by any actual evidence.

45.     As for a laboratory origin (or pathway passing through) of SARS-CoV-2, the artificial manipulation of viruses in a laboratory should not be confused with the false straw man argument of a completely alien appearing virus.

46.     Strains of naturally-occurring viruses can be intentionally bred through breeding and/or manipulation so that new strains of a virus are developed, steered by researchers.

47.     I do not like to say a virus is engineered, however the SARS-CoV-1 virus has

clearly been manipulated to develop SARS-CoV-2 simply by its large-scale manufacture in VERO E6 cell line.

48.     The resulting virus may be described in appearance as seeming to have experienced greatly-accelerated natural evolution, although steered in certain directions by researchers.

49.     Attempts in public discussion to deflect from the evidence of laboratory creation of SARS-CoV-2 falsely presupposes that a created virus would have to look radically artificial or alien, but that is not what one would necessarily see.

50.     On the contrary, natural (and random) evolution of SARS COV-2 from SARS could take centuries. However, clearly the non-natural use of the intermediate host cell line VERO-E6 (which obtains from USAAMRIID, Ft. Derrick, Frederick Maryland) to grow viruses from bat tissues accelerated the evolution of SARS-Cov2 and directly resulted in the rapid emergence of this novel pathogenic strain.

### Summary of Pertinent Credentials and Qualifications

51.     I, Dr. Judy Mikovits, co-authored the books. Plague and Plague of Corruption: Restoring Faith in the Promise of Science, by Judy A. Mikovits, Ph.D., and Kent Heckenlively, J.D., published by Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, New York, 10018, Copyright © 2019 by Kent Heckenlively and Judy Mikovits.

52.     Plague of Corruption is available at Healthy Traditions, [4] as well as Amazon and almost everywhere.

53.     Plague : One Scientist's Intrepid Search for the Truth about Human Retroviruses and Chronic Fatigue Syndrome (ME/CFS), Autism, and Other Diseases is available at

---

[4]     https://healthytraditions.com/products/https-healthytraditions-com-healthytraditions-books-alternative-health-books-plague-html

ThriftBooks [5] as well as Amazon and almost everywhere.

54.     In this affidavit, I summarize under oath and penalty of perjury some points also described in said book as a work derivative to my book, for the use with my permission in this lawsuit concerning the COVID-19 Coronavirus while preserving all rights in the book.

55.     I entered professional science from the University of Virginia with a Bachelor of Arts degree in chemistry on June 10, 1980.

56.     I began as a protein chemist for the National Cancer Institute (NCI) working on a life-saving project to purify interferon: the first immune therapy for cancer and infectious disease.

57.     I was part of the team that developed immunotherapy interferon-alpha. That therapy was on the cover of Time Magazine, March 31, 1980 as the big "If", a magic bullet to cancer. Can we take our own biological response modifiers and our own immune system and reeducate it to prevent or treat infectious disease?

58.     At the time that was just before the discovery of HIV AIDS but after the discovery by my lifelong mentor, Dr. Francis Ruscetti, who in 1980 isolated the first cancer-causing human retrovirus, HTLV-1.

59.     I am a biochemist and molecular biologist who worked in top government laboratories developing treatments for Ebola, HIV, and coronaviruses like SARS.

60.     I have worked professionally for 40 years in immunology and virology.

61.     I was recognized by colleagues and superiors in this work for high-quality work and consistent flashes of insight they described as genius.At NCI, on June 6, 1983. I began what would become a thirty seven-year colloboration with Dr. Frank Ruscetti, who was a pioneer in

---

[5]      https://www.thriftbooks.com/w/plague-one-scientists-intrepid-search-for-the-truth-about-human-retroviruses-and-chronic-fatigue-syndrome-mecfs-autism-and-other-diseases_kent-heckenlively_judy-mikovits/13551712/item/18731732/

the field of the study of human retroviruses.

62.      In 1999, I reached the apex of the then male-dominated world of scientific research, when I was chosen to direct the Lab of Antiviral Mechanisms in the Screening Technologies branch of the NCI's Division of Cancer Treatment.

63.      Part of my research – similar to the challenges of COVID-19 today – involved the biological response modifiers in 1983 and literally from that day one studied from the patient level why people got sick -- why some got AIDS from HIV and other people could be perfectly healthy, never knowing they even had the infection.

64.      My PhD. thesis in 1991 changed the treatment paradigm of HIV. It was a subset of immune cells known as monocyte macrophages, which had to be targeted with drug therapy.

65.      I did that as part of the team developing peptide T. Peptide T, of course, is the subject of the movie, the Dallas Buyers Club. That's a non-pathogenic immune modulator that prevents the interaction between monocyte/macrophage the T-cell, which was dying from HIV infection.

66.      They were called bystander effects. We didn't know why the T-cell was dying because only one in 10,000 T-cells was infected. That work led to my PhD. It told everybody that the orchestrator of the disease was a dysregulated monocyte macrophage.

67.      While working the laboratory of Robert Gallo in 1980, Ruscetti made scientific history by co-discovering with Bernie Poiesz the first human retrovirus, designated HTLV-1 (human T-cell leukemia virus).

68.      A retrovirus operates in effect as a "stealth virus" that – like HIV – enters the host without alerting and activating the host's immune systems.

69.      A virus, of course, replicates by hijacking the machinery of the cell so that the cell

begins to manufacture more copies of the virus. A virus does not have all of the functions of a single-cell organism and does not have the ability to reproduce directly but parasitically tricks cells into copying the viruses.

70.     Some retroviruses could lay dormant for years without causing harm.

71.     Before a retrovirus actually kills a person, the retrovirus will usually destroy their immune system.

72.     My collaboration with Dr. Ruscetti greatly improved scientific understanding of retrovirus behavior and Mikovits' award-winning Ph.D. thesis from George Washington University in 1991 changed the paradigm of HIV / AIDS treatment. This collaboration and research changed the disease from a death sentence into a manageable condition.

73.     Dr. Ruscetti and I were part of the team that first validated Nobel Laureate Luc Montagnier's isolation and discovery of HIV as a possible causative agent of AIDS.

74.     We isolated that virus from saliva and blood of Montagnier's patients. We wrote a manuscript and had it in press, in publication, which Dr. Anthony Fauci stalled and disrupted.

75.     During my postdoctoral studies, part of those studies was at Fort Detrick in USAMRIID, which was literally right across a baseball field from my laboratory in the National Cancer Institute.

76.     The next step of my journey was to understand how a pathogenic strain of Ebola (known as the Zaire strain) is different from the totally non-pathogenic Reston strain, not on a sequence level, but on an immune response level.

77.     The relevance to COVID-19 should not be missed: Just as the Zaire strain and Reston strain of Ebola show very different severity of responses in actual infected humans and laboratory monkeys, the dramatically inconsistent responses we are seeing among different

humans infected by SARS-COV-2 must not be overlooked.

78.     What I did there was discover through the work that the difference was a cytokine storm like we've been seeing with Covid-19.

79.     Then, later, after leaving the National Institute of Health, I worked for Upjohn, leading a project to prove the safety of the company's blockbuster Bovine Growth Hormone.

80.     When I discovered the company's formula could cause precancerous changes in human cell cultures, I refused direct orders from my boss at Upjohn to hide those discoveries.

81.     My discovery suggested the possibility that ubiquitous presence of the hormone in milk could lead to breast cancer in women who drank it.

82.     My refusal to hide these results led to my parting company with and my departure from Upjohn.

83.     I returned to the National Institutes of Health and graduate school.

84.     Upjohn eventually abandoned BGH perhaps as a result of my efforts to reveal the truth.

85.     However, the most daunting obstacle to my career advancement was putting devotion to science ahead of personal self-promotion and ambition.

### Experiences Preliminary to this Controversy

86.     I never meant to wade into a public health controversy.

87.     I never envisioned myself as a renegade or revolutionary, just a scientist.

88.     I believed in the bedrock American principles of hard work, respect for authority, and above all telling the truth.

89.     In 2009, I led a team with Dr. Ruscetti, which isolated and characterized for the first time a new family of human disease causing retroviruses and discovered a strong association

between this previously described retrovirus and myalgic encephalomyelitis, commonly known as chronic fatigue syndrome (ME/CFS).

90.     Our ongoing research also discovered that a human's infection with the newly-identified retrovirus family was also linked to certain blood cancers, neurodevelopmental neurodegenerative diseases.

91.     The retrovirus had been designated Xenotropic Murine Leukemia Related Virus (XMRV) when found sequences were detected in prostate cancer patients with a defect in an immune pathway, which degraded RNA Viruses.

92.     Contradicting a longstanding trend in the medical research community to ascribe ME/CFS to purely psychological factors, I found evidence for the retrovirus in approximately 67 percent of women afflicted with ME/CFS. (This measurement might not be inconsistent with higher actual infections without detection so far.)

93.     On October 8, 2009, Ruscetti and I published these findings in the journal <u>Science</u> reporting the first ever isolation of the recently discovered retrovirus XMRV and its association to ME/CFS.

94.     My revelations about ME/CFS immediately triggered angry reactions from cancer research and treatment institutions, who were hostile to any suggestion that cancer and/or neuroimmune diseases could be attributed in part or in whole to viruses.

95.     A tremendous lobbying effort, as we are seeing now, attempted to pressure researchers into falsifying data by retracting our findings. Not unlike Gallileo, we refused to hide the truth merely to please the powerful.

96.     My revelations also showed that many of the female patients afflicted with XMRV had children with autism.

97.     Suspecting that XMRV might be passed from mother to child, as with HIV, my team tested seventeen of these children/families.   Fourteen showed evidence of the virus acquired through their mother.  Other family members were asymptomatic carriers who subsequently developed cancer

**Vaccines are Too Important to be Made With Dangerously Poor Quality**

98.     Many respond to misrepresentations of my findings with straw man arguments.

99.     For those engaged in public debate, it is necessary to actually understand my findings and those of others before undertaking to respond to them.

100.    For example, attempts to characterize these experimentally-proven, empirical, scientific discoveries as "anti-vaccination" are a gross distortion approaching a lie.

101.    I am not opposed to vaccines or vaccination.

102.    Indeed, most of my career has been focused on finding treatments that prevent, kill, slow, or stop the replication of diseases or lessen the effects on the human body, which necessarily includes the role of vaccines, adjuvants or immune therapies and medications.

103.    However, I am opposed to the lack of adequate safety and efficacy studies in the development, manufacture, and growth of specific vaccine products which has led to the medical research community injecting millions of people with contaminated vaccine products developed and grown in animal tissues, fetal tissue, etc.

104.    For those supporting vaccines, there is no excuse for tolerating poor quality in the development and mass production of specific vaccination products.

105.    The Food and Drug Administration and other public health agencies were created on the belief that medications and medical science are too important to tolerate bad quality.

106.    However, U.S. law providing blanket immunity to vaccine manufacturers has

encouraged carelessness and disregard for quality because pharmaceutical companies are immune from any legal consequences if they put profits ahead of patient health.

107.    For executives with a legal duty to maximize shareholder profits but Congress has removed any duty to patients by granting them immunity, their choice is clear.

108.    Congress and President Trump must end the legal protection for bad quality.

109.    Opposing unacceptably bad quality in the manufacture of specific vaccination injections is not the same as opposing vaccination in general.

110.    Vaccines are simply a version of an actual infectious organism, which is deactivated or weakened to limit the ability to cause disease in a human body, but is just enough to kick-start the body's immune response, so that if the person is then later exposed to the infectious agent, their body is prepared in advance to defeat the infectious agent before it can cause the full-blown disease.

111.    A vaccine gives a human body a head start in killing, slowing, blocking, or preventing the replication of the virus, so that the body more easily wins the battle of killing off the virus when exposed to it by having a head start in the immune response.

112.    Ideally, a vaccinated human body kills off the virus so quickly and effectively that the person may be unaware they were ever exposed to the live virus, although technically the body has become very potent at clearing the virus out of the body or silencing the virus in the case of retroviruses.

113.    The concept of stimulating the human immune system to respond more quickly and strongly to the actual, live, full-strength disease is not the problem.

114.    The problem is with irresponsible management of the process of refining and manufacturing the vaccines, with careless and even sloppy techniques.

115.    As a result, vaccines over many decades have been contaminated with animal tissues, fetal tissue, other cell cultures used to create the vaccines, antibiotics and chemicals used to manufacture and mass-produce the vaccine, and preservatives for storage of the vaccine.

116.    Because of the way that animal tissue cultures, such as monkey kidney cells, are used to cultivate mass production of vaccines, including long "lines" (generations) of such cultures, we can't clean an antigen away from the cellular debris without starting over at great expense. We could solve the problem, but at the expense of profits. At least pharmaceutical companies don't have to fix the problem because there's no liability under federal law that gives those companies immunity.

117.    We know the Zika outbreak is associated with a vaccination program and a spraying over Brazil for a release of mosquitoes.

118.    But the process for developing and multiplying the virus using animal tissues and human placental tissues means that the vaccine version has often accumulated contamination and cellular debris through that process over generations of cell lines.

119.    Furthermore, large amounts of the human population have already received contamination from vaccinations which can then interact with other, later viruses and vaccines.

120.    We are told that SARS-CoV-2 exists because of strains that evolved in animals crossing over to humans.

121.    Xenotransplantation is anytime you mix the human and animal tissue, whether a surgery procedure or an injection by vaccine. When you're mixing animal and human tissue, you have the opportunity to have a novel virus emerge that otherwise would not have infected humans for millions of years, if ever.

122.    Coronaviruses don't typically cause the type of diseases and injuries we're seeing

16

as a medical research community.

123.    However, some strains of coronaviruses have sequences of HIV in them. Gp120 is that envelope, the part that attaches to the cell. Gp 41 transmembrane domain that inserts itself into the cell membrane. The portion that sticks or pokes into the cell and sticks it there forever, allowing the viruses, the particles, to enter the cell and be taken up by the cell. Those particles then take over the cell machinery and grow.

124.    Also, developing a vaccine for retroviruses has proved impossible to date more difficult, and presents a greater risk that the vaccine version of immunodominant pieces of retrovirus not only does not confer immunity but can enhance the pathogenic effects of the infected.

125.    And the scientific evidence shows that certain vaccines – there is an interaction between retroviruses and adventitious agents (other microbial agennts and virusez) which instead of producing antibodies tends to enhance the infectivity of retroviruses and other RNA viruses ability to both infect and cause disease in the human body.

126.    These empirical facts cannot be dismissed by caricatures such as being in favor or opposed to vaccination.

**Unprecedented Widespread Use of Masks is
Ineffective and Actually Harmful**

127.    Similarly, I have warned in detail that wearing masks under these conditions may make people sicker rather than protecting them.

128.    It is curious that Dr. Fauci and other inner circle public health officials love to toss about – false – allegations of actual experimental evidence being only anecdotal, or not, alternately, to advance their agenda. Yet I cannot recall any time in human history when nearly universal use of masks throughout society has successfully controlled the spread of disease

throughout a society. The data actually support the opposite. That is, the masks suppress the immune system and render the most vulnerable to infection resulting in the amplification of more virus in the compromised who not only become victims but further spread the disease among family and close contacts.

129.    We should remember that these public health recommendations are openly advertised as only slowing, not stopping, the world-wide spread of the COVID-19 pandemic.

130.    "There's no reason to be walking around with a mask," infectious disease expert Dr. Anthony Fauci told 60 Minutes on March 8, 2020 [6] "While masks may block some droplets," Fauci said, "they do not provide the level of protection people think they do. Wearing a mask may also have unintended consequences: People who wear masks tend to touch their face more often to adjust them, which can spread germs from their hands." Dr. Fauci said.

131.    One might notice that in hospitals, patients do not wear masks. Doctors and nurses sometimes do around certain patients, but the patients do not. Thus, the idea that an entire society wearing masks would control disease has no precedent or proof.

132.    Those who need reading glasses or eyeglasses in general can test for themselves that their glasses can fog up while wearing commonly-available masks. Even with the metal strip inside the mask bent firmly around the nose, their breath is escaping from the top of the mask and blowing into their eyeglasses... tangible evidence that their breath is not passing through the filters of the mask but escaping around the edges.

133.    As noticed by You Tube health reporter Peggy Hall, the Occupational Health and Safety Administration (OSHA) publishes guidance warning that "Cloth face coverings … Will not protect the wearer against airborne transmissible infectious agents due to loose fit and lack of

---

[6]     https://www.youtube.com/watch?v=PRa6t_e7dgI

18

seal or inadequate filtration."[7]

134.    On February 27, 2020, the Centers for Disease Control and Prevention (CDC) advised against the widespread wearing of face masks by the general public.  [8]

135.    On May 29, ABC News reported "CDC and WHO offer conflicting advice on masks. An expert tells us why. The two organizations have different takes on when to wear one."[9] The article reports ""If you are healthy, you only need to wear a mask if you are taking care of a person with COVID-19," the WHO guidelines read."

136.    The CDC's information page promises "Your cloth face covering *may* protect them. Their cloth face covering *may* protect you." *(emphases added)*[10] Notice "may."

137.    But by June 5, 2020, the "anti-anecdotal evidence" Dr. Anthony Fauci was practically accusing Americans who don't wear those same masks of causing the deaths of other Americans."  In CNBC 's story "Dr. Anthony Fauci says Americans who don't wear masks may 'propagate the further spread of infection"[11] Dr. Fauci explained on national television: "White House health advisor Dr. Anthony Fauci said he has 'no doubt' that Americans who aren't wearing face masks, especially in large crowds, are increasing the risk of spreading the coronavirus.  'When you have crowds of people together and you have the lack of wearing a mask that increases the risk of there being transmissibility.  I have no doubt about that,' he said during an interview Friday on CNBC's 'Halftime Report'"  'When we see that not happening, there is a concern that that may actually propagate the further spread of infection.'"

---

[7]        https://www.osha.gov/SLTC/covid-19/covid-19-faq.html
[8]        https://twitter.com/CDCgov/status/1233134710638825473
[9]        https://abcnews.go.com/Health/cdc-offer-conflicting-advice-masks-expert-tells-us/story?id=70958380
[10]       https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
[11]       https://www.cnbc.com/2020/06/05/dr-anthony-fauci-says-americans-who-dont-wear-masks-may-propagate-the-spread-of-infection.html

138.    So our public health officials are confidently certain of X and not X.

139.    But in the midst of this confusion, public health officials are studiously ignoring concerns that masks can actually be harmful and spread disease.

140.    While the body is trying to clear the virus, including someone who has received only a small quantity of the virus and is not experiencing symptoms, the mask can hold the virus recycle it back into the body, suppresses the front line immune defenses, sicken the wearer and spreads the infection.  As with the problem of being shut-in in an enclosed space under lockdowns, as opposed to going outside to the beach or walking in a park, re-introducing the virus back into the body while the body is trying to kill it off in as-of-yet small quantities can actually help the virus grow and gain a strong foothold in infecting a human body.

141.    Furthermore, the masks weaken the body making the virus' job easier.

142.    Masks – unless a particular mask is completely ineffective -- reduce the intake of oxygen and trap the exhaling of carbon dioxide at the mouth and nose so that the body's ability to fight off infection can be diminished.

143.    As explained well by Dr. Jim Meehan, MD [12] *[cloth]* "Medical masks are single use devices designed to be worn for a relatively short period of time. Once the mask becomes saturated with moisture from breath, which, if properly fit, takes about an hour, they should be replaced. The more moisture-saturated the mask becomes, the more it blocks oxygen, increases re-breathing of carbon dioxide, re-breathing of viral particles, and becomes a breeding ground for other pathogens."

144.    Dr. Meehan further explains, as I have been saying for years and agree and hereby testify to as my knowledge as well:

---

[12]    https://www.meehanmd.com/blog/2020-06-12-healthy-people-should-not-wear-face-masks/, See June 14, 2020, entry

Mask wearers frequently report symptoms of difficulty breathing, shortness of breath, headache, lightheadedness, dizziness, anxiety, brain fog, difficulty concentrating, and other subjective symptoms while wearing medical masks. As a surgeon, I have worn masks for prolonged periods of time in thousands of surgeries and can assure you these symptoms do occur when surgical masks are worn for extended periods of time. The longer a surgical mask is worn, the more saturated with moisture it becomes, and the more significantly it inhibits the inflow of oxygen and outflow of carbon dioxide.

In fact, clinical research shows that medical **masks lower blood oxygen levels**[R] and **raise carbon dioxide blood levels.**[R] The deviations in oxygen and carbon dioxide may not reach the clinical criteria for hypoxia (low blood oxygen), hypoxemia (low tissue oxygen), or hypercapnia (elevated blood carbon dioxide), but they can deviate enough to cause even healthy individuals to become symptomatic, as occurred with the surgeons studied and published in this report:

See: Preliminary Report on Surgical Mask Induced Deoxygenation During Major Surgery [13]

At the same time masks inhibit oxygen intake, they trap the carbon dioxide rich breath in the mouth/mask inter-space. Thus, a fraction of carbon dioxide previously exhaled is inhaled at each respiratory cycle.

Masks force you to re-breathe a portion of your own breath, including all the stuff (infectious viral particles) the lungs were trying to remove from the body (more on this later).

As medical masks lower oxygen and raise carbon dioxide in the blood, the brain senses the changes and the risk they pose to the maintenance of normal physiology. Thus, the brain goes to work to bring things back in order. To obtain more oxygen and remove more carbon dioxide, the brain tells the lungs to increase the rate (frequency) and depth of breaths.[R] Unfortunately, struggle as they may, your brain and lungs cannot fully compensate for the negative effects of the mask. Some may even suffer the **symptoms of carbon dioxide toxicity**.

145.    The error here and throughout is viewing COVID-19 as a single cause of a single disease, and not understanding the many factors strengthening or weakening the body's functioning and immune-response leading to an overall state of health.

146.    Thus, while the body is fighting off a virus like COVID-19, diminishing oxygen

---

[13]        https://pubmed.ncbi.nlm.nih.gov/18500410/

intake breathing through a mask while concentrating and recycling a variety of germs, viruses, allergy triggers, etc., leaves the body weaker while actions that strengthen the body and immune system are more important and should not be neglected.

147.     Thus we are making ourselves sicker wearing masks, and when someone encounters SARS-CoV-2 the body is weaker when fighting off the COVID-19 disease that the virus can cause.

148.     I have been attacked as saying that masks "trigger" COVID-19.  Again, much of my career has been on studying the difference between a human body's exposure to a virus as opposed to the resulting experience of the body being affected by it as a disease.  So one can be exposed to HIV but not contract the AIDS disease.  One can be exposed to SARS-CoV-2 but not experience COVID-19 as a disease.  The disease experience can be very mild or very severe.

149.     Thus, casual and uniformed observers are failing to understand how a weakened body provides an improved breeding ground for RNA viruses including coronaviruses and retroviruses to flourish and attack the body more readily, more quickly, and more severely.

150.     The discussion of these diseases is erroneous in failing to consider the total body response to the effects of a virus, the very thing much of my research has focused on for 40 years.  What counts is how a human body is damaged from the replication and persistence of a virus, not the mere presence or exposure to a virus.  The public debate is misguided by focusing on the virus alone rather than how the body responds to it.

151.     The difference between a person who survives a virus and one who dies from it can involve a great many factors beyond just exposure to the virus, including other bacterial or viral infections occurring simultaneously in the same patient.

152.     That is what I was researching long ago with regard to the important mystery of

HIV causing full-blown AIDS in some patients but not in others.

153.　　Treatment for general health, as I have advised, is improved by the outdoors. I criticized beach closings as being a pointless and burdensome reaction by public health decision-makers. The analysis is not – as absurdly offered in response – that anything in the beach environment is a direct cure to COVID-19, but that we are forgetting the importance of the body's overall health when fighting off and defeating a particular infection.

154.　　But such distortions are offered to distract the public from the evidence. The weakness and desperation of attempts to deflect from the hard science and empirical facts should help tell people which side is correct.

### Dr. Anthony Fauci and U.S. Conspiracy to Delay Treatment of Pandemics for Industry Profits, Patents, and Stolen Scientific Credit

155.　　The advice being given to President Donald Trump and the nation by Dr. Anthony Fauci and Dr. Blix and Dr. Redfield is absolutely the wrong advice for the mitigation and treatment of the COVID-19 pandemic. All three know it is wrong as these three individuals made similar mistakes were in the mitigation and treatment of HIV resulting in the deaths of millions from AIDS.

156.　　We are slowly seeing unveiled in public the Dr. Fauci I have encountered, who manages to say whatever will seem popular at the moment.

157.　　Dr. Fauci is now complaining that he is fighting "anti-science" beliefs. But he is resisting the actual science and hard data; using flawed models and manipulating the scientific process for profits of his benefactors.[14]

158.　　CNN reported on June 18, 2020, that Fauci said "anti-science bias" in the country

---

[14]　　https://www.cnn.com/2020/06/18/politics/anthony-fauci-coronavirus-anti-science-bias/index.html

can be problematic.  "One of the problems we face in the United States is that unfortunately, there is a combination of an anti-science bias that people are -- for reasons that sometimes are, you know, inconceivable and not understandable -- they just don't believe science and they don't believe authority," Fauci said.

159.     Of course any true scientist recognizes that "authority" and "science" are incompatible because truth revealed by empirical evidence is the only authority a true scientist recognizes.

160.     Dr. Fauci has held the same position in government for 36 years since 1984, which could show one's success and quality or could also indicate diplomatic expertise in trying to please everyone by saying whatever people want to hear.  For example, as I work on finalizing this affidavit now, Dr. Fauci has suddenly decided that economic "lock downs" are not required after all. [15]  Following whatever is the popular opinion of the moment is not science nor helpful advice for public policy.  Just saying what people want to hear is not science.

161.     The experiences and conclusions from my 40-year career demonstrate the deep corruption within the medical research community (in terms of government experts, regulation, and research, academic research dependent upon grants and misdirected recognition, and the pharmaceutical industry) sacrificing the health of humans around the world in favor of profits.

162.     In general terms at first, these players have used inappropriate diagnostic tests giving 80% false positives delayed appropriate serology testing, pre-exposure prophylactic treatment that could have been deployed with low cost medication or therapies and instead allowed people to suffer and even die who could have been saved by earlier intervention with existing medications or treatments to allow for researchers and pharmaceutical companies to

---

[15]     https://m.washingtontimes.com/news/2020/jun/18/anthony-fauci-widespread-lockdowns-no-longer-neede/

patent new drugs that they can sell at far greater prices.

163.    The lay person may need to be informed that new inventions like medications or vaccines can be patented to grant the inventor (or the company to whom the patent is sold) the world-wide exclusive right to manufacture, sell, and control the new medication, but only for a limited period of time. Once the patent expires, anyone in the world can manufacture and sell the medication, subject of course to country-specific regulation as to quality of manufacture.

164.    I have seen devastating examples in which a medication is patented, but not produced and withheld from the marketplace by the patent holder, so that the medication is not available to anyone. This can be part of the corruption which leaves diseases untreated or under-treated to drive up the price and demand for a later, patentable, more-expensive medication.

165.    It may also be meaningful for the lay person to understand that the laws of many countries permit, to varying degrees and in various ways, something called "compulsory licensing" in which the government may acquire the patented invention for itself or for the public need or public interest subject to paying the patent holder full price at market value for a license. This is similar to eminent domain upon payment of compensation, although the patent holder retains ownership and the right to use the patent in parallel, but the government is deemed to have entered into a license agreement for the patented invention, with payment required.

166.    Of course, the invention, development, and massive testing of new medications and vaccines requires significant expense which we want to encourage.

167.    However, the United States political world has not used the tools available to strike the right balance and make sure that medications are available to people who need them.

168.    When I developed a drug 30 years ago, a patient should be able to buy that drug for pennies. They're off patent (the patent rights have expired), yet it costs $8,000 a dose.

169.     The small company I've consulted with making a safe natural product proved in a clinical trial in 2011 that that drug was safe. We proved it in people severely ill with cancer. It's a safe natural product that targets those disease signatures and normalizes your immune response and boosts your immunity.   I developed these therapeutics that for less than $200 a month, every American could get right now and would work for COVID-19 and retrovirus associated cancer.

170.     The FDA won't approve it unless it makes big money for the industry.   That company's CEO passed away a few weeks ago literally with the drug never making the market. Candace Pert, who discovered and developed peptide-T almost 35 years ago, could have made a huge impact, not only on HIV, but here again on Covid-19 and on SARS-Cov-2, and with the HIV sequences, which Luc Montagnier reported in the last few days publicly, are part of the virus.

171.     It is an undeniable fact that the National Institute of Health's National Institute of Allergy and Infectious Disease division, headed by Dr. Anthony Fauci, directly contracted with and funded the Wuhan Institute of Technology's research and manipulation of previous SARS and coronavirus strains in Hubei Province.

172.     From my over 35 years professional acquaintance with Dr. Fauci and familiarity with every aspect of this research and the subject matter, I conclude that Dr. Fauci with others off-loaded to China research on Coronaviruses that would be illegal for him to undertake within the United States, much like the CIA after the 9/11/2001 terrorist attacks maintained prisons in other countries to be outside of U.S. jurisdiction.

173.     The current coronavirus pandemic is driven by SARS-CoV-2, which quite obviously is a strain of SARS / coronavirus subsequent to SARS.

174.     I conclude from my expertise and experiences and research currently into these

26

circumstances, that the U.S. medical research community (as defined above) provided samples of dangerous viruses contained in the cell line VERO E6 to the Wuhan Institute of Virology and Dr. Fauci paid the Wuhan Institute of Virology to conduct research including increasing the dangerous nature, virulence, functions, transmission capability, and morbidity of SARS which could not be legally undertaken within the territory of the United States.

175.    Such "gain of function" research – that is, enhancing the functionality or potency of a virus through breeding and refinement (not necessarily through actual gene splicing, but perhaps) is prohibited research.

176.    I conclude from my 40 years of experiences and research that the medical research community has been trying to cover up decades of spreading contaminated vaccine products and actions allowing the proliferation of diseases, especially autoimmune diseases and cancer, to maximize the profits of those involved.

177.    I conclude that the development under contract from NIH at the Wuhan Institute of Technology of SARS-CoV-2 containing elements of other problematic diseases serves to overlap and thereby mask the prevalence of other diseases that have been spread throughout the human population by contaminated or poorly-designed vaccines and mistakes of the medical research community and to attempt disguise these problems by creating alternative explanations for the spread of those disease throughout humans.

178.    When I was working at the National Cancer Institute decades ago, one day Dr. Ruscetti was out of town.  Dr. Fauci called on the phone.  I was Dr. Ruscetti's only employee technician.   So I answered the phone.

179.    I was asked by Dr. Tony Fauci, who had with him on the line Dr. Robert Gallo. Dr. Gallo worked in the National Cancer Institute where I worked.

180.    Dr. Fauci was then as now the head of the National Institute of Allergy and Infectious Disease (N.I.A.I.D.), which is a different division of NIH.

181.    Dr. Fauci asked me for a copy of the manuscript, which was in press. I refused because it was confidential.  It was highly unethical to give it to him.

182.    He became enraged on the phone and threatened to fire me for insubordination.

183.    He told me he was the boss. I didn't care. I'm 24 years old and I never really cared about threats from authorities trying to manipulate the truth.

184.    Notably, Dr. Fauci was not my boss.  Typical of his misuse of authority, the NIAID is not part of the NCI, and Dr. Fauci had no authority over our office.  But this illustrates how Fauci wields influence beyond his actual job.

185.    When Dr. Ruscetti came back to town from his meeting, he was bullied and finally gave in.  Unfortunately, he gave the manuscript to Dr. Fauci.

186.    Dr. Fauci then held up publication of our manuscript by interfering with the journal, literally leading to further spread of the virus for several months that might have been avoided.

187.    Then Dr. Gallo copied our work and published it as his own work.

188.    As arranged by Dr. Fauci, Dr. Gallo literally stole and plagiarized our work, retracing out steps and redoing our research using different samples, reverse engineering out work to make it look like his own.

189.    Dr. Fauci's and Dr. Gallo's scam resulted, as you'll remember from HIV, in a war between who discovered HIV either Montagier in France, who clearly did discover it as LAV, lymphadenopathy virus.

190.    Because of the delays in delivering therapeutic treatments caused by this conflict,

HIV spread around the world, not only to the immediately affected populations at the time, but then later to non-susceptible populations as well.

191.    What people outside of the scientific community don't understand is that we have what's called peer review. However, it is not peer review. It's competitor review. It is a veto over any deviation from popular opinion.

192.    If somebody doesn't want a paper published at the highest levels of government -- everybody has to check off on it -- those papers are rejected or held up and effectively censored, again, while perhaps millions more die.

193.    We had tried to publish several papers on our work from '87 to '91. One of the peer reviews we got when we tried to submit my PhD thesis work was, "I didn't believe your last paper either. It's contamination." That's not a review. That's not a scientific review.

194.    Since 1984, Zika, Ebola, swine flu, bird flu, the Ebola of 2014 that killed 21,000 Americans, Tony Fauci has led the way to scare administrations and populations into vaccine strategies and into the Vaccine Injury Compensation Act of 1986 where all liability was removed from manufacturers of unsafe untested vaccines.

195.    Dr. Fauci drove research and development of AIDS therapies toward the T-cell because he had the patent, while Dr. Frank Ruscetti discovered interleukin-2.

196.    Dr. Fauci admitted all of this on tape.

197.    The lay reader may need to recall that the virus HIV is not the same as the disease AIDS, and that persons infected with HIV do not always suffer the disease AIDS. My research at that time focused on trying to answer this puzzling question, "Based on your molecular theory of causation and treatment strategy, will he or will he not get AIDS?"

198.    When Magic Johnson seroconverted -- that is made an antibody -- meaning he

29

was absolutely exposed to the virus because it got into his immune system, and he made an immune response, he became HIV positive on a serology antibody tests.

199.    I predicted at the time, "He'll never get AIDS, but he has to change everything about the treatment strategy."

200.    Of course, that is what has played out to now. We're like, "Wait a minute, what happened to AIDS?" Applying the correct treatment strategy that was actually targeted successfully worked.

201.    This year, we watch Tony Fauci say, "How can you say that? It's anecdotal." He's been saying that for decades for treatments, for cures for cancer, for energy therapies, for natural products, Chinese herbs, the things you just mentioned, everything the FDA says you can't make those label claims.

202.    Except Fauci can make a claim on a vaccine that's never had a single test. Really? Where's the dichotomy there? Where's the conflict of interest? These are revolving doors.

203.    Dr. Fauci uses shifting and inconsistent standards as to what is acceptable to steer research and prospects as desired. He and others dismiss hard empirical evidence as (falsely) being anecdotal when they don't want to confront the science, but then embrace preliminary results that do not meet those standards when it suits his bureaucratic political interests.[16]

**I declare under penalty of perjury under that the foregoing is true and correct to the best of my knowledge and belief.**

// Dr. Judy Mikovits, PhD.

---

[16]    Referring here to office or bureaucratic politics and winning supporters and alliances not political partisanship

Date: July 21, 2020
E-mail:  jaMikovits@gmail.com

**From:**          Larry Klayman <klaymanlaw@gmail.com>
**Sent:**          Monday, July 27, 2020 12:41 PM
**To:**            Larry Klayman; Mikhail, Merriam
**Cc:**            Judy Mikovits; Oliver Peer; leklayman
**Subject:**       Re: CNN Response Letter

Ms. Mikhail:

I am sending Dr. Mikovits sworn declaration in a subsequent email.

CNN, Zucker and Darcy cannot refute any of these sworn facts.  Where are the facts upon which your defamatory publications were allegedly based.

Produce them now and or expect for your clients to be sued by my client as well,  at a time and  on a date  of her choosing. In short, with full reservation of all rights, come clean now or expect be sued!

Larry Klayman, Esq.
Counsel to Dr. Mikovits

On Mon, Jul 27, 2020 at 7:36 AM Larry Klayman <klaymanlaw@gmail.com> wrote:
  Mr. Merriam:

On behalf of Messrs. Darcy, Zucker and CNN, you have not identified any fact that shows that I pushed misinformation about Obama and Ebola or anything else. One article written by a leftist hack does not make your day, but in the end you will make my day, in court before a jury of our peers. To the contrary the majority of Americans now view CNN to be the leader in Fake News.

Further, I have not been suspended by The Florida Bar and in any event my complaint against Darcy, Zucker and CNN will be brought pro se. If and when the 90 day suspension order becomes final in the District of Columbia Court of Appeals -- a petition for rehearing en banc is pending -- The Florida Bar has a due process procedure to decide whether to impose reciprocal discipline. Given that the DC Disciplinary Counsel took over 12 years to prosecute this case, it is unlikely that Florida, which has a just disciplinary system, will impose reciprocal discipline. In any event, the suspension would only be for 90 days, even if eventually upheld in the District of Columbia Court of Appeals. In this event, I will also petition for certiorari before the Supreme Court, as there are constitutional issues and conflicting precedent at play here.  Do your homework, Mr. Merriam. Your letter is juvenile, amateurish and dishonest, much like the network and its CEO and so called reporters who you represent.

The rank dishonesty and arrogance of your letter of this morning speaks for itself. This is why people have come to see your  network not as "The Most Trusted Name in News," but instead the most "Distrusted Name in News."

I take it you will accept service of my complaint, which will be filed by cob tomorrow.

Govern yourselves accordingly.

Larry Klayman, Esq.

Counsel for Dr. Judy Mikovits and Pro Se

On Mon, Jul 27, 2020 at 7:08 AM Mikhail, Merriam <Merriam.Mikhail@turner.com> wrote:

Mr. Klayman,

Please see the attached correspondence.

Sincerely,

**Merriam Mikhail**
**Counsel, CNN**
One CNN Center, Atlanta, GA 30303
merriam.mikhail@turner.com
404-834-6166 (Mobile)

**From:**             Larry Klayman <klaymanlaw@gmail.com>
**Sent:**             Monday, July 27, 2020 12:43 PM
**To:**                Larry Klayman
**Cc:**                Mikhail, Merriam; Judy Mikovits; Oliver Peer
**Subject:**         Re: CNN Response Letter
**Attachments:**    DeclarationJud Mikovits8 jamrev3 LK3.doc

Dr. Mikovits sworn declaration

Larry Klayman

On Mon, Jul 27, 2020 at 10:40 AM Larry Klayman <klaymanlaw@gmail.com> wrote:
Ms. Mikhail:

I am sending Dr. Mikovits sworn declaration in a subsequent email.

CNN, Zucker and Darcy cannot refute any of these sworn facts.  Where are the facts upon which your defamatory publications were allegedly based.

Produce them now and or expect for your clients to be sued by my client as well,  at a time and  on a date  of her choosing. In short, with full reservation of all rights, come clean now or expect be sued!

Larry Klayman, Esq.
Counsel to Dr. Mikovits

On Mon, Jul 27, 2020 at 7:36 AM Larry Klayman <klaymanlaw@gmail.com> wrote:
Mr. Merriam:

On behalf of Messrs. Darcy, Zucker and CNN, you have not identified any fact that shows that I pushed misinformation about Obama and Ebola or anything else. One article written by a leftist hack does not make your day, but in the end you will make my day, in court before a jury of our peers. To the contrary the majority of Americans now view CNN to be the leader in Fake News.

Further, I have not been suspended by The Florida Bar and in any event my complaint against Darcy, Zucker and CNN will be brought pro se. If and when the 90 day suspension order becomes final in the District of Columbia Court of Appeals -- a petition for rehearing en banc is pending -- The Florida Bar has a due process procedure to decide whether to impose reciprocal discipline. Given that the DC Disciplinary Counsel took over 12 years to prosecute this case, it is unlikely that Florida, which has a just disciplinary system, will impose reciprocal discipline. In any event, the suspension would only be for 90 days, even if eventually upheld in the District of Columbia Court of Appeals. In this event, I will also petition for certiorari before the Supreme Court, as there are constitutional issues and conflicting precedent at play here.  Do your homework, Mr. Merriam. Your letter is juvenile, amateurish and dishonest, much like the network and its CEO and so called reporters who you represent.

The rank dishonesty and arrogance of your letter of this morning speaks for itself. This is why people have come to see your  network not as "The Most Trusted Name in News," but instead the most "Distrusted Name in News."

I take it you will accept service of my complaint, which will be filed by cob tomorrow.

Govern yourselves accordingly.

Larry Klayman, Esq.
Counsel for Dr. Judy Mikovits and Pro Se

On Mon, Jul 27, 2020 at 7:08 AM Mikhail, Merriam <Merriam.Mikhail@turner.com> wrote:

Mr. Klayman,

Please see the attached correspondence.

Sincerely,

**Merriam Mikhail**
**Counsel, CNN**
One CNN Center, Atlanta, GA 30303
merriam.mikhail@turner.com
404-834-6166 (Mobile)

## AFFIDAVIT OF DR. JUDY A. MIKOVITS
## REGARDING SARS-COV-2

I, the undersigned, hereby declare under oath and penalty of perjury, after having been warned that I must tell the truth, and that should I not do so I will be liable to the penalties set out by law, hereby state in writing as follows:

1.      My name is Judy A. Mikovits, Ph.D.

2.      I am legally able to make this affidavit because I am over the age of 18 years old and legally competent in every way to swear to these facts.

3.      I make this affidavit from within the territory of the United States of America under the laws of the State of California.

### Summary of Conclusions

4.      I have carefully reviewed the scientific data and research on the SARS-CoV-2 coronavirus that has been presumed to cause the disease COVID-19.

5.      My conclusions and recommendations based on actual science that I have uncovered as are in the best interests of peoples' health including even my own husband's. Whereas the medical research community has billions of dollars of profits influencing its misinterpretation of evidence, my motivations are purely for the health of real people.

6.      My own husband is an 81-year-old man with Chronic Obstructive Pulmonary Disease (COPD) who would be at elevated risk of developing COVID-19 if exposed to SARS-CoV2.

7.      From my experience and expertise, I have determined that SARS-CoV-2 is an artificially manipulated virus bred in China, almost certainly in the Wuhan Institute of Virology, which is only about 20 miles from where the COVID-19 pandemic began.

8.      From my experience and expertise, I have determined that SARS-CoV-2 was

artificially manipulated with the cooperation and encouragement of U.S. medical officials including Dr. Anthony Fauci of the National Institute of Allergy and Infectious Disease at the National Institutes of Health. U.S. facilities provided China with Vero E6 cell lines, which were used by U.S. and Chinese researchers to manufacture SARS-CoV2 from Ft. Detrick in the United States.

9.      It is admitted, official public record that Dr. Fauci and the NIAID at NIH provided a total of $7.4 million of funding to the Wuhan Institute of Virology for this purpose of researching then-existing coronaviruses,[1] including the most recent round of $3.7 million from NIH to the Wuhan Institute of Virology, as reported in the New York Post.[2]

10.    SARS-CoV-2 is too advanced and too great an evolutionary leap as a later generation from past SARS viruses and other coronaviruses.

11.    SARS-CoV-2 is clearly not a natural evolution of coronavirus.

12.    SARS-CoV-2 exhibits increased functionality, including multiple pathways for the spread of the infection. Primarily the ability to infect T cells and monocytes because of HIV GP120 and gag sequences in the virus. Thus, expanding the disease to include micro-vascuature dysfunction and development of Acquired Immune Deficiencies/dysfunction (AIDS). This expanded cell host range allows the virus to persist in human cells.

13.    These multiple "gain of function" alterations between SARS-CoV-1 and SARS-CoV-2 directly result in a far more virulent virus able to spread more easily from human to human and cause much more persistent dangerous disease than an upper respiratory Infection. That is, COVID19 is a contagious AIDS and spread by coughing aerosolized droplets during social interactions in public areas, and including probably via bodily proximity of sexual

---

[1]      https://timesofindia.indiatimes.com/world/us/top-us-health-advisor-dr-fauci-backed-controversial-wuhan-lab-for-risky-coronavirus-research-report/articleshow/75449844.cms
[2]      https://nypost.com/2020/04/29/dr-fauci-backed-controversial-wuhan-lab-studying-coronavirus/

relations, and quite probably through the sharing of drink and or sharing eating utensils, glasses, etc.

14.     A major issue with COVID-19 is the unfortunate and unusual ease with which SARS-CoV-2 can spread from human to human and persist to cause AIDS. The resulting "asymptomatic" carriers of COVID19 has never occurred with SARS (or any other Coronavirus as those are cleared from the body of healthy individuals).

15.     The tremendous rapidity and ease with which SARS-CoV-2 can spread from human to human stands in stark contrast to the government of China's and the World Health Organization's (W.H.O.) (as China's puppet) claims that there was no evidence of human to human transmission of the virus, as W.H.O. tweeted out on January 14, 2020.

16.     When discussing these actions by the government of China, we in the scientific, medical, and public health communities should remember and recognize the heroic efforts of individual doctors and researchers in China who were arrested or "disappeared" trying to share the truth within China and with the rest of the world.

17.     Many individual Chinese were threatened and seemingly tortured to force them to issue retractions – just as I document has happened here in the United States to medical researchers when the results of research do not serve the interests of the powerful.

18.     Because China was the source of SARS-CoV2 and information was being suppressed and experts in China arrested, silenced, and/or disappeared, those statements from the W.H.O. took on especially powerful weight in the absence of other sources of information aside from China.

19.     W.H.O.'s and China's claims were not retracted until around January 21, 2020, after the celebration of the Chinese New Year with massive public celebrations and events in

3

Wuhan City and throughout China.

20.    We should remember that China released only a paper description of SARS-CoV-2 on January 11, 2020, but not an actual sample of the virus.

21.    Furthermore, as discussed above, SARS-CoV-2 contains sections of the DNA sequences for several other dangerous diseases, so that it can function as a carrier or delivery vehicle for them, including components of HIV such that clinical symptoms of COVID-19 include AIDS and allow the contagious transmission of AIDS.

22.    The resulting COVID-19 disease characteristically is dramatically different with respect to effects and responses, from almost unnoticed infection or light symptoms in most persons to catastrophic "cytokine storms" in the susceptible population which includes at least 6% of the US population.

23.    A large part of my career has included investigating why viruses can produce significantly different responses in different patients, including the role of overall health and the strength of one's immune system and the interactions between viruses and the like, including how previously-administered vaccines (which are actual viruses at least partly deactivated) or the effect of them on cells may interact with a later infection of a different live virus.

24.    Here, we've got a Coronavirus that normally would only affect the epithelial cells in the airway and now can infect critical immune cells and persist for the life of the host. Normally a Coronavirus is cleared by the immune system. SARS-CoV2 is not cleared rather it must be silenced by these critical immune cells.

25.    Now there is a big problem for 6% (25 million Americans) of U.S. population. Many are immune compromised and can neither silence nor clear this virus. The next exposure or hyperimmune activation (cytokine storm) such as that elicited by any vaccine can kill those 25

million Americans.

26.     However, these very different effects could be a result of different sections of the gene composition of the virus being expressed in different victims.

27.     SARS we should recall stands for Severe Acute Respiratory Syndrome.

28.     COVID-19 first came to our attention outside of China as early reports of pneumonia cases with unexplained causes – among the worst symptoms of the disease.

29.     On January 5, 2020, the CDC issued a Health Alert Network advisory[3] asking U.S. physicians to watch for and report any unexplainable cases of pneumonia among U.S. citizens or residents who had recently returned from China.

30.     That is, COVID-19 first emerged on the scene as a respiratory disease, in the nature of SARS, and respiratory dysfunction remains its most severe acute effects.

31.     Whereas, Coronaviruses usually have only mild effects on humans, deaths associated with COVID-19 often occur from a so-called cytokine storm in which cascading cell death is triggered by an extreme auto-immune response. Sensitive membranes like the lining of the lungs can be damaged to the point of compromising respiration.

32.     This damage to the lung's oxygen-gathering tissues may not be pneumonia, although pneumonia can always develop as a common condition in severe illness.

33.     As a result, treatments like respirators I believe are not the correct treatment and may actually weaken rather than strengthen COVID-19 patients, compared with an oxygen rich local environment or hyperbaric chamber without intubating the lungs.

34.     Based on my 40 years of research, persons previously infected with the Xenotropic Murine Leukemia Related Virus (XMRV) and HIV retrovirused may end up getting

---

[3]         https://emergency.cdc.gov/han/han00424.asp

far more serious COVID-19 infections.

35.     The interaction with XMRV may explain why some persons suffer very serious COVID-19 infections and death, including cytokine storms, while large majorities of infected persons have only mild symptoms or even no noticed symptoms at all.

36.     Most of the reasons for the public health concerns about COVID-19 – although the ease and rapid spread of SARS-CoV-2 is disturbing – is the small percentages of COVID-19 patients who suffer the dramatic death spiral believed to involve cytokine storms.

37.      We are building an entire world-wide regimen of economic disruption around these very rare but severe responses rather than focusing directly on those responses specifically by preventing any kind of vaccination or immune suppression (wearing masks) in those infected with XMRV, HIV and asymptomatic carriers (antibody positive ) of SARS-CoV-2.

38.     I reach these conclusions fully aware of the energetic attempts to hide, conceal, and disguise these truths and the public relations efforts to hide these truths.

39.     Almost immediately after China finally and begrudgingly disclosed that a new variation of the SARS coronavirus was spreading in Wuhan City and surrounding Hubei Province, it immediately became received wisdom that SARS-CoV-2 undeniably came from bats, or maybe some other animal, being sold for food at the Wuhan Seafood Market.

40.     This rush to judgment is suspicious in part because such an instantaneous belief could not be based upon sound, careful scientific analysis and empirical laboratory research. We should question such immediate claims as sounding like propaganda because of the speed with which they are offered. This is another example of those like Dr. Anthony Fauci who dismiss sound science when it suits his agenda as being merely "anecdotal" but then engage in untested rumor and "anecdotal" supposition when it advances his big Pharma / profit-seeking medical

research community agenda.

41.   Careful reading of these stories rushing to excuse and defend China's experimentation with dangerous viruses shows that the footnotes, citations, and sources used to support these articles confidently asserting that COVID-19 is a natural phenomenon actually say that much more research is needed and that the researchers do not yet know the origins SARS-CoV-2, its transmissibility or causation of COVID-19. It is important to read through to the supporting citations in an article, not just the headline which is often agenda-driven.

42.   In fact, we have since learned that no actual bat specimen or other animal specimen was ever identified as a source, the type of bats likely to carry coronaviruses are found about 1,000 miles away from Wuhan, no such bats are natural to Hubei Province, it is disputed whether any bats were ever sold at the Wuhan Seafood Market, and the early victims of COVID-19 in Hubei Province have no discovered connection to that market.

43.   Growth and replication of viruses through animal populations actually would be likely to pass through monkeys who have tissues which are more suitable for development of viruses ultimately transmitted to humans.

44.   The supposition of an animal to human transmission of SARS-CoV-2, offered as speculation of eating those animals for food, is not supported by any actual evidence.

45.   As for a laboratory origin (or pathway passing through) of SARS-CoV-2, the artificial manipulation of viruses in a laboratory should not be confused with the false straw man argument of a completely alien appearing virus.

46.   Strains of naturally-occurring viruses can be intentionally bred through breeding and/or manipulation so that new strains of a virus are developed, steered by researchers.

47.   I do not like to say a virus is engineered, however the SARS-CoV-1 virus has

clearly been manipulated to develop SARS-CoV-2 simply by its large-scale manufacture in VERO E6 cell line.

48.     The resulting virus may be described in appearance as seeming to have experienced greatly-accelerated natural evolution, although steered in certain directions by researchers.

49.     Attempts in public discussion to deflect from the evidence of laboratory creation of SARS-CoV-2 falsely presupposes that a created virus would have to look radically artificial or alien, but that is not what one would necessarily see.

50.     On the contrary, natural (and random) evolution of SARS COV-2 from SARS could take centuries. However, clearly the non-natural use of the intermediate host cell line VERO-E6 (which obtains from USAAMRIID, Ft. Derrick, Frederick Maryland) to grow viruses from bat tissues accelerated the evolution of SARS-Cov2 and directly resulted in the rapid emergence of this novel pathogenic strain.

### Summary of Pertinent Credentials and Qualifications

51.     I, Dr. Judy Mikovits, co-authored the books. Plague and Plague of Corruption: _Restoring Faith in the Promise of Science_, by Judy A. Mikovits, Ph.D., and Kent Heckenlively, J.D., published by Skyhorse Publishing, 307 West 36th Street, 11th Floor, New York, New York, 10018, Copyright © 2019 by Kent Heckenlively and Judy Mikovits.

52.     Plague of Corruption is available at Healthy Traditions, [4] as well as Amazon and almost everywhere.

53.     Plague : One Scientist's Intrepid Search for the Truth about Human Retroviruses and Chronic Fatigue Syndrome (ME/CFS), Autism, and Other Diseases is available at

---

[4]     https://healthytraditions.com/products/https-healthytraditions-com-healthytraditions-books-alternative-health-books-plague-html

ThriftBooks  [5] as well as Amazon and almost everywhere.

54.    In this affidavit, I summarize under oath and penalty of perjury some points also described in said book as a work derivative to my book, for the use with my permission in this lawsuit concerning the COVID-19 Coronavirus while preserving all rights in the book.

55.    I entered professional science from the University of Virginia with a Bachelor of Arts degree in chemistry on June 10, 1980.

56.    I began as a protein chemist for the National Cancer Institute (NCI) working on a life-saving project to purify interferon: the first immune therapy for cancer and infectious disease.

57.    I was part of the team that developed immunotherapy interferon-alpha. That therapy was on the cover of Time Magazine, March 31, 1980 as the big "If", a magic bullet to cancer. Can we take our own biological response modifiers and our own immune system and reeducate it to prevent or treat infectious disease?

58.    At the time that was just before the discovery of HIV AIDS but after the discovery by my lifelong mentor, Dr. Francis Ruscetti, who in 1980 isolated the first cancer-causing human retrovirus, HTLV-1.

59.    I am a biochemist and molecular biologist who worked in top government laboratories developing treatments for Ebola, HIV, and coronaviruses like SARS.

60.    I have worked professionally for 40 years in immunology and virology.

61.    I was recognized by colleagues and superiors in this work for high-quality work and consistent flashes of insight they described as genius.At NCI, on June 6, 1983. I began what would become a thirty seven-year colloboration with Dr. Frank Ruscetti, who was a pioneer in

---

[5]     https://www.thriftbooks.com/w/plague-one-scientists-intrepid-search-for-the-truth-about-human-retroviruses-and-chronic-fatigue-syndrome-mecfs-autism-and-other-diseases_kent-heckenlively_judy-mikovits/13551712/item/18731732/

the field of the study of human retroviruses.

62.     In 1999, I reached the apex of the then male-dominated world of scientific research, when I was chosen to direct the Lab of Antiviral Mechanisms in the Screening Technologies branch of the NCI's Division of Cancer Treatment.

63.     Part of my research – similar to the challenges of COVID-19 today – involved the biological response modifiers in 1983 and literally from that day one studied from the patient level why people got sick -- why some got AIDS from HIV and other people could be perfectly healthy, never knowing they even had the infection.

64.     My PhD. thesis in 1991 changed the treatment paradigm of HIV. It was a subset of immune cells known as monocyte macrophages, which had to be targeted with drug therapy.

65.     I did that as part of the team developing peptide T. Peptide T, of course, is the subject of the movie, the Dallas Buyers Club. That's a non-pathogenic immune modulator that prevents the interaction between monocyte/macrophage the T-cell, which was dying from HIV infection.

66.     They were called bystander effects. We didn't know why the T-cell was dying because only one in 10,000 T-cells was infected. That work led to my PhD. It told everybody that the orchestrator of the disease was a dysregulated monocyte macrophage.

67.     While working the laboratory of Robert Gallo in 1980, Ruscetti made scientific history by co-discovering with Bernie Poiesz the first human retrovirus, designated HTLV-1 (human T-cell leukemia virus).

68.     A retrovirus operates in effect as a "stealth virus" that – like HIV – enters the host without alerting and activating the host's immune systems.

69.     A virus, of course, replicates by hijacking the machinery of the cell so that the cell

10

begins to manufacture more copies of the virus.  A virus does not have all of the functions of a single-cell organism and does not have the ability to reproduce directly but parasitically tricks cells into copying the viruses.

70.     Some retroviruses could lay dormant for years without causing harm.

71.     Before a retrovirus actually kills a person, the retrovirus will usually destroy their immune system.

72.     My collaboration with Dr. Ruscetti greatly improved scientific understanding of retrovirus behavior and Mikovits' award-winning Ph.D. thesis from George Washington University in 1991 changed the paradigm of HIV / AIDS treatment.  This collaboration and research changed the disease from a death sentence into a manageable condition.

73.     Dr. Ruscetti and I were part of the team that first validated Nobel Laureate Luc Montagnier's isolation and discovery of HIV as a possible causative agent of AIDS.

74.     We isolated that virus from saliva and blood of Montagnier's patients. We wrote a manuscript and had it in press, in publication, which Dr. Anthony Fauci stalled and disrupted.

75.     During my postdoctoral studies, part of those studies was at Fort Detrick in USAMRIID, which was literally right across a baseball field from my laboratory in the National Cancer Institute.

76.     The next step of my journey was to understand how a pathogenic strain of Ebola (known as the Zaire strain) is different from the totally non-pathogenic Reston strain, not on a sequence level, but on an immune response level.

77.     The relevance to COVID-19 should not be missed:  Just as the Zaire strain and Reston strain of Ebola show very different severity of responses in actual infected humans and laboratory monkeys, the dramatically inconsistent responses we are seeing among different

humans infected by SARS-COV-2 must not be overlooked.

78.     What I did there was discover through the work that the difference was a cytokine storm like we've been seeing with Covid-19.

79.     Then, later, after leaving the National Institute of Health, I worked for Upjohn, leading a project to prove the safety of the company's blockbuster Bovine Growth Hormone.

80.     When I discovered the company's formula could cause precancerous changes in human cell cultures, I refused direct orders from my boss at Upjohn to hide those discoveries.

81.     My discovery suggested the possibility that ubiquitous presence of the hormone in milk could lead to breast cancer in women who drank it.

82.     My refusal to hide these results led to my parting company with and my departure from Upjohn.

83.     I returned to the National Institutes of Health and graduate school.

84.     Upjohn eventually abandoned BGH perhaps as a result of my efforts to reveal the truth.

85.     However, the most daunting obstacle to my career advancement was putting devotion to science ahead of personal self-promotion and ambition.

### Experiences Preliminary to this Controversy

86.     I never meant to wade into a public health controversy.

87.     I never envisioned myself as a renegade or revolutionary, just a scientist.

88.     I believed in the bedrock American principles of hard work, respect for authority, and above all telling the truth.

89.     In 2009, I led a team with Dr. Ruscetti, which isolated and characterized for the first time a new family of human disease causing retroviruses and discovered a strong association

between this previously described retrovirus and myalgic encephalomyelitis, commonly known as chronic fatigue syndrome (ME/CFS).

90.     Our ongoing research also discovered that a human's infection with the newly-identified retrovirus family was also linked to certain blood cancers, neurodevelopmental neurodegenerative diseases.

91.     The retrovirus had been designated Xenotropic Murine Leukemia Related Virus (XMRV) when found sequences were detected in prostate cancer patients with a defect in an immune pathway, which degraded RNA Viruses.

92.     Contradicting a longstanding trend in the medical research community to ascribe ME/CFS to purely psychological factors, I found evidence for the retrovirus in approximately 67 percent of women afflicted with ME/CFS. (This measurement might not be inconsistent with higher actual infections without detection so far.)

93.     On October 8, 2009, Ruscetti and I published these findings in the journal <u>Science</u> reporting the first ever isolation of the recently discovered retrovirus XMRV and its association to ME/CFS.

94.     My revelations about ME/CFS immediately triggered angry reactions from cancer research and treatment institutions, who were hostile to any suggestion that cancer and/or neuroimmune diseases could be attributed in part or in whole to viruses.

95.     A tremendous lobbying effort, as we are seeing now, attempted to pressure researchers into falsifying data by retracting our findings. Not unlike Gallileo, we refused to hide the truth merely to please the powerful.

96.     My revelations also showed that many of the female patients afflicted with XMRV had children with autism.

13

97.     Suspecting that XMRV might be passed from mother to child, as with HIV, my team tested seventeen of these children/families.   Fourteen showed evidence of the virus acquired through their mother.  Other family members were asymptomatic carriers who subsequently developed cancer

### Vaccines are Too Important to be Made With Dangerously Poor Quality

98.     Many respond to misrepresentations of my findings with straw man arguments.

99.     For those engaged in public debate, it is necessary to actually understand my findings and those of others before undertaking to respond to them.

100.     For example, attempts to characterize these experimentally-proven, empirical, scientific discoveries as "anti-vaccination" are a gross distortion approaching a lie.

101.     I am not opposed to vaccines or vaccination.

102.     Indeed, most of my career has been focused on finding treatments that prevent, kill, slow, or stop the replication of diseases or lessen the effects on the human body, which necessarily includes the role of vaccines, adjuvants or immune therapies and medications.

103.     However, I am opposed to the lack of adequate safety and efficacy studies in the development, manufacture, and growth of specific vaccine products which has led to the medical research community injecting millions of people with contaminated vaccine products developed and grown in animal tissues, fetal tissue, etc.

104.     For those supporting vaccines, there is no excuse for tolerating poor quality in the development and mass production of specific vaccination products.

105.     The Food and Drug Administration and other public health agencies were created on the belief that medications and medical science are too important to tolerate bad quality.

106.     However, U.S. law providing blanket immunity to vaccine manufacturers has

encouraged carelessness and disregard for quality because pharmaceutical companies are immune from any legal consequences if they put profits ahead of patient health.

107.    For executives with a legal duty to maximize shareholder profits but Congress has removed any duty to patients by granting them immunity, their choice is clear.

108.    Congress and President Trump must end the legal protection for bad quality.

109.    Opposing unacceptably bad quality in the manufacture of specific vaccination injections is not the same as opposing vaccination in general.

110.    Vaccines are simply a version of an actual infectious organism, which is deactivated or weakened to limit the ability to cause disease in a human body, but is just enough to kick-start the body's immune response, so that if the person is then later exposed to the infectious agent , their body is prepared in advance to defeat the infectious agent before it can cause the full-blown disease.

111.    A vaccine gives a human body a head start in killing, slowing, blocking, or preventing the replication of the virus, so that the body more easily wins the battle of killing off the virus when exposed to it by having a head start in the immune response.

112.    Ideally, a vaccinated human body kills off the virus so quickly and effectively that the person may be unaware they were ever exposed to the live virus, although technically the body has become very potent at clearing the virus out of the body or silencing the virus in the case of retroviruses.

113.    The concept of stimulating the human immune system to respond more quickly and strongly to the actual, live, full-strength disease is not the problem.

114.    The problem is with irresponsible management of the process of refining and manufacturing the vaccines, with careless and even sloppy techniques.

115.    As a result, vaccines over many decades have been contaminated with animal tissues, fetal tissue, other cell cultures used to create the vaccines, antibiotics and chemicals used to manufacture and mass-produce the vaccine, and preservatives for storage of the vaccine.

116.    Because of the way that animal tissue cultures, such as monkey kidney cells, are used to cultivate mass production of vaccines, including long "lines" (generations) of such cultures, we can't clean an antigen away from the cellular debris without starting over at great expense. We could solve the problem, but at the expense of profits. At least pharmaceutical companies don't have to fix the problem because there's no liability under federal law that gives those companies immunity.

117.    We know the Zika outbreak is associated with a vaccination program and a spraying over Brazil for a release of mosquitoes.

118.    But the process for developing and multiplying the virus using animal tissues and human placental tissues means that the vaccine version has often accumulated contamination and cellular debris through that process over generations of cell lines.

119.    Furthermore, large amounts of the human population have already received contamination from vaccinations which can then interact with other, later viruses and vaccines.

120.    We are told that SARS-CoV-2 exists because of strains that evolved in animals crossing over to humans.

121.    Xenotransplantation is anytime you mix the human and animal tissue, whether a surgery procedure or an injection by vaccine. When you're mixing animal and human tissue, you have the opportunity to have a novel virus emerge that otherwise would not have infected humans for millions of years, if ever.

122.    Coronaviruses don't typically cause the type of diseases and injuries we're seeing

as a medical research community.

123.    However, some strains of coronaviruses have sequences of HIV in them. Gp120 is that envelope, the part that attaches to the cell. Gp 41 transmembrane domain that inserts itself into the cell membrane. The portion that sticks or pokes into the cell and sticks it there forever, allowing the viruses, the particles, to enter the cell and be taken up by the cell. Those particles then take over the cell machinery and grow.

124.    Also, developing a vaccine for retroviruses has proved impossible to date more difficult, and presents a greater risk that the vaccine version of immunodominant pieces of retrovirus not only does not confer immunity but can enhance the pathogenic effects of the infected.

125.    And the scientific evidence shows that certain vaccines – there is an interaction between retroviruses and adventitious agents (other microbial agennts and virusez) which instead of producing antibodies tends to enhance the infectivity of retroviruses and other RNA viruses ability to both infect and cause disease in the human body.

126.    These empirical facts cannot be dismissed by caricatures such as being in favor or opposed to vaccination.

### Unprecedented Widespread Use of Masks is Ineffective and Actually Harmful

127.    Similarly, I have warned in detail that wearing masks under these conditions may make people sicker rather than protecting them.

128.    It is curious that Dr. Fauci and other inner circle public health officials love to toss about – false – allegations of actual experimental evidence being only anecdotal, or not, alternately, to advance their agenda. Yet I cannot recall any time in human history when nearly universal use of masks throughout society has successfully controlled the spread of disease

throughout a society. The data actually support the opposite. That is, the masks suppress the immune system and render the most vulnerable to infection resulting in the amplification of more virus in the compromised who not only become victims but further spread the disease among family and close contacts.

129.    We should remember that these public health recommendations are openly advertised as only slowing, not stopping, the world-wide spread of the COVID-19 pandemic.

130.    "There's no reason to be walking around with a mask," infectious disease expert Dr. Anthony Fauci told 60 Minutes on March 8, 2020 [6] "While masks may block some droplets," Fauci said, "they do not provide the level of protection people think they do. Wearing a mask may also have unintended consequences: People who wear masks tend to touch their face more often to adjust them, which can spread germs from their hands." Dr. Fauci said.

131.    One might notice that in hospitals, patients do not wear masks. Doctors and nurses sometimes do around certain patients, but the patients do not. Thus, the idea that an entire society wearing masks would control disease has no precedent or proof.

132.    Those who need reading glasses or eyeglasses in general can test for themselves that their glasses can fog up while wearing commonly-available masks. Even with the metal strip inside the mask bent firmly around the nose, their breath is escaping from the top of the mask and blowing into their eyeglasses... tangible evidence that their breath is not passing through the filters of the mask but escaping around the edges.

133.    As noticed by You Tube health reporter Peggy Hall, the Occupational Health and Safety Administration (OSHA) publishes guidance warning that "Cloth face coverings … Will not protect the wearer against airborne transmissible infectious agents due to loose fit and lack of

---

[6]     https://www.youtube.com/watch?v=PRa6t_e7dgI

seal or inadequate filtration."[7]

134.     On February 27, 2020, the Centers for Disease Control and Prevention (CDC) advised against the widespread wearing of face masks by the general public.   [8]

135.     On May 29, ABC News reported "CDC and WHO offer conflicting advice on masks. An expert tells us why. The two organizations have different takes on when to wear one." [9] The article reports ""If you are healthy, you only need to wear a mask if you are taking care of a person with COVID-19," the WHO guidelines read."

136.     The CDC's information page promises "Your cloth face covering *may* protect them. Their cloth face covering *may* protect you." *(emphases added)*[10]  Notice "may."

137.     But by June 5, 2020, the "anti-anecdotal evidence" Dr. Anthony Fauci was practically accusing Americans who don't wear those same masks of causing the deaths of other Americans."   In CNBC 's story "Dr. Anthony Fauci says Americans who don't wear masks may 'propagate the further spread of infection" [11]  Dr. Fauci explained on national television: "White House health advisor Dr. Anthony Fauci said he has 'no doubt' that Americans who aren't wearing face masks, especially in large crowds, are increasing the risk of spreading the coronavirus.  'When you have crowds of people together and you have the lack of wearing a mask that increases the risk of there being transmissibility. I have no doubt about that,' he said during an interview Friday on CNBC's 'Halftime Report'"  'When we see that not happening, there is a concern that that may actually propagate the further spread of infection.'"

---

[7]        https://www.osha.gov/SLTC/covid-19/covid-19-faq.html
[8]        https://twitter.com/CDCgov/status/1233134710638825473
[9]        https://abcnews.go.com/Health/cdc-offer-conflicting-advice-masks-expert-tells-us/story?id=70958380
[10]       https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
[11]       https://www.cnbc.com/2020/06/05/dr-anthony-fauci-says-americans-who-dont-wear-masks-may-propagate-the-spread-of-infection.html

138.     So our public health officials are confidently certain of X and not X.

139.     But in the midst of this confusion, public health officials are studiously ignoring concerns that masks can actually be harmful and spread disease.

140.     While the body is trying to clear the virus, including someone who has received only a small quantity of the virus and is not experiencing symptoms, the mask can hold the virus recycle it back into the body, suppresses the front line immune defenses, sicken the wearer and spreads the infection. As with the problem of being shut-in in an enclosed space under lockdowns, as opposed to going outside to the beach or walking in a park, re-introducing the virus back into the body while the body is trying to kill it off in as-of-yet small quantities can actually help the virus grow and gain a strong foothold in infecting a human body.

141.     Furthermore, the masks weaken the body making the virus' job easier.

142.     Masks – unless a particular mask is completely ineffective -- reduce the intake of oxygen and trap the exhaling of carbon dioxide at the mouth and nose so that the body's ability to fight off infection can be diminished.

143.     As explained well by Dr. Jim Meehan, MD [12] *[cloth]* "Medical masks are single use devices designed to be worn for a relatively short period of time. Once the mask becomes saturated with moisture from breath, which, if properly fit, takes about an hour, they should be replaced. The more moisture-saturated the mask becomes, the more it blocks oxygen, increases re-breathing of carbon dioxide, re-breathing of viral particles, and becomes a breeding ground for other pathogens."

144.     Dr. Meehan further explains, as I have been saying for years and agree and hereby testify to as my knowledge as well:

---

[12]     https://www.meehanmd.com/blog/2020-06-12-healthy-people-should-not-wear-face-masks/, See June 14, 2020, entry

Mask wearers frequently report symptoms of difficulty breathing, shortness of breath, headache, lightheadedness, dizziness, anxiety, brain fog, difficulty concentrating, and other subjective symptoms while wearing medical masks. As a surgeon, I have worn masks for prolonged periods of time in thousands of surgeries and can assure you these symptoms do occur when surgical masks are worn for extended periods of time. The longer a surgical mask is worn, the more saturated with moisture it becomes, and the more significantly it inhibits the inflow of oxygen and outflow of carbon dioxide.

In fact, clinical research shows that medical **masks lower blood oxygen levels**[R] and **raise carbon dioxide blood levels.**[R] The deviations in oxygen and carbon dioxide may not reach the clinical criteria for hypoxia (low blood oxygen), hypoxemia (low tissue oxygen), or hypercapnia (elevated blood carbon dioxide), but they can deviate enough to cause even healthy individuals to become symptomatic, as occurred with the surgeons studied and published in this report:

See: Preliminary Report on Surgical Mask Induced Deoxygenation During Major Surgery [13]

At the same time masks inhibit oxygen intake, they trap the carbon dioxide rich breath in the mouth/mask inter-space. Thus, a fraction of carbon dioxide previously exhaled is inhaled at each respiratory cycle.

Masks force you to re-breathe a portion of your own breath, including all the stuff (infectious viral particles) the lungs were trying to remove from the body (more on this later).

As medical masks lower oxygen and raise carbon dioxide in the blood, the brain senses the changes and the risk they pose to the maintenance of normal physiology. Thus, the brain goes to work to bring things back in order. To obtain more oxygen and remove more carbon dioxide, the brain tells the lungs to increase the rate (frequency) and depth of breaths.[R] Unfortunately, struggle as they may, your brain and lungs cannot fully compensate for the negative effects of the mask. Some may even suffer the **symptoms of carbon dioxide toxicity**.

145.     The error here and throughout is viewing COVID-19 as a single cause of a single disease, and not understanding the many factors strengthening or weakening the body's functioning and immune-response leading to an overall state of health.

146.     Thus, while the body is fighting off a virus like COVID-19, diminishing oxygen

---

[13]      https://pubmed.ncbi.nlm.nih.gov/18500410/

intake breathing through a mask while concentrating and recycling a variety of germs, viruses, allergy triggers, etc., leaves the body weaker while actions that strengthen the body and immune system are more important and should not be neglected.

147.     Thus we are making ourselves sicker wearing masks, and when someone encounters SARS-CoV-2 the body is weaker when fighting off the COVID-19 disease that the virus can cause.

148.     I have been attacked as saying that masks "trigger" COVID-19. Again, much of my career has been on studying the difference between a human body's exposure to a virus as opposed to the resulting experience of the body being affected by it as a disease. So one can be exposed to HIV but not contract the AIDS disease. One can be exposed to SARS-CoV-2 but not experience COVID-19 as a disease. The disease experience can be very mild or very severe.

149.     Thus, casual and uniformed observers are failing to understand how a weakened body provides an improved breeding ground for RNA viruses including coronaviruses and retroviruses to flourish and attack the body more readily, more quickly, and more severely.

150.     The discussion of these diseases is erroneous in failing to consider the total body response to the effects of a virus, the very thing much of my research has focused on for 40 years. What counts is how a human body is damaged from the replication and persistence of a virus, not the mere presence or exposure to a virus. The public debate is misguided by focusing on the virus alone rather than how the body responds to it.

151.     The difference between a person who survives a virus and one who dies from it can involve a great many factors beyond just exposure to the virus, including other bacterial or viral infections occurring simultaneously in the same patient.

152.     That is what I was researching long ago with regard to the important mystery of

HIV causing full-blown AIDS in some patients but not in others.

153.     Treatment for general health, as I have advised, is improved by the outdoors. I criticized beach closings as being a pointless and burdensome reaction by public health decision-makers. The analysis is not – as absurdly offered in response – that anything in the beach environment is a direct cure to COVID-19, but that we are forgetting the importance of the body's overall health when fighting off and defeating a particular infection.

154.     But such distortions are offered to distract the public from the evidence. The weakness and desperation of attempts to deflect from the hard science and empirical facts should help tell people which side is correct.

## Dr. Anthony Fauci and U.S. Conspiracy to Delay Treatment of Pandemics for Industry Profits, Patents, and Stolen Scientific Credit

155.     The advice being given to President Donald Trump and the nation by Dr. Anthony Fauci and Dr. Blix and Dr. Redfield is absolutely the wrong advice for the mitigation and treatment of the COVID-19 pandemic. All three know it is wrong as these three individuals made similar mistakes were in the mitigation and treatment of HIV resulting in the deaths of millions from AIDS.

156.     We are slowly seeing unveiled in public the Dr. Fauci I have encountered, who manages to say whatever will seem popular at the moment.

157.     Dr. Fauci is now complaining that he is fighting "anti-science" beliefs. But he is resisting the actual science and hard data; using flawed models and manipulating the scientific process for profits of his benefactors.[14]

158.     CNN reported on June 18, 2020, that Fauci said "anti-science bias" in the country

---

[14]     https://www.cnn.com/2020/06/18/politics/anthony-fauci-coronavirus-anti-science-bias/index.html

can be problematic.  "One of the problems we face in the United States is that unfortunately, there is a combination of an anti-science bias that people are -- for reasons that sometimes are, you know, inconceivable and not understandable -- they just don't believe science and they don't believe authority," Fauci said.

159.     Of course any true scientist recognizes that "authority" and "science" are incompatible because truth revealed by empirical evidence is the only authority a true scientist recognizes.

160.     Dr. Fauci has held the same position in government for 36 years since 1984, which could show one's success and quality or could also indicate diplomatic expertise in trying to please everyone by saying whatever people want to hear.  For example, as I work on finalizing this affidavit now, Dr. Fauci has suddenly decided that economic "lock downs" are not required after all. [15]  Following whatever is the popular opinion of the moment is not science nor helpful advice for public policy.  Just saying what people want to hear is not science.

161.     The experiences and conclusions from my 40-year career demonstrate the deep corruption within the medical research community (in terms of government experts, regulation, and research, academic research dependent upon grants and misdirected recognition, and the pharmaceutical industry) sacrificing the health of humans around the world in favor of profits.

162.     In general terms at first, these players have used inappropriate diagnostic tests giving 80% false positives delayed appropriate serology testing, pre-exposure prophylactic treatment that could have been deployed with low cost medication or therapies and instead allowed people to suffer and even die who could have been saved by earlier intervention with existing medications or treatments to allow for researchers and pharmaceutical companies to

---

[15]     https://m.washingtontimes.com/news/2020/jun/18/anthony-fauci-widespread-lockdowns-no-longer-neede/

patent new drugs that they can sell at far greater prices.

163.     The lay person may need to be informed that new inventions like medications or vaccines can be patented to grant the inventor (or the company to whom the patent is sold) the world-wide exclusive right to manufacture, sell, and control the new medication, but only for a limited period of time. Once the patent expires, anyone in the world can manufacture and sell the medication, subject of course to country-specific regulation as to quality of manufacture.

164.     I have seen devastating examples in which a medication is patented, but not produced and withheld from the marketplace by the patent holder, so that the medication is not available to anyone. This can be part of the corruption which leaves diseases untreated or under-treated to drive up the price and demand for a later, patentable, more-expensive medication.

165.     It may also be meaningful for the lay person to understand that the laws of many countries permit, to varying degrees and in various ways, something called "compulsory licensing" in which the government may acquire the patented invention for itself or for the public need or public interest subject to paying the patent holder full price at market value for a license. This is similar to eminent domain upon payment of compensation, although the patent holder retains ownership and the right to use the patent in parallel, but the government is deemed to have entered into a license agreement for the patented invention, with payment required.

166.     Of course, the invention, development, and massive testing of new medications and vaccines requires significant expense which we want to encourage.

167.     However, the United States political world has not used the tools available to strike the right balance and make sure that medications are available to people who need them.

168.     When I developed a drug 30 years ago, a patient should be able to buy that drug for pennies. They're off patent (the patent rights have expired), yet it costs $8,000 a dose.

169.    The small company I've consulted with making a safe natural product proved in a clinical trial in 2011 that that drug was safe. We proved it in people severely ill with cancer. It's a safe natural product that targets those disease signatures and normalizes your immune response and boosts your immunity.  I developed these therapeutics that for less than $200 a month, every American could get right now and would work for COVID-19 and retrovirus associated cancer.

170.    The FDA won't approve it unless it makes big money for the industry.  That company's CEO passed away a few weeks ago literally with the drug never making the market. Candace Pert, who discovered and developed peptide-T almost 35 years ago, could have made a huge impact, not only on HIV, but here again on Covid-19 and on SARS-Cov-2, and with the HIV sequences, which Luc Montagnier reported in the last few days publicly, are part of the virus.

171.    It is an undeniable fact that the National Institute of Health's National Institute of Allergy and Infectious Disease division, headed by Dr. Anthony Fauci, directly contracted with and funded the Wuhan Institute of Technology's research and manipulation of previous SARS and coronavirus strains in Hubei Province.

172.    From my over 35 years professional acquaintance with Dr. Fauci and familiarity with every aspect of this research and the subject matter, I conclude that Dr. Fauci with others off-loaded to China research on Coronaviruses that would be illegal for him to undertake within the United States, much like the CIA after the 9/11/2001 terrorist attacks maintained prisons in other countries to be outside of U.S. jurisdiction.

173.    The current coronavirus pandemic is driven by SARS-CoV-2, which quite obviously is a strain of SARS / coronavirus subsequent to SARS.

174.    I conclude from my expertise and experiences and research currently into these

circumstances, that the U.S. medical research community (as defined above) provided samples of dangerous viruses contained in the cell line VERO E6 to the Wuhan Institute of Virology and Dr. Fauci paid the Wuhan Institute of Virology to conduct research including increasing the dangerous nature, virulence, functions, transmission capability, and morbidity of SARS which could not be legally undertaken within the territory of the United States.

175.    Such "gain of function" research – that is, enhancing the functionality or potency of a virus through breeding and refinement (not necessarily through actual gene splicing, but perhaps) is prohibited research.

176.    I conclude from my 40 years of experiences and research that the medical research community has been trying to cover up decades of spreading contaminated vaccine products and actions allowing the proliferation of diseases, especially autoimmune diseases and cancer, to maximize the profits of those involved.

177.    I conclude that the development under contract from NIH at the Wuhan Institute of Technology of SARS-CoV-2 containing elements of other problematic diseases serves to overlap and thereby mask the prevalence of other diseases that have been spread throughout the human population by contaminated or poorly-designed vaccines and mistakes of the medical research community and to attempt disguise these problems by creating alternative explanations for the spread of those disease throughout humans.

178.    When I was working at the National Cancer Institute decades ago, one day Dr. Ruscetti was out of town.   Dr. Fauci called on the phone.   I was Dr. Ruscetti's only employee technician.    So I answered the phone.

179.    I was asked by Dr. Tony Fauci, who had with him on the line Dr. Robert Gallo. Dr. Gallo worked in the National Cancer Institute where I worked.

180.     Dr. Fauci was then as now the head of the National Institute of Allergy and Infectious Disease (N.I.A.I.D.), which is a different division of NIH.

181.     Dr. Fauci asked me for a copy of the manuscript, which was in press. I refused because it was confidential. It was highly unethical to give it to him.

182.     He became enraged on the phone and threatened to fire me for insubordination.

183.     He told me he was the boss. I didn't care. I'm 24 years old and I never really cared about threats from authorities trying to manipulate the truth.

184.     Notably, Dr. Fauci was not my boss. Typical of his misuse of authority, the NIAID is not part of the NCI, and Dr. Fauci had no authority over our office. But this illustrates how Fauci wields influence beyond his actual job.

185.     When Dr. Ruscetti came back to town from his meeting, he was bullied and finally gave in. Unfortunately, he gave the manuscript to Dr. Fauci.

186.     Dr. Fauci then held up publication of our manuscript by interfering with the journal, literally leading to further spread of the virus for several months that might have been avoided.

187.     Then Dr. Gallo copied our work and published it as his own work.

188.     As arranged by Dr. Fauci, Dr. Gallo literally stole and plagiarized our work, retracing out steps and redoing our research using different samples, reverse engineering out work to make it look like his own.

189.     Dr. Fauci's and Dr. Gallo's scam resulted, as you'll remember from HIV, in a war between who discovered HIV either Montagier in France, who clearly did discover it as LAV, lymphadenopathy virus.

190.     Because of the delays in delivering therapeutic treatments caused by this conflict,

28

HIV spread around the world, not only to the immediately affected populations at the time, but then later to non-susceptible populations as well.

191.   What people outside of the scientific community don't understand is that we have what's called peer review. However, it is not peer review. It's competitor review. It is a veto over any deviation from popular opinion.

192.   If somebody doesn't want a paper published at the highest levels of government -- everybody has to check off on it -- those papers are rejected or held up and effectively censored, again, while perhaps millions more die.

193.   We had tried to publish several papers on our work from '87 to '91. One of the peer reviews we got when we tried to submit my PhD thesis work was, "I didn't believe your last paper either. It's contamination." That's not a review. That's not a scientific review.

194.   Since 1984, Zika, Ebola, swine flu, bird flu, the Ebola of 2014 that killed 21,000 Americans, Tony Fauci has led the way to scare administrations and populations into vaccine strategies and into the Vaccine Injury Compensation Act of 1986 where all liability was removed from manufacturers of unsafe untested vaccines.

195.   Dr. Fauci drove research and development of AIDS therapies toward the T-cell because he had the patent, while Dr. Frank Ruscetti discovered interleukin-2.

196.   Dr. Fauci admitted all of this on tape.

197.   The lay reader may need to recall that the virus HIV is not the same as the disease AIDS, and that persons infected with HIV do not always suffer the disease AIDS. My research at that time focused on trying to answer this puzzling question, "Based on your molecular theory of causation and treatment strategy, will he or will he not get AIDS?"

198.   When Magic Johnson seroconverted -- that is made an antibody -- meaning he

was absolutely exposed to the virus because it got into his immune system, and he made an immune response, he became HIV positive on a serology antibody tests.

199.     I predicted at the time, "He'll never get AIDS, but he has to change everything about the treatment strategy."

200.     Of course, that is what has played out to now. We're like, "Wait a minute, what happened to AIDS?" Applying the correct treatment strategy that was actually targeted successfully worked.

201.     This year, we watch Tony Fauci say, "How can you say that? It's anecdotal." He's been saying that for decades for treatments, for cures for cancer, for energy therapies, for natural products, Chinese herbs, the things you just mentioned, everything the FDA says you can't make those label claims.

202.     Except Fauci can make a claim on a vaccine that's never had a single test. Really? Where's the dichotomy there? Where's the conflict of interest? These are revolving doors.

203.     Dr. Fauci uses shifting and inconsistent standards as to what is acceptable to steer research and prospects as desired. He and others dismiss hard empirical evidence as (falsely) being anecdotal when they don't want to confront the science, but then embrace preliminary results that do not meet those standards when it suits his bureaucratic political interests.[16]

**I declare under penalty of perjury under that the foregoing is true and correct to the best of my knowledge and belief.**

// Dr. Judy Mikovits, PhD.

---

[16]     Referring here to office or bureaucratic politics and winning supporters and alliances not political partisanship

Date: July 21, 2020
E-mail: jaMikovits@gmail.com

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** Monday, July 27, 2020 at 5:19 PM
**To:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Cc:** Larry Klayman <klaymanlaw@gmail.com>, "leklayman@yahoo.com" <leklayman@yahoo.com>, Judy Mikovits <jamikovits@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>, David Smith Executive Chairman <DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, Vicky Evans <VEvans@sbgtv.com>, Gregory Massoni <ghmassoni@sbgtv.com>, William Anderson <wjanderson@sbgtv.com>
**Subject:** Re: ** CNN REQUEST FOR COMMENT**

Here is my comment on behalf of Dr. Mikovits and myself as her legal counsel:

"Sinclair's decision not to air or even rework the Eric Bolling interview with my client Dr. Judy Mikovits, is and will be used as evidence of the severe damage that CNN's defamation has caused to her and her legal counsel. CNN, its CEO Jeff Zucker and the reporter Oliver Darcy are being sued for this malicious defamation."

Print this or your refusal will be added to our complaints.

Larry Klayman, Esq.
Counsel for Dr. Judy Mikovits

On Mon, Jul 27, 2020 at 2:03 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,

Sinclair has provided me the following statement which says that they are no longer moving forward with airing the interview you and your client, Judy Mikovits, did with Eric Bolling.

*"Upon further review, we have decided not to air the interview with Dr. Mikovits. Although the segment did include an expert to dispute Dr. Mikovits, given the nature of the theories she presented we believe it is not appropriate to air the interview.*

*We also reiterate our appreciation for all that Dr. Fauci and his team have accomplished for the health and wellbeing of Americans and people worldwide. During this pandemic, Sinclair and its affiliates have positively and prominently  featured Dr. Fauci on air, including interviews with our stations and our network, Stadium. There remains an open invite for Dr. Fauci to appear on our stations any time."*

I wanted to check in with you and see if you or Mikovits have any comment or response.

Please let me know if you do.

Thank you,
Oliver


--

**Oliver Darcy**

**senior media reporter | CNN**

**559.451.6306 | @oliverdarcy**

| | |
|---|---|
| **From:** | Larry Klayman <klaymanlaw@gmail.com> |
| **Sent:** | Monday, July 27, 2020 4:44 PM |
| **To:** | Mikhail, Merriam |
| **Cc:** | leklayman; Oliver Peer; Judy Mikovits |
| **Subject:** | Fwd: ** CNN REQUEST FOR COMMENT** |

Response to request for comment.
---------- Forwarded message ---------
From: **Larry Klayman** <klaymanlaw@gmail.com>
Date: Mon, Jul 27, 2020 at 2:19 PM
Subject: Re: ** CNN REQUEST FOR COMMENT**
To: Darcy, Oliver <Oliver.Darcy@turner.com>
Cc: Larry Klayman <klaymanlaw@gmail.com>, leklayman@yahoo.com <leklayman@yahoo.com>, Judy Mikovits
<jamikovits@gmail.com>, Oliver Peer <oliver.peerfw@gmail.com>, David Smith Executive Chairman
<DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, Vicky Evans <VEvans@sbgtv.com>, Gregory Massoni
<ghmassoni@sbgtv.com>, William Anderson <wjanderson@sbgtv.com>

Here is my comment on behalf of Dr. Mikovits and myself as her legal counsel:

"Sinclair's decision not to air or even rework the Eric Bolling interview with my client Dr. Judy Mikovits, is and will be
used as evidence of the severe damage that CNN's defamation has caused to her and her legal counsel. CNN, its CEO Jeff
Zucker and the reporter Oliver Darcy are being sued for this malicious defamation."

Print this or your refusal will be added to our complaints.

Larry Klayman, Esq.
Counsel for Dr. Judy Mikovits

On Mon, Jul 27, 2020 at 2:03 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,


Sinclair has provided me the following statement which says that they are no longer moving forward with airing the
interview you and your client, Judy Mikovits, did with Eric Bolling.


*"Upon further review, we have decided not to air the interview with Dr. Mikovits. Although the segment did
include an expert to dispute Dr. Mikovits, given the nature of the theories she presented we believe it is not
appropriate to air the interview.*

*We also reiterate our appreciation for all that Dr. Fauci and his team have accomplished for the health and wellbeing of Americans and people worldwide. During this pandemic, Sinclair and its affiliates have positively and prominently  featured Dr. Fauci on air, including interviews with our stations and our network, Stadium. There remains an open invite for Dr. Fauci to appear on our stations any time."*

I wanted to check in with you and see if you or Mikovits have any comment or response.

Please let me know if you do.

Thank you,
Oliver

--

**Oliver Darcy**

**senior media reporter** | **CNN**

**559.451.6306** | **@oliverdarcy**

**From:** Larry Klayman <klaymanlaw@gmail.com>
**Date:** Monday, July 27, 2020 at 9:23 PM
**To:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
**Cc:** Larry Klayman <klaymanlaw@gmail.com>, "leklayman@yahoo.com" <leklayman@yahoo.com>, Judy Mikovits <jamikovits@gmail.com>
**Subject:** Re: ** CNN REQUEST FOR COMMENT**

You request for comment are phony since you do not use my comments. What you wrote misrepresented what I commented on. I did not threaten, I advised you that you, Zucker and CNN would be sued tomorrow, and related matters.

Very dishonest.

Larry Klayman, Esq.

On Mon, Jul 27, 2020 at 2:03 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

Hey Larry,

Sinclair has provided me the following statement which says that they are no longer moving forward with airing the interview you and your client, Judy Mikovits, did with Eric Bolling.

*"Upon further review, we have decided not to air the interview with Dr. Mikovits. Although the segment did include an expert to dispute Dr. Mikovits, given the nature of the theories she presented we believe it is not appropriate to air the interview.*

*We also reiterate our appreciation for all that Dr. Fauci and his team have accomplished for the health and wellbeing of Americans and people worldwide. During this pandemic, Sinclair and its affiliates have positively and prominently  featured Dr. Fauci on air, including interviews with our stations and our network, Stadium. There remains an open invite for Dr. Fauci to appear on our stations any time."*

I wanted to check in with you and see if you or Mikovits have any comment or response.

Please let me know if you do.

Thank you,

Oliver

--

**Oliver Darcy**

**senior media reporter | CNN**

**559.451.6306 | @oliverdarcy**