UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-82039-CIV-DIMITROULEAS

LARRY KLAYMAN,

     Plaintiff,

V.

CABLE NEWS NETWORK, OLIVER DARCY,
JEFFREY ZUCKER,

     Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

Federal courts are courts of limited jurisdiction.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); *Burns v. Windsor Ins. Co.*, 31 F.3d 1092, 1095 (11th Cir. 1994).  District courts have an obligation to inquire into subject matter jurisdiction whenever the possibility that jurisdiction does not exist arises, *Cheffer v. Reno*, 55 F.3d 1517, 1523 (11th Cir. 1995), and must dismiss an action where it appears that the court lacks jurisdiction.  Fed. R. Civ. P. 12(h)(3).  "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises."  *Smith v. GTE Corp.,* 236 F.3d 1292, 1299 (11th Cir. 2001).  Under §1332(a), federal district courts have original jurisdiction over civil actions between citizens of different states and where the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs."  28 U.S.C. §1332(a).

Plaintiff's Complaint merely alleges that the amount in controversy exceeds the sum of

$15,000.00. *See* [DE 1]. The Court notes that Defendant states on Plaintiff's civil cover sheet notes that his claim is worth $50,000,000; however, the Court is not convinced that this notation alone constitutes a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall have up to and including **November 30, 2020**, to respond to this Order to Show Cause, supporting its claim that the amount in controversy in this case exceeds $75,000.

The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 20th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

**Larry Klayman**
7050 W. Palmetto Park Road
Boca Raton, FL 33433-3426