UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

Abrebaya v. Princeton (Plaintiff v. Defendant), Case No: 19-81138
Jordi v. Geovera (Plaintiff v. Defendant), Case No: 20-80271
Haston v. Am. Security (Plaintiff v. Defendant), Case No: 20-80661
Far From Boring v. Burrell (Plaintiff v. Defendant), Case No: 20-80774
Boxy LLC v. Jay (Plaintiff v. Defendant), Case No: 20-80893
Eby v. Levine (Plaintiff v. Defendant), Case No: 20-80922
Cunningham v. Comm (Plaintiff v. Defendant), Case No: 20-81150
Carr v. Geo (Plaintiff v. Defendant), Case No: 20-81193
Badgley v. Fiduciary (Plaintiff v. Defendant), Case No: 20-81309
Briggs v. I.O. (Plaintiff v. Defendant), Case No: 20-81383
Cordy v. Grossman (Plaintiff v. Defendant), Case No: 20-81580
Beauzier v. RAS (Plaintiff v. Defendant), Case No: 20-81707
Prime v. Montes (Plaintiff v. Defendant), Case No: 20-81844
Lallharry v. World (Plaintiff v. Defendant), Case No: 20-81902
Ging v. Smartx (Plaintiff v. Defendant), Case No: 20-81928
Regal v. Nguyen (Plaintiff v. Defendant), Case No: 20-82006
Klayman v. CNN (Plaintiff v. Defendant), Case No: 20-82039

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Aileen M. Cannon** as of  Nov. 23, 2020  for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Aileen M. Cannon.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Aileen M. Cannon.** It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

DONE and ORDERED at Ft. Laud, Florida, in chambers this 23 day of Nov , 2020.

_____
United States District Judge

c: All counsel of record/pro se parties