UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

20-82039-CIV-CANNON

**LARRY KLAYMAN**,

    *Plaintiff*,

v.

**CABLE NEWS NETWORK, OLIVER DARCY,
JEFFREY ZUCKER**

    *Defendants*.

_____/

## ORDER REQUIRING RESPONSE TO MOTIONS

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Clarification of the Order to Show Cause [ECF No. 9]. The Plaintiff requests that the Court grant additional time to reply to the Defendants' Motions to Dismiss [ECF Nos. 6 and 7] while the Court considers the issues raised in the Order to Show Cause [ECF No. 9].

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff must file his response to the Defendants' Motions to Dismiss **no later than February 8, 2021**. If Plaintiff fails to file a response, the Court shall consider the motions without the benefit of a response.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, on December 23, 2020.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

Larry Klayman
7050 W. Palmetto Park Road
Boca Raton, Florida 33433-3426