

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Profit Corporation
THE KLAYMAN LAW GROUP, P.A.

**Filing Information**

| | |
|---|---|
| **Document Number** | P16000092190 |
| **FEI/EIN Number** | 81-4465679 |
| **Date Filed** | 11/18/2016 |
| **Effective Date** | 11/18/2016 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

7050 WEST PALMETTO PARK RD
BOCA RATON, FL 33433

**Mailing Address**

7050 WEST PALMETTO PARK RD
BOCA RATON, FL 33433

**Registered Agent Name & Address**

KLAYMAN, LARRY
7050 WEST PALMETTO PARK RD
BOCA RATON, FL 33433

**Officer/Director Detail**

**Name & Address**

Title P

KLAYMAN, LARRY
7050 WEST PALMETTO PARK RD
BOCA RATON, FL 33433

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 03/06/2018 |
| 2019 | 04/10/2019 |
| 2020 | 01/20/2020 |

**Document Images**

01/20/2020 -- ANNUAL REPORT     View image in PDF format

| | |
|---|---|
| 04/10/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/18/2016 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations