**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LARRY KLAYMAN<br><br>        Plaintiff<br><br>v.<br><br>CABLE NEWS NETWORK, et al<br><br>        Defendants. | Case Number:   0:20-cv-82039 |

**AFFIDAVIT OF LARRY KLAYMAN**

I, Larry Klayman, being over eighteen years of age and duly competent to testify, hereby swear and affirm as follows:

1.  I hereby authenticate the truth and veracity of the contents of the emails attached to this affidavit, which were maintained and kept in my normal course of business.

SWORN TO UNDER PENALTY OF PERJURY THIS 24th DAY OF FEBRUARY 2021

                                                              /s/ Larry Klayman
                                                               Larry Klayman

 Gmail  Oliver Peer <oliver.peerfw@gmail.com>

## Fwd: ** CNN Request for comment**

**Larry Klayman** <klaymanlaw@gmail.com>  Sat, Jul 25, 2020 at 6:48 PM
To: Oliver Peer <oliver.peerfw@gmail.com>, Dina James <daj142182@gmail.com>

---------- Forwarded message ---------
From: **Larry Klayman** <klaymanlaw@gmail.com>
Date: Sat, Jul 25, 2020, 6:20 PM
Subject: Re: ** CNN Request for comment**
To: Darcy, Oliver <Oliver.Darcy@turner.com>, <jeff.zucker@turner.com>
Cc: klaymanlaw@gmail.com <klaymanlaw@gmail.com>, leklayman@yahoo.com <leklayman@yahoo.com>, David Smith Executive Chairman <DSmith@sbgtv.com>, Scott Livingston <SLivingston@sbgtv.com>, William Anderson <wjanderson@sbgtv.com>, Gregory Massoni <ghmassoni@sbgtv.com>, Vicky Evans <VEvans@sbgtv.com>, Judy Mikovits <jamikovits@gmail.com>

Mr. Darcy:

Here is my comment

" CNN, which waged a smear campaign against my client Dr. Judy Mikovits and has no information to refute what my client revealed as a public service on Sinclair's show. What you published is provably false and defamatory. And you defamed me as well, publishing that I push misinformation. You have no proof of this. If your CEO Jeff Zucker, you and CNN do not retract your defamatory statements and issue an on air apology, with full reservation of all rights to seek large damages, you, Zucker and CNN will be sued by close of business this Tuesday."

THAT IS MY COMMENT.

On Sat, Jul 25, 2020 at 6:04 PM Darcy, Oliver <Oliver.Darcy@turner.com> wrote:

> Hey Larry,
>
> I wanted to check in with you and see if you have any comment now that Sinclair has pulled the segment from air this weekend.
>
> Following up on what I asked yesterday, do you and your client still stand by what you told Bolling for his show?
>
> Please let me know if you have any comment.
>
> Thank you,
> Oliver
>
> ---
>
> **From:** "Darcy, Oliver" <Oliver.Darcy@turner.com>
> **Date:** Friday, July 24, 2020 at 5:09 PM
> **To:** "leklayman@yahoo.com" <leklayman@yahoo.com>
> **Subject:** ** CNN Request for comment**

Hey Larry,

I'm writing a story about the recent appearance you and your client, Judy Mikovits, made on Eric Bolling's "America This Week."

In the segment, you stated that the virus had its "origins" in the United States. Mikovits also suggested Dr. Anthony Fauci manufactured the coronavirus.

I wanted to check in with you and see if you really stand by those claims, given that they have been widely discredited.

There has also been some criticism of the segment and suggestions it should not air. Do you have any reaction to that either?

Thank you,
Oliver

--

**Oliver Darcy**

**senior media reporter | CNN**

**559.451.6306 | @oliverdarcy**