# EXHIBIT D

Powered By: MONITOR SUITE
KLAYMAN, LARRY Attorney Report



# Table of Contents

Table of Contents:                                                                 2
Search Criteria:                                                                   3
Litigation: Practice Area Trends & Analysis                                         4
Litigation: Courts Trends & Analysis                                               5
Litigation: U.S. District Court Civil Outcomes Trends & Analysis                   6
Litigation: Law Firm Size Trends & Analysis                                        7
Litigation: Dockets and Opinions Trends & Analysis                                 8
Litigation: Law Firm Representation Trends & Analysis                              9
Litigation: Presiding Judges Trends & Analysis                                     10
Litigation: Attorney Representation Trends & Analysis                              11
Litigation: Opposing Counsel Trends & Analysis                                     12
Litigation: Legal Roles Trends & Analysis                                          13
Litigation: Company Distribution Trends & Analysis                                 14
Litigation: Company Location Trends & Analysis                                     15
Litigation: Company Location                                                        16
Litigation: Industry Distribution Trends & Analysis                                17
Litigation: Source Documents                                                        18
Litigation: Source Description                                                      39

Search Criteria

**Attorney:**
   KLAYMAN, LARRY
**Date Range:** 01/2015 to 03/2021

**Litigation:** Practice Area Trends & Analysis

Uses West's KeySearch topics to analyze litigation activity by practice area. (Practice area of an opinion is based on the topics that occur most often in the opinion text and West headnotes.) Analyzes litigation events by overall share of a particular practice area, and by number per year per practice area within the date range.

### Practice Area Distribution



### Practice Area Trend

| Practice Area | Occurrences ❯ | % ❯ |
|---|---|---|
| ■ Torts/Negligence | 52 | 26.1% |
| ■ Civil Rights | 26 | 13.1% |
| ■ Government | 21 | 10.6% |
| ■ Writs | 17 | 8.5% |
| ■ Criminal Justice | 12 | 6.0% |
| ■ Appeals | 10 | 5.0% |
| ■ Professional Responsibility | 9 | 4.5% |
| ■ Commercial Law and Contracts | 8 | 4.0% |
| ■ Bankruptcy | 6 | 3.0% |
| ■ Practice Area (Full List) | 38 | 19.1% |

View Report Online

**Litigation:** Courts Trends & Analysis

Displays the state and federal courts in which the company has litigated within the date range. Analyzes litigation events by overall share litigated in a jurisdiction.

## Courts Distribution



## Courts Trend

*Data for partial year only*

| | Courts | Occurrences | % |
|---|---|---|---|
| ■ | U.S. District Courts > District of Columbia - Federal Courts | 96 | 41.9% |
| ■ | U.S. District Courts > Florida - Federal Courts | 38 | 16.6% |
| ■ | U.S. Courts of Appeal > U.S. - Court of Appeals - DC Circuit | 32 | 14.0% |
| ■ | U.S. Courts of Appeal > U.S. - Court of Appeals - 9th Circuit | 21 | 9.2% |
| ■ | U.S. District Courts > Texas - Federal Courts | 11 | 4.8% |
| ■ | U.S. - Supreme Court | 9 | 3.9% |
| ■ | U.S. District Courts > California - Federal Courts | 5 | 2.2% |
| ■ | State Courts > Florida - State Courts | 3 | 1.3% |
| ■ | U.S. Courts of Appeal > U.S. - Court of Appeals - 11th Circuit | 3 | 1.3% |
| ■ | Courts (Full List) | 11 | 4.8% |

View Report Online

**Litigation:** U.S. District Court Civil Outcomes Trends & Analysis

Shows the outcomes of parties involved in this report within the date range. Party outcomes includes civil United States District Court dockets excluding MDL dockets as well as Prisoner Rights and Social Security dockets as determined by Key Nature of Suit Codes. Calculations are determined by Westlaw and include outlier dockets when providing days and averages.

**Outcome Trend**



*Data for partial year only

| Outcome by... | Occurrences ❤ | Average Days to Resolve |
|---|---|---|
| ○ Dispositive Motion | 24 | 280 |
| □ Uncontested Dismissal | 20 | 319 |
| ◇ Docketed Elsewhere | 5 | 266 |
| △ Other | 4 | 124 |

View Report Online

---

Motion Trend

| Average time from filing... | Days |
|---|---|
| Default Judgment to resolution of the motion (in days) | 96 |
| Motion to Dismiss to Resolution of motion (in days) | 240 |
| Summary Judgment to resolution of the motion (in days) | 207 |

| Percentage of time... | % |
|---|---|
| Default Judgment is granted (%) | 0% |
| Motion to Dismiss is granted (%) | 33% |
| Summary Judgment is granted (%) | 0% |

**Litigation:** Law Firm Size Trends & Analysis

Displays the sizes of law firms that have represented the companies included in this report within the date range.(Size is based on number of attorneys within the entire firm, not on individual office or location.) Analyzes law firm representation by overall share of events per size of firm, and by number of litigation events per year per size of firm.

| **Law Firm Size Distribution** | **Law Firm Size Trend** |
|---|---|
|  |  |

| | Law Firm Size | Occurrences ⌄ | % ⌄ |
|---|---|---|---|
| ■ | Solo | 76 | 100.0% |

View Report Online

**Litigation:** Dockets and Opinions Trends & Analysis

Tracks a company's litigation by number of filed cases (dockets) and number of decided cases (opinions) within the date range.

## Dockets and Opinions Distribution



*Data for partial year only*

| Dockets and Opinions | Occurrences ⌄ | % ⌄ |
|---|---|---|
| ■ Cases Filed (Dockets) | 119 | 52.0% |
| ■ Cases Decided (Opinions) | 110 | 48.0% |

View Report Online

**Litigation:** Law Firm Representation Trends & Analysis

*Displays law firms that have represent companies in litigation included in this report within the date range. Analyzes law firm representation by overall share of events, and by number of events per year per firm.*

**Law Firm Representation Distribution**



**Law Firm Representation Trend**

| Law Firm Representation | Profile | Occurrences ✔ | % ✔ |
|---|---|---|---|
| 🟦 LARRY KLAYMAN, ATTORNEY AT LAW | 👤 | 76 | 55.5% |
| 🟨 THE KLAYMAN LAW FIRM | 👤 | 61 | 44.5% |

View Report Online

**Litigation:** Presiding Judges Trends & Analysis

Shows judges who have participated in legal events in this report within the date range. Analyzes litigation by a judge's share of events, and by number of events per year per judge.

## Presiding Judges Distribution



## Presiding Judges Trend

|  | Presiding Judges | Profile | Occurrences ❯ | % ❯ |
|---|---|---|---|---|
| 🟦 | KOLLAR-KOTELLY, HON. COLLEEN | 👤 | 16 | 5.0% |
| 🟨 | BOASBERG, HON. JAMES E. | 👤 | 11 | 3.4% |
| 🟪 | LEON, HON. RICHARD J. | 👤 | 10 | 3.1% |
| 🟩 | MCFADDEN, HON. TREVOR N. | 👤 | 10 | 3.1% |
| 🟥 | BRANNON, HON. DAVE LEE | 👤 | 8 | 2.5% |
| 🟦 | JACKSON, HON. AMY BERMAN | 👤 | 8 | 2.5% |
| ⬛ | KELLY, HON. TIMOTHY J. | 👤 | 8 | 2.5% |
| 🟧 | CONTRERAS, HON. RUDOLPH | 👤 | 7 | 2.2% |
| 🟩 | MIDDLEBROOKS, HON. DONALD M. | 👤 | 7 | 2.2% |
| ⬛ | Presiding Judges (Full List) |  | 236 | 73.5% |

View Report Online

**Litigation:** Attorney Representation Trends & Analysis

*Displays attorneys who have represented companies in litigation included in this report within the date range. Analyzes attorney representation by overall share of events, and by number of events per year.*

**Attorney Representation Distribution**     **Attorney Representation Trend**



| Attorney Representation | Profile | Occurrences ⌄ | % ⌄ |
|---|---|---|---|
| ■ KLAYMAN, LARRY | 👤 | 229 | 100.0% |

View Report Online

**Litigation:** Opposing Counsel Trends & Analysis

Displays law firms that have opposed companies in the litigation included in this report within the date range. Analyzes opposing counsel firms by overall share of events, and by number of events per year.

**Opposing Counsel Distribution**

**Opposing Counsel Trend**



| | Opposing Counsel | Profile | Occurrences ❯ | % ❯ |
|---|---|---|---|---|
| ■ | DAVIS WRIGHT TREMAINE LLP | 👤 | 20 | 8.3% |
| ■ | WILLIAMS & CONNOLLY LLP | 👤 | 14 | 5.8% |
| ■ | DRISCOLL & SELTZER, PLLC | 👤 | 13 | 5.4% |
| ■ | UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLUMBIA | 👤 | 13 | 5.4% |
| ■ | AKIN GUMP STRAUSS HAUER & FELD LLP | 👤 | 12 | 5.0% |
| ■ | UNITED STATES ATTORNEY OFFICE | | 9 | 3.7% |
| ■ | HOLLAND & KNIGHT LLP | 👤 | 8 | 3.3% |
| ■ | GILLESPIE SANFORD LLP | 👤 | 6 | 2.5% |
| ■ | WILLKIE FARR & GALLAGHER LLP | 👤 | 6 | 2.5% |
| ■ | Opposing Counsel (Full List) | | 141 | 58.3% |

View Report Online

**Litigation:** Legal Roles Trends & Analysis

*Shows the legal roles of companies in the litigation events included in this report within the date range. Analyzes litigation by overall share of events for a particular role, and by number of events per year for that role.*

**Legal Roles Distribution**



**Legal Roles Trend**



*Data for partial year only*

| | Legal Roles | Occurrences ❖ | % ❖ |
|---|---|---|---|
| ■ | Plaintiff | 185 | 84.5% |
| ■ | Petitioner | 17 | 7.8% |
| ■ | Appellant | 9 | 4.1% |
| ■ | Defendant | 5 | 2.3% |
| ■ | Appellee | 1 | 0.5% |
| ■ | Intervenor | 1 | 0.5% |
| ■ | Movant | 1 | 0.5% |

View Report Online

**Litigation:** Company Distribution Trends & Analysis

Displays the companies represented in this report within the date range. Includes both public and private corporations currently in business. Analyzes litigation by overall share of events litigated by a company, and by number of events per year per company.

**Company Distribution**



**Company Distribution Trend**

| Company Distribution | Occurrences ❯ | % ❯ |
|---|---|---|
| ■ AT&T INC | 3 | 75.0% |
| ■ UNITED STATES OF AMERICA | 1 | 25.0% |

View Report Online

**Litigation:** Company Location Trends & Analysis

Displays the location of companies with litigation events within the date range. Includes both public and private corporations currently in business. Analyzes litigation by a company's overall share of events, and by number of events per year per company.



**Company Location Distribution**

**Company Location Trend**

| Company Location | Occurrences ❤ | % ❤ |
|---|---|---|
| United States | 4 | 100.0% |

View Report Online

**Litigation:** Company Location

Displays the location of companies with litigation events within the date range. Includes both public and private corporations currently in business. Analyzes litigation by a company's overall share of events, and by number of events per year per company.





**Litigation:** Industry Distribution Trends & Analysis

Displays industries represented in this report within the date range. Analyzes litigation by overall share of events within a particular industry, and by number of events per year per industry.

**Industry Distribution**

**Industry Distribution Trend**



*Data for partial year only

| Industry Distribution | Occurrences ❤ | % ❤ |
|---|---|---|
| ■ Technology | 3 | 100.0% |

View Report Online

**Litigation:** Source Documents

Lists the (up to) 1,000 most recent dockets or opinions for the litigation included in this report. To view the full text of a document on Westlaw, click its citation.

| No. | Document Title | Doc. Type | KNOS | Court | State | Law Firms | Date ▾ | Westlaw Citation |
|-----|----------------|-----------|------|-------|-------|-----------|--------|------------------|
| 1 | Corsi v. Newsmax Media, Inc. | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 02/12/2021 | 2021 WL 626855 |
| 2 | Freedom Watch Inc v. Amazon Web Services Inc | Docket | Not Applicable | Florida - Circuit Court - Palm Beach County | FL | N/A | 01/19/2021 | 2021CA000884 |
| 3 | FREEDOM WATCH, INC., ET AL. v. GOOGLE INC., ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 01/15/2021 | 20-969 |
| 4 | Freedom Watch, Inc. v. Newman Town, PLLC | Docket | 130.05-Contracts -> Breach of Contract | District of Columbia Superior Court | DC | N/A | 01/06/2021 | 2021-CA-000036-B |
| 5 | Pennie v. Giorgi for Dallas Morning News | Opinion | Not Applicable | U.S. - Court of Appeals - 5th Circuit | | See Source Document | 01/06/2021 | 2021 WL 54759 |
| 6 | Photos v. People's Republic of China | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 11/24/2020 | 2020 WL 6889016 |
| 7 | Klayman v. Cable News Network - CNN et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - Florida S.D. | FL | N/A | 11/06/2020 | 9:20-CV-82039 |
| 8 | Klayman v. Infowars, LLC et al | Docket | 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Florida S.D. | FL | N/A | 09/18/2020 | 0:20-CV-61912 |
| 9 | Moore v. Cecil | Opinion | Not Applicable | U.S. - District Court - Alabama N.D | AL | See Source Document | 09/18/2020 | 2020 WL 5603044 |
| 10 | Corsi v. Newsmax Media Inc. et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Florida S.D. | FL | N/A | 08/25/2020 | 9:20-CV-81396 |

| 11 | United States v. Bundy | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 08/06/2020 | 968 F.3d 1019 |
|---|---|---|---|---|---|---|---|---|
| 12 | Freedom Watch, Inc. v. Mueller | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 07/30/2020 | 2020 WL 4931696 |
| 13 | MELVIN et al v. KENNEY et al | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - District Court - Pennsylvania E.D. | PA | N/A | 07/19/2020 | 2:20-CV-03529 |
| 14 | Strange On Behalf of Strange v. Islamic Republic of Iran, Interest Section | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 07/10/2020 | 964 F.3d 1190 |
| 15 | Robles v. City of Berkeley | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 07/10/2020 | 820 Fed.Appx. 529 |
| 16 | Bundy v. Sessions | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 07/02/2020 | 812 Fed.Appx. 1 |
| 17 | Freedom Watch, Inc. v. Google Inc. | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 05/27/2020 | 816 Fed.Appx. 497 |
| 18 | Loomer v. Facebook, Inc. | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - N.D. California | CA | N/A | 05/08/2020 | 4:20-CV-03154 |
| 19 | Zimmerman v. Buttigieg et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - Florida M.D. | FL | N/A | 05/08/2020 | 8:20-CV-01077 |
| 20 | Arpaio v. Robillard | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 04/29/2020 | 459 F.Supp.3d 62 |
| 21 | Loomer v. Facebook, Inc. | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 04/13/2020 | 2020 WL 2926357 |
| 22 | Klayman v. Infowars, LLC et al | Docket | 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Florida S.D. | FL | N/A | 04/08/2020 | 9:20-CV-80614 |

| 23 | Corsi v. Caputo | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 04/07/2020 | 2020 WL 1703934 |
| 24 | DEMETRICK PENNIE v. NAOMI MARTIN, ET AL | Docket | 110.45-Civil Rights -> Other Federal Civil Rights<br>440-Civil Rights: Other Civil Rights (440) | U.S. - Court of Appeals - 5th Circuit | | N/A | 03/31/2020 | 20-10349 |
| 25 | FREEDOM WATCH, INC. v. ROBERT MUELLER, III, ET AL | Docket | 895-Other Statutes: Freedom of Information Act (895)<br>340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - Court of Appeals - DC Circuit | | N/A | 03/26/2020 | 20-5071 |
| 26 | Loomer v. Facebook, Inc. | Docket | 320-Torts: Assault, Libel & Slander (320)<br>430.55-Torts/Negligence -> Libel/Defamation/Slander<br>430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - Florida S.D. | FL | N/A | 03/24/2020 | 9:20-CV-80484 |
| 27 | FREEDOM WATCH, INC. v. U.S. DEPARTMENT OF STATE et al | Docket | 895-Other Statutes: Freedom of Information Act (895)<br>340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 03/23/2020 | 1:20-CV-00794 |
| 28 | Freedom Watch, Inc. v. Mueller | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/23/2020 | 453 F.Supp.3d 139 |
| 29 | Dr. Jermome Corsi Plaintiff v. Roger Stone Defendant | Docket | 430.15-Torts/Negligence -> Assault & Battery<br>430.55-Torts/Negligence -> Libel/Defamation/Slander<br>320-Torts: Assault, Libel & Slander (320) | Florida - Circuit Court - Broward County | FL | N/A | 03/11/2020 | CACE20004473 |
| 30 | Corsi v. InfoWars, LLC | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/10/2020 | 2020 WL 1156864 |
| 31 | Corsi v. Stone | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/01/2020 | 2020 WL 999053 |
| 32 | United States v. Arpaio | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 02/27/2020 | 951 F.3d 1001 |

| 33 | Freedom Watch, Inc. v. McAleenan | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 02/26/2020 | 442 F.Supp.3d 180 |
| 34 | GEORGE ZIMMERMAN v. PETE BUTTIGIEG | Docket | 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander | Florida - Circuit Court - Polk County | FL | N/A | 02/18/2020 | 2020CA000612000000 |
| 35 | Moore v. Lowe et al | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - District Court - Alabama N.D | AL | N/A | 01/27/2020 | 4:20-CV-00124 |
| 36 | Arpaio v. Cottle | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 12/03/2019 | 2019 WL 11322515 |
| 37 | RICK LOVELIEN, ET AL v. USA, ET AL | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - Court of Appeals - DC Circuit | | N/A | 11/25/2019 | 19-5325 |
| 38 | Lovelien v. United States | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 11/18/2019 | 422 F.Supp.3d 341 |
| 39 | JEROME CORSI v. ROBERT MUELLER, III, ET AL | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - Court of Appeals - DC Circuit | | N/A | 11/15/2019 | 19-5314 |
| 40 | Loomer v. New York Media, LLC et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - Florida S.D. | FL | N/A | 11/14/2019 | 0:19-CV-62834 |
| 41 | Loomer v. New York Media, LLC et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - Florida S.D. | FL | N/A | 11/14/2019 | 9:19-CV-81555 |

| 42 | ARPAIO v. ROBILLARD et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - District of Columbia | DC | N/A | 11/07/2019 | 1:19-CV-03366 |
| 43 | Luhn v. Scott | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 11/07/2019 | 2019 WL 5810309 |
| 44 | Arpaio v. Zucker | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 10/31/2019 | 414 F.Supp.3d 84 |
| 45 | Corsi v. Mueller | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 10/31/2019 | 422 F.Supp.3d 51 |
| 46 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 10/21/2019 | 2019 WL 5394644 |
| 47 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 09/20/2019 | 2019 WL 5394643 |
| 48 | KLAYMAN v. FITTON et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - District of Columbia | DC | N/A | 09/18/2019 | 1:19-CV-02793 |
| 49 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 09/09/2019 | 2019 WL 4260380 |
| 50 | KLAYMAN v. JUDICIAL WATCH, INC. et al | Docket | 430.77.05-Torts/Negligence -> Personal Property -> Other Fraud 370-Torts: Other Fraud (370) | U.S. - District Court - District of Columbia | DC | N/A | 08/28/2019 | 1:19-CV-02604 |
| 51 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/22/2019 | 2019 WL 3971131 |
| 52 | Klayman v. Fitton | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 08/12/2019 | 2019 WL 5260176 |

| 53 | Arpaio v. Cottle | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/09/2019 | 404 F.Supp.3d 80 |
|---|---|---|---|---|---|---|---|---|
| 54 | CHARLES STRANGE, ET AL v. ISLAMIC REPUBLIC OF IRAN, ET AL | Docket | 470-Other Statutes: Racketeer Influenced and Corrupt Organizations (470) 340.80-Other Federal Statutes -> RICO | U.S. - Court of Appeals - DC Circuit | | N/A | 08/09/2019 | 19-7083 |
| 55 | In re: Charles Strange, et al | Docket | 030.10-Appeals -> Interlocutory | U.S. - Court of Appeals - DC Circuit | | N/A | 08/09/2019 | 19-8004 |
| 56 | Klayman v. Fox | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/08/2019 | 2019 WL 3752773 |
| 57 | Klayman v. Lim | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/08/2019 | 2019 WL 3752774 |
| 58 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/07/2019 | 2019 WL 3719008 |
| 59 | FREEDOM WATCH, INC. v. U.S. DEPARTMENT OF DEFENSE | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 07/18/2019 | 1:19-CV-02143 |
| 60 | Klayman v. Fitton | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 07/11/2019 | 2019 WL 11505348 |
| 61 | Klayman v. Fitton | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 07/11/2019 | 2019 WL 11505711 |
| 62 | Loomer v. Facebook, Inc. | Docket | 320-Torts: Assault, Libel & Slander (320) 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - Florida S.D. | FL | N/A | 07/08/2019 | 9:19-CV-80893 |
| 63 | RYAN BUNDY v. JEFFERSON SESSIONS, III, ET AL | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - Court of Appeals - DC Circuit | | N/A | 06/20/2019 | 19-5183 |

| 64 | Bundy v. Sessions | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/10/2019 | 387 F.Supp.3d 121 |
| 65 | Cable News Network, Inc. v. Federal Bureau of Investigation | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/07/2019 | 384 F.Supp.3d 19 |
| 66 | Klayman v. Lim | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/05/2019 | 2019 WL 2396539 |
| 67 | Moore v. Cohen | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/05/2019 | 2019 WL 2396264 |
| 68 | Klayman v. Fox | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/05/2019 | 2019 WL 2396538 |
| 69 | MOORE et al v. COHEN et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - New York S.D. | NY | N/A | 05/29/2019 | 1:19-CV-04977 |
| 70 | FREEDOM WATCH, INC. v. MCALEENAN | Docket | 899- Administrative Procedure Act/Review or Appeal of Agency Decision (899) | U.S. - District Court - District of Columbia | DC | N/A | 05/13/2019 | 1:19-CV-01374 |
| 71 | LUHN v. SCOTT et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - District of Columbia | DC | N/A | 04/23/2019 | 1:19-CV-01180 |
| 72 | FREEDOM WATCH, INC., ET AL v. GOOGLE INC., ET AL | Docket | 020.03-Unfair Competition & Business Practices -> Antitrust 410-Other Statutes: Antitrust (410) 340.10-Other Federal Statutes -> Antitrust | U.S. - Court of Appeals - DC Circuit | | N/A | 04/17/2019 | 19-7030 |
| 73 | Cox v. BenBella Books Inc. | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 04/10/2019 | 2019 WL 1556085 |

| 74 | Luhn v. Showtime Networks, Inc. et al | Docket | 340.75-Other Federal Statutes -> Other Federal Statutory Actions 890-Other Statutes: Other Statutory Actions (890) | U.S. - District Court - Delaware | DE | N/A | 04/02/2019 | 1:19-CV-00618 |
| 75 | ENRIQUE ZAMARRIPA v. LOUIS FARRAKHAN, ET AL | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - Court of Appeals - 5th Circuit | | N/A | 04/01/2019 | 19-10351 |
| 76 | LOVELIEN et al v. UNITED STATES OF AMERICA et al | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - District Court - District of Columbia | DC | N/A | 03/29/2019 | 1:19-CV-00906 |
| 77 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/18/2019 | 2019 WL 1244079 |
| 78 | JEROME CORSI v. ROBERT MUELLER, III, ET AL | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - Court of Appeals - DC Circuit | | N/A | 03/15/2019 | 19-5057 |
| 79 | Freedom Watch, Inc. v. Google, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/14/2019 | 368 F.Supp.3d 30 |
| 80 | CORSI et al v. INFOWARS, LLC et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - District of Columbia | DC | N/A | 03/07/2019 | 1:19-CV-00656 |
| 81 | Zamarripa v. Farrakhan | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 03/04/2019 | 2019 WL 1014938 |
| 82 | Klayman v. Fitton | Docket | 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Florida S.D. | FL | N/A | 02/11/2019 | 1:19-CV-20544 |
| 83 | CORSI v. STONE | Docket | 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - District of Columbia | DC | N/A | 02/07/2019 | 1:19-CV-00324 |

| 84 | Klayman v. Obama | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 02/05/2019 | 759 Fed.Appx. 1 |
|----|----|----|----|----|----|----|----|----|
| 85 | KIARA ROBLES v. CITY OF BERKELEY, ET AL | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - Court of Appeals - 9th Circuit | | N/A | 01/28/2019 | 19-15148 |
| 86 | Zamarripa v. Farrakhan | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 01/15/2019 | 2019 WL 1015095 |
| 87 | Freedom Watch, Inc. v. Federal Bureau of Investigation | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 01/04/2019 | 2019 WL 108879 |
| 88 | Cox v. Benbella Books Inc et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Texas N.D. | TX | N/A | 12/20/2018 | 3:18-CV-03367 |
| 89 | ARPAIO v. ZUCKER et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - District of Columbia | DC | N/A | 12/10/2018 | 1:18-CV-02894 |
| 90 | CORSI v. MUELLER et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - District of Columbia | DC | N/A | 12/09/2018 | 1:18-CV-02885 |
| 91 | Shaw et al v. The United Mexican States et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 430.55-Torts/Negligence -> Libel/Defamation/Slander 320-Torts: Assault, Libel & Slander (320) | U.S. - District Court - Texas S.D. | TX | N/A | 11/21/2018 | 7:18-CV-00372 |
| 92 | COX v. EXECUTIVE OFFICE OF U.S. ATTORNEYS et al | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 11/16/2018 | 1:18-CV-02657 |
| 93 | BUNDY v. SESSIONS et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - District of Columbia | DC | N/A | 10/31/2018 | 1:18-CV-02520 |

| 94 | ARPAIO v. COTTLE et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - District of Columbia | DC | N/A | 10/16/2018 | 1:18-CV-02387 |
| 95 | CLIVEN BUNDY v. USDC-NVL | Docket | 450.15-Writs -> Mandamus 450.30-Writs -> Prohibition | U.S. - Court of Appeals - 9th Circuit | | N/A | 10/09/2018 | 18-72742 |
| 96 | Freedom Watch v. Bureau of Land Management | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 09/25/2018 | 325 F.Supp.3d 139 |
| 97 | KLAYMAN v. LIM et al | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - District Court - District of Columbia | DC | N/A | 09/24/2018 | 1:18-CV-02209 |
| 98 | FREEDOM WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE et al | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 09/11/2018 | 1:18-CV-02116 |
| 99 | MOORE et al v. COHEN et al | Docket | 430.15-Torts/Negligence -> Assault & Battery 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander | U.S. - District Court - District of Columbia | DC | N/A | 09/05/2018 | 1:18-CV-02082 |
| 100 | PATRICIA SMITH, ET AL. v. HILLARY RODHAM CLINTON, ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 09/04/2018 | 18-275 |
| 101 | FREEDOM WATCH, INC. v. GOOGLE INC. et al | Docket | 340.10-Other Federal Statutes -> Antitrust 020.03-Unfair Competition & Business Practices -> Antitrust 410-Other Statutes: Antitrust (410) | U.S. - District Court - District of Columbia | DC | N/A | 08/29/2018 | 1:18-CV-02030 |
| 102 | FREEDOM WATCH, INC. v. FEDERAL BUREAU OF INVESTIGATION | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 08/15/2018 | 1:18-CV-01912 |
| 103 | PAUL v. U.S. DEPARTMENT OF JUSTICE | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 08/13/2018 | 1:18-CV-01890 |

| 104 | Strange v. Islamic Republic of Iran | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/07/2018 | 320 F.Supp.3d 92 |
| 105 | USA v. CLIVEN BUNDY, ET AL | Docket | 150.05-Criminal -> Appeal | U.S. - Court of Appeals - 9th Circuit | | N/A | 08/02/2018 | 18-10287 |
| 106 | In Re Cliven Bundy | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 07/31/2018 | 18-140 |
| 107 | Bundy v. Sessions | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 07/23/2018 | 2018 WL 4147462 |
| 108 | Zamarripa v. Farrakhan | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 07/06/2018 | 2018 WL 3336458 |
| 109 | KLAYMAN v. FOX et al | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - District Court - District of Columbia | DC | N/A | 07/03/2018 | 1:18-CV-01579 |
| 110 | Freedom Watch, Inc. v. Sessions | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 05/23/2018 | 729 Fed.Appx. 7 |
| 111 | Robinson v. NBC Universal Cable | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 04/23/2018 | 2018 WL 8620154 |
| 112 | Freedom Watch, Inc. v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - Court of Appeals - 11th Circuit | | See Source Document | 04/16/2018 | 2018 WL 2966840 |
| 113 | FREEDOM WATCH, INC. v. DEPARTMENT OF JUSTICE et al | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 04/11/2018 | 1:18-CV-00831 |
| 114 | Smith v. Clinton | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 03/27/2018 | 886 F.3d 122 |
| 115 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/09/2018 | 297 F.Supp.3d 80 |
| 116 | Montgomery v. Comey | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/05/2018 | 300 F.Supp.3d 158 |
| 117 | In re Klayman | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 02/22/2018 | 2018 WL 1391754 |

| 118 | Freedom Watch, Inc. v. U.S. Department of State | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 02/21/2018 | 324 F.R.D. 20 |
|---|---|---|---|---|---|---|---|---|
| 119 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 02/20/2018 | 296 F.Supp.3d 208 |
| 120 | CLIVEN BUNDY v. USDC-NVL | Docket | 450.30-Writs -> Prohibition 450.15-Writs -> Mandamus | U.S. - Court of Appeals - 9th Circuit | | N/A | 02/07/2018 | 18-70359 |
| 121 | Cable News Network, Inc. v. Federal Bureau of Investigation | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 02/02/2018 | 293 F.Supp.3d 59 |
| 122 | Freedom Watch Inc. v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 01/29/2018 | 289 F.Supp.3d 1270 |
| 123 | FREEDOM WATCH, INC. v. MUELLER et al | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 01/15/2018 | 1:18-CV-00088 |
| 124 | CLIVEN BUNDY v. JEFFERSON SESSIONS, III, ET AL | Docket | 350.25-Prisoner Rights -> Mandamus and Other 540-Prisoner Petitions: Mandamus & Other (540) | U.S. - Court of Appeals - DC Circuit | | N/A | 01/10/2018 | 18-5002 |
| 125 | MANAFORT v. U.S. DEPARTMENT OF JUSTICE et al | Docket | 899- Administrative Procedure Act/Review or Appeal of Agency Decision (899) | U.S. - District Court - District of Columbia | DC | N/A | 01/03/2018 | 1:18-CV-00011 |
| 126 | FREEDOM WATCH, INC. v. JEFFERSON SESSIONS, III, ET AL | Docket | 540-Prisoner Petitions: Mandamus & Other (540) 350.25-Prisoner Rights -> Mandamus and Other | U.S. - Court of Appeals - DC Circuit | | N/A | 12/29/2017 | 17-5288 |
| 127 | Freedom Watch, Inc. v. Sessions on behalf of United States Department of Justice | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 12/20/2017 | 281 F.Supp.3d 159 |
| 128 | Robinson v. NBC Universal Cable et al | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - Florida S.D. | FL | N/A | 12/06/2017 | 9:17-CV-81324 |

| 129 | Klayman v. National Security Agency | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 11/21/2017 | 280 F.Supp.3d 39 |
|---|---|---|---|---|---|---|---|---|
| 130 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 11/17/2017 | 875 F.3d 709 |
| 131 | FREEDOM WATCH, INC. v. SESSIONS et al | Docket | 350.25-Prisoner Rights -> Mandamus and Other 540-Prisoner Petitions: Mandamus & Other (540) | U.S. - District Court - District of Columbia | DC | N/A | 11/15/2017 | 1:17-CV-02459 |
| 132 | BUNDY v. SESSIONS et al | Docket | 350.25-Prisoner Rights -> Mandamus and Other 540-Prisoner Petitions: Mandamus & Other (540) | U.S. - District Court - District of Columbia | DC | N/A | 11/09/2017 | 1:17-CV-02429 |
| 133 | Freedom Watch, Inc. v. Response Unlimited, Inc. et al | Docket | 190-Contract: Other Contract (190) 130.55-Contracts -> Other Contract | U.S. - District Court - Virginia W.D. | VA | N/A | 10/20/2017 | 5:17-CV-00104 |
| 134 | USA v. JOSEPH ARPAIO | Docket | 150.05-Criminal -> Appeal | U.S. - Court of Appeals - 9th Circuit | | N/A | 10/20/2017 | 17-10448 |
| 135 | Freedom Watch, Inc. v. Response Unlimited, Inc. | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 10/19/2017 | 2017 WL 11512138 |
| 136 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 10/05/2017 | 278 F.Supp.3d 252 |
| 137 | CLIVEN BUNDY v. USDC-NVL | Docket | 450.30-Writs -> Prohibition 450.15-Writs -> Mandamus | U.S. - Court of Appeals - 9th Circuit | | N/A | 10/03/2017 | 17-72733 |
| 138 | Cable News Network, Inc. v. Federal Bureau of Investigation | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 09/22/2017 | 271 F.Supp.3d 108 |
| 139 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/30/2017 | 267 F.Supp.3d 81 |
| 140 | In Re Cliven Bundy | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 07/27/2017 | 17-141 |
| 141 | Freedom Watch, Inc. v. Response Unlimited, Inc. | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 07/26/2017 | 2017 WL 11512136 |

| 142 | Freedom Watch, Inc. v. Response Unlimited, Inc. et al | Docket | 190-Contract: Other Contract (190) 130.55-Contracts -> Other Contract | U.S. - District Court - Florida S.D. | FL | N/A | 07/25/2017 | 1:17-CV-22777 |
| 143 | Freedom Watch, Inc. v. Judicial Watch, Inc. et al | Docket | 410-Other Statutes: Antitrust (410) 340.10-Other Federal Statutes -> Antitrust 020.03-Unfair Competition & Business Practices -> Antitrust | U.S. - District Court - Florida S.D. | FL | N/A | 07/13/2017 | 1:17-CV-22627 |
| 144 | FREEDOM WATCH, INC. v. DEPARTMENT OF JUSTICE et al | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 06/20/2017 | 1:17-CV-01212 |
| 145 | CABLE NEWS NETWORK, INC. v. FEDERAL BUREAU OF INVESTIGATION | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 06/15/2017 | 1:17-CV-01167 |
| 146 | PATRICIA SMITH, ET AL v. HILLARY CLINTON, ET AL | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - Court of Appeals - DC Circuit | | N/A | 06/05/2017 | 17-5133 |
| 147 | MONTGOMERY et al v. COMEY et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - District of Columbia | DC | N/A | 06/05/2017 | 1:17-CV-01074 |
| 148 | Pennie v. Obama | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 06/02/2017 | 255 F.Supp.3d 648 |
| 149 | Smith v. Clinton | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 05/26/2017 | 253 F.Supp.3d 222 |
| 150 | Aston v. Johnson & Johnson | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/31/2017 | 248 F.Supp.3d 43 |
| 151 | In re Bundy | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 03/30/2017 | 852 F.3d 945 |
| 152 | CLIVEN BUNDY v. USDC-NVL | Docket | 450.30-Writs -> Prohibition 450.15-Writs -> Mandamus | U.S. - Court of Appeals - 9th Circuit | | N/A | 03/10/2017 | 17-70700 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 153 | STATE OF WASHINGTON, ET AL v. DONALD J. TRUMP, ET AL | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - Court of Appeals - 9th Circuit | | N/A | 02/04/2017 | 17-35105 |
| 154 | In Re Cliven D. Bundy v. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 01/19/2017 | 16-908 |
| 155 | KLAYMAN v. JUDICIAL WATCH, INC. | Docket | 190-Contract: Other Contract (190) 130.55-Contracts -> Other Contract | U.S. - District Court - District of Columbia | DC | N/A | 01/08/2017 | 1:17-CV-00034 |
| 156 | Freedom Watch, Inc. v. National Security Agency | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 12/12/2016 | 220 F.Supp.3d 40 |
| 157 | FREEDOM WATCH v. BUREAU OF LAND MANAGEMENT et al | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 11/22/2016 | 1:16-CV-02320 |
| 158 | Zamarripa v. Farrakhan et al | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - District Court - Texas N.D. | TX | N/A | 11/07/2016 | 3:16-CV-03109 |
| 159 | In re Bundy | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 10/28/2016 | 840 F.3d 1034 |
| 160 | Freedom Watch v. Bureau of Land Management | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 10/27/2016 | 220 F.Supp.3d 65 |
| 161 | Freedom Watch, Inc. v. United States Department of State | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 10/21/2016 | 2016 WL 6155928 |
| 162 | Klayman v. Obama | Opinion | Not Applicable | U.S. - District Court - Texas N.D. | TX | See Source Document | 10/12/2016 | 2016 WL 5942227 |
| 163 | DENNIS MONTGOMERY v. USDC-AZP | Docket | 450.15-Writs -> Mandamus 450.30-Writs -> Prohibition | U.S. - Court of Appeals - 9th Circuit | | N/A | 10/05/2016 | 16-73233 |
| 164 | FREEDOM WATCH, INC. v. FOOD AND DRUG ADMINISTRATION | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 10/05/2016 | 1:16-CV-01981 |

| 165 | Melendres v. Maricopa County | Opinion | Not Applicable | U.S. - Court of Appeals - 9th Circuit | | See Source Document | 09/27/2016 | 661 Fed.Appx. 917 |
|---|---|---|---|---|---|---|---|---|
| 166 | FREEDOM WATCH, INC. v. FEDERAL BUREAU OF INVESTIGATION et al | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 08/30/2016 | 1:16-CV-01755 |
| 167 | VINCENT FORRAS, ET AL. v. IMAM FEISAL ABDUL RAUF, ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 08/19/2016 | 16-228 |
| 168 | DENNIS MONTGOMERY v. JAMES RISEN, ET AL | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - Court of Appeals - DC Circuit | | N/A | 08/15/2016 | 16-7096 |
| 169 | Klayman v. Clinton | Opinion | Not Applicable | U.S. - Court of Appeals - 11th Circuit | | See Source Document | 08/15/2016 | 668 Fed.Appx. 351 |
| 170 | SMITH et al v. CLINTON | Docket | 320-Torts: Assault, Libel & Slander (320) 430.55-Torts/Negligence -> Libel/Defamation/Slander 430.15-Torts/Negligence -> Assault & Battery | U.S. - District Court - District of Columbia | DC | N/A | 08/08/2016 | 1:16-CV-01606 |
| 171 | VINCENT FORRAS, ET AL., APPLICANTS v. IMAM FEISAL ABDUL RAUF, ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 07/15/2016 | 16A64 |
| 172 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 07/15/2016 | 197 F.Supp.3d 219 |
| 173 | Klayman v. Obama et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - Texas N.D. | TX | N/A | 07/09/2016 | 3:16-CV-02010 |
| 174 | Freedom Watch, Inc. v. National Security Agency | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 07/07/2016 | 197 F.Supp.3d 165 |
| 175 | CLIVEN BUNDY v. USDC-NVL | Docket | 450.15-Writs -> Mandamus 450.30-Writs -> Prohibition | U.S. - Court of Appeals - 9th Circuit | | N/A | 07/06/2016 | 16-72275 |

| 176 | Klayman v. Obama | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 06/16/2016 | 2016 WL 4431530 |
| 177 | FREEDOM WATCH, INC. v. BUREAU OF LAND MANAGEMENT et al | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 05/25/2016 | 1:16-CV-00992 |
| 178 | Strange v. Islamic Republic of Iran | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 05/06/2016 | 2016 WL 10770678 |
| 179 | Freedom Watch, Inc. v. Organization of Petroleum Exporting Countries (OPEC) | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 05/04/2016 | 2016 WL 3049521 |
| 180 | Klayman v. Judicial Watch, Inc. | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 05/04/2016 | 185 F.Supp.3d 67 |
| 181 | Freedom Watch, Inc. v. United States Department of State | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 04/15/2016 | 179 F.Supp.3d 121 |
| 182 | Klayman v. Central Intelligence Agency | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 03/22/2016 | 170 F.Supp.3d 114 |
| 183 | FREEDOM WATCH, INC. v. U.S. STATE DEPARTMENT | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - District Court - District of Columbia | DC | N/A | 03/18/2016 | 1:16-CV-00516 |
| 184 | Klayman v. Deluca | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 03/16/2016 | 2016 WL 1045851 |
| 185 | MONTGOMERY v. RISEN et al | Docket | 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions 360-Torts: Other Personal Injury (360) | U.S. - District Court - District of Columbia | DC | N/A | 01/27/2016 | 1:16-CV-00126 |
| 186 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 01/26/2016 | 2016 WL 4119865 |

| 187 | Klayman v. Barack Hussein Obama et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - Florida S.D. | FL | N/A | 01/18/2016 | 9:16-CV-80087 |
|---|---|---|---|---|---|---|---|---|
| 188 | ASTON et al v. JOHNSON & JOHNSON et al | Docket | 470-Other Statutes: Racketeer Influenced and Corrupt Organizations (470) 340.80-Other Federal Statutes -> RICO | U.S. - District Court - District of Columbia | DC | N/A | 01/18/2016 | 1:16-CV-00086 |
| 189 | FREEDOM WATCH, INC. v. OPEC | Docket | 340.10-Other Federal Statutes -> Antitrust 020.03-Unfair Competition & Business Practices -> Antitrust 410-Other Statutes: Antitrust (410) | U.S. - Court of Appeals - DC Circuit | | N/A | 12/30/2015 | 15-7155 |
| 190 | In Re: Assigned to: Honorable No Judge | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - District Court - W.D. Washington | WA | N/A | 12/07/2015 | 2:15-CV-01922 |
| 191 | Freedom Watch, Inc. v. Organization of Petroleum Exporting Countries | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 12/03/2015 | 2015 WL 11347967 |
| 192 | UNITED STATES, ET AL. v. TEXAS, ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 11/20/2015 | 15-674 |
| 193 | MICHAEL ZULLO v. MARICOPA COUNTY | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - Court of Appeals - 9th Circuit | | N/A | 11/16/2015 | 15-17269 |
| 194 | JOSEPH M. ARPAIO, SHERIFF, MARICOPA COUNTY, ARIZONA v. BARACK H. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. | Docket | 030-Appeals | U.S. - Supreme Court | | N/A | 11/16/2015 | 15-643 |
| 195 | Klayman v. Obama | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 11/16/2015 | 2015 WL 9010330 |
| 196 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - California S.D. | CA | See Source Document | 11/05/2015 | 2015 WL 12672825 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 197 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - California S.D. | CA | See Source Document | 10/30/2015 | 2015 WL 12672704 |
| 198 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - California S.D. | CA | See Source Document | 10/02/2015 | 2015 WL 12672703 |
| 199 | Freedom Watch, Inc. v. National Security Agency | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 09/30/2015 | 134 F.Supp.3d 437 |
| 200 | Montgomery v. Risen et al | Docket | 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions 360-Torts: Other Personal Injury (360) | U.S. - District Court - California S.D. | CA | N/A | 09/11/2015 | 3:15-CV-02035 |
| 201 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 09/03/2015 | 2015 WL 5167628 |
| 202 | In Re: U.S. DEPARTMENT OF STATE FOIA LITIGATION REGARDING EMAILS OF CERTAIN FORMER OFFICIALS | Docket | 890-Other Statutes: Other Statutory Actions (890) 340.75-Other Federal Statutes -> Other Federal Statutory Actions | U.S. - District Court - District of Columbia | DC | N/A | 09/02/2015 | 1:15-MC-01188 |
| 203 | Klayman v. Obama | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 08/21/2015 | 125 F.Supp.3d 67 |
| 204 | DRAKE et al v. ALEXANDER et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - District of Columbia | DC | N/A | 08/20/2015 | 1:15-CV-01353 |
| 205 | MANUEL DE JESUS ORTEGA MELENDR, ET AL v. MARICOPA COUNTY, ET AL | Docket | 110.45-Civil Rights -> Other Federal Civil Rights 440-Civil Rights: Other Civil Rights (440) | U.S. - Court of Appeals - 9th Circuit | | N/A | 08/17/2015 | 15-16626 |
| 206 | Arpaio v. Obama | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 08/14/2015 | 2015 WL 4772774 |
| 207 | Klayman v. Clinton | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 08/11/2015 | 2015 WL 10857500 |

| 208 | IN RE: JOSEPH ARPAIO, ET AL v. USDC-AZP | Docket | 450.15-Writs -> Mandamus 450.30-Writs -> Prohibition | U.S. - Court of Appeals - 9th Circuit | | N/A | 08/07/2015 | 15-72440 |
| 209 | FREEDOM WATCH, INC. v. DEPARTMENT OF STATE | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - District Court - District of Columbia | DC | N/A | 08/06/2015 | 1:15-CV-01264 |
| 210 | Klayman v. President et al | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - District Court - Florida S.D. | FL | N/A | 07/23/2015 | 9:15-CV-81023 |
| 211 | MANUEL ORTEGA MELENDRES, ET AL v. DENNIS MONTGOMERY | Docket | 440-Civil Rights: Other Civil Rights (440) 110.45-Civil Rights -> Other Federal Civil Rights | U.S. - Court of Appeals - 9th Circuit | | N/A | 07/20/2015 | 15-16440 |
| 212 | Freedom Watch, Inc. v. Organization of Petroleum Exporting Countries | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 07/01/2015 | 2015 WL 11347966 |
| 213 | MONTGOMERY v. American Civil Liberties Union et al | Docket | 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions 360-Torts: Other Personal Injury (360) | U.S. - District Court - Florida S.D. | FL | N/A | 06/30/2015 | 1:15-CV-22452 |
| 214 | IN RE: FREEDOM WATCH, INC. | Docket | 450.15-Writs -> Mandamus | U.S. - Court of Appeals - DC Circuit | | N/A | 06/18/2015 | 15-7060 |
| 215 | Klayman v. City Pages | Opinion | Not Applicable | U.S. - District Court - Florida M.D. | FL | See Source Document | 06/09/2015 | 2015 WL 12856562 |
| 216 | Klayman v. City Pages | Opinion | Not Applicable | U.S. - District Court - Florida M.D. | FL | See Source Document | 06/08/2015 | 2015 WL 12852310 |
| 217 | Freedom Watch, Inc. v. Organization of Petroleum Exporting Countries | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 06/04/2015 | 107 F.Supp.3d 134 |
| 218 | Montgomery v. Risen | Opinion | Not Applicable | U.S. - District Court - Florida S.D. | FL | See Source Document | 05/28/2015 | 2015 WL 3442010 |
| 219 | DENNIS MONTGOMERY v. USDC-AZP | Docket | 450.15-Writs -> Mandamus 450.30-Writs -> Prohibition | U.S. - Court of Appeals - 9th Circuit | | N/A | 05/11/2015 | 15-71433 |

| 220 | Freedom Watch, Inc. v. National Sec. Agency | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 04/24/2015 | 2015 WL 1873141 |
| 221 | Klayman v. City Pages | Opinion | Not Applicable | U.S. - District Court - Florida M.D. | FL | See Source Document | 04/03/2015 | 2015 WL 1546173 |
| 222 | Mohammadi v. Islamic Republic of Iran | Opinion | Not Applicable | U.S. - Court of Appeals - DC Circuit | | See Source Document | 04/03/2015 | 2015 WL 1499342 |
| 223 | Klayman v. Clinton et al | Docket | 340.80-Other Federal Statutes -> RICO 470-Other Statutes: Racketeer Influenced and Corrupt Organizations (470) | U.S. - District Court - Florida S.D. | FL | N/A | 03/24/2015 | 9:15-CV-80388 |
| 224 | Klayman v. Deluca et al | Docket | 340.80-Other Federal Statutes -> RICO 470-Other Statutes: Racketeer Influenced and Corrupt Organizations (470) | U.S. - District Court - Florida S.D. | FL | N/A | 03/06/2015 | 9:15-CV-80310 |
| 225 | Montgomery v. Risen et al | Docket | 360-Torts: Other Personal Injury (360) 430.75.25-Torts/Negligence -> Personal Injury -> Other Federal Actions | U.S. - District Court - Florida S.D. | FL | N/A | 02/24/2015 | 1:15-CV-20782 |
| 226 | FREEDOM WATCH, INC. v. DOS, ET AL | Docket | 895-Other Statutes: Freedom of Information Act (895) 340.70-Other Federal Statutes -> Freedom of Information Act | U.S. - Court of Appeals - DC Circuit | | N/A | 02/20/2015 | 15-5048 |
| 227 | Klayman v. City Pages | Opinion | Not Applicable | U.S. - District Court - Florida M.D. | FL | See Source Document | 01/12/2015 | 2015 WL 12852304 |
| 228 | FREEDOM WATCH, INC. v. DEPARTMENT OF THE NAVY, ET AL | Docket | 340.70-Other Federal Statutes -> Freedom of Information Act 895-Other Statutes: Freedom of Information Act (895) | U.S. - Court of Appeals - 11th Circuit | | N/A | 01/09/2015 | 15-10098 |
| 229 | Freedom Watch, Inc. v. United States Department of State | Opinion | Not Applicable | U.S. - District Court - District of Columbia | DC | See Source Document | 01/08/2015 | 77 F.Supp.3d 177 |

View Report Online

**Litigation:** Source Description

Monitor Suite retrieves information about lawyers, law firms, roles, representation and parties from Westlaw® documents, including case opinions and dockets, as follows:

- U.S. federal circuit court dockets filed in all U.S. Courts of Appeal, from 1998 to present, updated daily.
- U.S. federal district court dockets on active and inactive civil and criminal cases filed in U.S. district courts nationwide, from 1990 to present, updated daily.
- Federal case law decisions from the U.S. Supreme Court, courts of appeals, former circuit courts, district courts, bankruptcy courts, former Court of Claims, Court of Federal Claims, Tax Court, related federal courts and military courts, from 1990 to present, updated daily.
- State case law decisions from all state supreme courts and courts of appeals, from 1990 to present, updated daily.
- State docket coverage varies by court.