IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　　Plaintiff<br><br>v.<br><br>CABLE NEWS NETWORK et al,<br><br>　　　　　Defendant. | **Case Number: 20-CV-82039-CANNON** |

## NOTICE OF APPEAL

　　Plaintiff Larry Klayman ("Mr. Klayman") hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit the Court's June 22, 2022 Order Granting Defendants' Motions to Dismiss and all other rulings and order adverse to Mr. Klayman in this matter.

Dated: July 22, 2022　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　By: ___/s/ Larry Klayman_____
　　　　　　　　　　　　　　　　　Larry Klayman
　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　Tel: 561-558-5536
　　　　　　　　　　　　　　　　　leklayman@gmail.com

　　　　　　　　　　　　　　　　　Plaintiff Pro Se

2

**CERTIFICATE OF SERVICE**

    I, Larry Klayman, hereby certify that on this day, July 22, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system. I also certify that the foregoing document is being served this day on all counsel of record through the Court's eservice procedures

/s/ Larry Klayman